**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-02498 |
| | ) | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, | ) | |
| | ) | |
| Defendant. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Government Employees Insurance Company ("GEICO"), by and through its undersigned attorneys, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that GEICO is an indirect, wholly-owned subsidiary of Berkshire Hathaway, Inc.

Respectfully Submitted,

*/s/ Jenna P. Brofsky*

Jenna P. Brofsky KS Bar No. 27989
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jenna.Brofsky@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 3rd day of February 2023 the above and foregoing was filed via the Court's electronic (ECF) filing/notification system which will cause a copy to be served on all parties of record.

*/s/ Jenna P. Brofsky*
**Attorney for Defendant**