**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | ) | Case No. 22-cv-02498 |

**ENTRY OF APPEARANCE**

COMES NOW Courtney N. Steelman with the law firm of Husch Blackwell LLP and hereby enters her appearance on behalf of Defendant Government Employees Insurance Company d/b/a GEICO.

Respectfully Submitted,

*/s/ Courtney N. Steelman*

Jenna P. Brofsky KS Bar No. 27989
Courtney N. Steelman KS Bar No. 79001
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jenna.Brofsky@huschblackwell.com
Courtney.Steelman@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 13th day of February 2023 the above and foregoing was filed via the Court's electronic (ECF) filing/notification system which will cause a copy to be served on all parties of record.

*/s/ Courtney N. Steelman*
**Attorney for Defendant**