**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-02498 |
| | ) | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CERTIFICATE OF SERVICE**
**OF INITIAL RULE 26(a)(1) DISCLOSURES**

I hereby certify that on the 20th day of March, 2023, Plaintiff's Rule 26(a)(1) Disclosures were served via electronic mail to:

Jenna P. Brofsky
Courtney N. Steelman
Jenna.brofsky@huschblackwell.com
Courtney.steelman@huschblackwell.com

ATTORNEYS FOR DEFENDANT

Respectfully Submitted,

**CORNERSTONE LAW FIRM**

By: */s/ Lauren H. Beck*
M. Katherine Paulus D Kan 78534
m.paulus@cornerstonefirm.com
Lauren H. Beck D Kan 78917
l.beck@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889
**ATTORNEYS FOR PLAINTIFF**