**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-cv-02498 |

**JOINT MOTION FOR STIPULATED PROTECTIVE ORDER**

Plaintiff, Dion Plump and Defendant, Government Employees Insurance Company (collectively, "Parties") hereby move this Court to enter a Protective Order for purposes of governing confidential information exchanged in this matter. Counsel for the Parties have agreed to the form and content of the protective order attached as *Exhibit A*. Counsel for Plaintiff has given permission to counsel for Defendant to submit this joint motion.

WHEREFORE, the Parties respectfully request this Court enter the attached Protective Order.

Respectfully Submitted,

*/s/ Lauren H. Beck*

M. Katherine Paulus D Kan No. 78534
Lauren H. Beck D Kan No. 78917
Cornerstone Law Firm
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone: (816) 581-4040
Facsimile: (816) 741-8889
m.paulus@cornerstonefirm.com
l.beck@cornerstonefirm.com

**ATTORNEYS FOR PLAINTIFF**

AND

*/s/ Courtney Steelman*
Jenna P. Brofsky KS Bar No. 27989
Courtney Steelman D Kan No. 79001
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jenna.Brofsky@huschblackwell.com
Courtney.steelman@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 13th day of April 2023, the above and foregoing was filed via the Court's electronic (ECF) filing/notification system which will cause a copy to be served on all parties of record.

*/s/ Courtney Steelman*
**Attorney for Defendant**