**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-02498 |
| | ) | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of April 2023, a true and correct copy of *Plaintiff's Answers and Objections to Defendant's First Interrogatories to Plaintiff, Plaintiff's Responses and Objections to Defendant's First Set of Requests for Production of Documents to Plaintiff*, and documents bates-stamped PLUMP 000001-000284 were served via electronic mail to the following:

Jenna P. Brofsky
Courtney N. Steelman
Jenna.brofsky@huschblackwell.com
Courtney.steelman@huschblackwell.com

ATTORNEYS FOR DEFENDANT

*(Signature on the following page)*

Respectfully Submitted,

**CORNERSTONE LAW FIRM**

By: */s/ Lauren H. Beck*
M. Katherine Paulus D Kan 78534
m.paulus@cornerstonefirm.com
Lauren H. Beck D Kan 78917
l.beck@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889
**ATTORNEYS FOR PLAINTIFF**