**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | ) | Case No. 22-cv-02498 |

**CERTIFICATE OF SERVICE**

This is to certify that on the 21st day of April 2023 documents identified in Defendant's Rule 26(A)(1)(a) Initial Disclosures were served via electronic mail to:

M. Katherine Paulus
Lauren H. Beck
Cornerstone Law Firm
5821 NW 72nd Street
Kansas City, Missouri 64151
m.paulus@cornerstonefirm.com
l.beck@cornerstonefirm.com

**Attorneys for Plaintiff**

Respectfully Submitted,

*/s/ Courtney Steelman*
Jenna P. Brofsky KS Bar No. 27989
Courtney Steelman D Kan No. 79001
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jenna.Brofsky@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 21st day of April 2023 the above and foregoing was filed via the Court's electronic (ECF) filing/notification system which will cause a copy to be served on all parties of record.

*/s/ Courtney Steelman*
**Attorney for Defendant**