**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-cv-02498 |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that counsel for Defendant Government Employees Insurance Company ("GEICO") will take the deposition of Plaintiff Dion Plump. The deposition will take place on Thursday, June 1, 2023 beginning at 9:00 a.m. at the Law Office of Husch Blackwell LLP, 4801 Main Street, Suite 1000, Kansas City, MO 64112. The deposition will be taken before a certified shorthand reporter and will continue from day to day thereafter, or as adjourned until completed.

Respectfully Submitted,

*/s/ Courtney Steelman*

Jenna P. Brofsky KS Bar No. 27989
Courtney Steelman KS Bar No. 79001
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jenna.Brofsky@huschblackwell.com
Courtney.steelman@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 2nd day of May 2023 the above and foregoing was filed via the Court's electronic (ECF) filing/notification system which will cause a copy to be served on all parties of record.

*/s/ Courtney Steelman*
**Attorney for Defendant**