**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | ) | Case No. 22-cv-02498 |

**WITHDRAWAL OF COUNSEL**

Pursuant to D. Kan. Rule 83.5.5(b), Attorney Lauren H. Beck of Cornerstone Law Firm hereby withdraws her appearance as counsel for Plaintiff. Attorney M. Katherine Paulus of Cornerstone Law Firm has previously filed her entry of appearance for Plaintiff and will continue to represent Plaintiff.

Respectfully Submitted,

**CORNERSTONE LAW FIRM**

By: */s/ Lauren H. Beck*

M. Katherine Paulus D Kan 78534
m.paulus@cornerstonefirm.com
Lauren H. Beck D Kan 78917
l.beck@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889
**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May 2023, a true and correct copy of the foregoing was filed via the Court's e-filing system, and sent to the following individuals:

Jenna P. Brofsky
Courtney N. Steelman
Jenna.brofsky@huschblackwell.com
Courtney.steelman@huschblackwell.com

ATTORNEYS FOR DEFENDANT

The undersigned also certifies that a copy of the foregoing was served on Plaintiff Dion Plump via electronic mail.

By: *\/s/ Lauren H. Beck*
Lauren H. Beck