**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | ) | Case No. 22-cv-02498 |

**AMENDED NOTICE TO TAKE DEPOSITION DUCES TECUM**

PLEASE TAKE NOTICE that counsel for Defendant Government Employees Insurance Company ("GEICO") will take the deposition of Maureen Griffin. The deposition will take place on Thursday, July 13, 2023, beginning at 9:00 a.m. CST/10:00 a.m. EST via Zoom. The deposition will be taken before a certified shorthand reporter and will continue from day to day thereafter, or as adjourned until completed.

The witness is requested to bring with her a copy of the documents requested in the attached **Exhibit A**.

Respectfully Submitted,

*/s/ Courtney Steelman*

Jenna P. Brofsky KS Bar No. 27989
Courtney Steelman KS Bar No. 79001
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jenna.Brofsky@huschblackwell.com
Courtney.Steelman@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 3rd day of July 2023 the above and foregoing was filed via the Court's electronic (ECF) filing/notification system which will cause a copy to be served on all parties of record.

*/s/ Courtney Steelman*
**Attorney for Defendant**