UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DION PLUMP,

Plaintiff,

v.

GOVERNMENT EMPLOYEE INSURANCE COMPANY ,

Defendant.

Case No. 2:22-cv-02498

**NOTICE OF VIDEO-TAPED DEPOSITION**

**TO:** ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, Plaintiff Dion Plump, by and through his attorneys of record, shall take the following deposition by stenographic and video means before an officer authorized to administer oaths:

**WITNESS**: **Allison Selg**

**DATE**: **July 25, 2023**

**TIME:** **9:30 a.m. CST**

**LOCATION**: **Conducted Via Zoom**

The taking of said deposition, if not completed on that day, will be continued from day to day, at the same place and between the hours of 9:00 a.m. and 5:00 p.m., until completed.

*(Signature on the following page)*

Respectfully Submitted,

**CORNERSTONE LAW FIRM**

By: */s/ M. Katherine Paulus*
M. Katherine Paulus D Kan 23866
m.paulus@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of July 2023, a true and accurate copy of the foregoing was served via the Court's electronic filing system to the following counsel of record for Defendants:

Jenna P. Brofsky Jenna.brofsky@huschblackwell.com
Courtney Steelman Courtney.steelman@huschblackwell.com

ATTORNEYS FOR DEFENDANTS

/s/ *M. Katherine Paulus*
Attorney for Plaintiff