A. I mean, sporadically, I would have her communicate with them for me. Yes.

Q. And why -- why did you have Maureen communicate on your behalf?

A. Just because, mentally, I didn't want to deal with it.

Q. If you can turn a few pages in, I want to look at some text messages that are on -- sorry, hang tight -- Plump 40. Let me know when you get there.

A. Uh-huh.

Q. Okay. Are you on Plump 40?

A. Yeah.

Q. Okay. On February 3rd, 2022, what did you send to Allison?

A. "Just left my therapist. I'm taking an" -- FMLA -- "FMLA day."

Q. Was that a truthful statement?

A. No.

Q. What were you doing on that day?

A. I had -- I reached out to my therapist to try to seek treatment. But, ultimately, I just wanted to -- I just wanted to, like, not have to deal with, like, any communication with Allison.

Q. And how did Allison respond to your

message?
A. "Ok thanks for letting me know."
Q. Okay. And then on February 4th, what did you tell Allison?
A. "I'm getting checked back in" --
Q. You're getting checked --
A. -- to the -- "to the hospital."
Q. So you told Allison, on February 4th, that you were getting checked back in to the hospital, correct?
A. Yeah.
Q. Was that a truthful statement?
A. So to provide context, no, it's not a truthful statement. But I did book a appointment -- an appointment to see my therapist. And I just wanted to get my full -- at that point I was looking for -- a lot of times I would use in the hospital just to -- to just basically, like, shut down communication.
Q. But you never were, in fact, inpatient care --
A. I was never inpatient care, no.
Q. Can we agree that you lied to your supervisor?
MS. PAULUS: I object to the