**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

DION PLUMP,

Plaintiff,

v.

GOVERNMENT EMPLOYEE INSURANCE COMPANY,

Defendant.

Case No. 22-2498-EFM-ADM

## FIRST AMENDED SCHEDULING ORDER

On July 27, 2023, the court convened a discovery conference at the parties' request. During the conference, plaintiff made an oral motion to extend the discovery deadline, which has been docketed as ECF 36. Defendant does not oppose the motion. For good cause demonstrated on the record, the court granted the motion, but explained that it would not be inclined to grant further (i.e., serial) extensions. The Scheduling Order (ECF 18) is therefore amended as follows:

| Event | Deadline/Setting |
|---|---|
| Discovery | **September 8, 2023** |
| Proposed pretrial order due | **September 21, 2023** |
| Pretrial conference | **October 3, 2023, at 1:30 p.m.** |
| Dispositive motions | **October 27, 2023** |

All other provisions of the original Scheduling Order remain in effect. The schedule adopted in this First Amended Scheduling Order will not be modified except by leave of court upon a showing of good cause.

**IT IS THEREFORE ORDERED** that plaintiff's unopposed Oral Motion to Amend Scheduling Order (ECF 36) is granted.

**IT IS SO ORDERED.**

Dated July 27, 2023, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge