**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-cv-02498-EFM-ADM |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of August, 2023 a true and correct copy of *Plaintiff's Objections and Responses to Defendant's Second Requests for Production of Documents,* and *Plaintiffs Objections and Responses to Defendant's Requests for Admission* was served by electronic mail to the following counsel of record:

Jenna P. Brofsky
Jenna.Brofsky@huschblackwell.com

Courtney Steelman
Courtney.Steelman@huschblackwell.com

ATTORNEY FOR DEFENDANT

Respectfully Submitted,

**CORNERSTONE LAW FIRM**

By: */s/ M. Katherine Paulus*
M. Katherine Paulus D Kan 23866
m.paulus@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889
**ATTORNEYS FOR PLAINTIFF**