**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-cv-02498 |

**NOTICE OF INTENT TO ISSUE SUBPOENA DUCES TECUMS**

PLEASE TAKE NOTICE that the undersigned will serve a Subpoena for the production of documents pursuant to the Authorization(s) for Release of Employment Records previously executed by Plaintiff, upon Bounce Imaging, Buffalo Biodiesel Inc. and WayStar, f/k/a E-Solutions directing them to produce documents detailed in **Exhibit A** of the attached Subpoenas on or before Thursday, August 24, 2023.

Respectfully Submitted,

Courtney Steelman

Jenna P. Brofsky KS Bar No. 27989
Courtney Steelman KS Bar No. 79001
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jenna.Brofsky@huschblackwell.com
Courtney.Steelman@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 8th day of August 2023 the above and foregoing was filed via the Court's electronic (ECF) filing/notification system which will cause a copy to be served on all parties of record.

Courtney Steelman

**Attorney for Defendant**