**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-02498 |
| | ) | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that on the 5th day of September 2023, the originals of Defendant's Supplemental Objections and Answers to Plaintiff's First Interrogatories and Defendant's Supplemental Objections and Responses to Plaintiff's First Request for Production of Documents to Plaintiff were served via U.S. mail and copies of the same in PDF format were served via electronic mail to:

M. Katherine Paulus
Cornerstone Law Firm
5821 NW 72nd Street
Kansas City, Missouri 64151
m.paulus@cornerstonefirm.com

**Attorneys for Plaintiff**

Respectfully Submitted,

*/s/ Jenna P. Brofsky*
Jenna P. Brofsky KS Bar No. 27989
Courtney Steelman KS Bar No. 79001
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jenna.Brofsky@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 5th day of 2023, the above and foregoing was filed via the Court's electronic (ECF) filing/notification system which will cause a copy to be served on all parties of record.

*/s/ Jenna P. Brofsky*
**Attorney for Defendant**