GEICO

| | | | | | |
|---|---|---|---|---|---|
| **Position**: | MOAT Sales Representative II | **Code**: | 61076 | **Date**: | 12/10 |
| **Incumbent**: | Multiple | **Department**: | All Locations | **FLSA Status**: | Non-exempt |
| **Function**: | MOAT | | | | |

Primary Position Objective:

Under direct supervision, SELLS acceptable new business primarily via telephone. PROVIDES product service and other information in connection with insurance policies.

Essential Functions:

1. USES keyboard, mouse and multi-tasks for approximately 90% of work day to INPUT applicant insurance information OBTAINED by telephone

2. PROVIDES product services and other information and/or MAKES RECOMMENDATIONS by telephone about GEICO products, coverages, services, and policies

3. ENTERS information into the computer to determine risk acceptance, prepare rates, and send policy documents

4. ASKS customers to buy policies and HANDLES responses such as objections or obstacles via telephone.

5. Accurately DOCUMENTS sales requests and updates policy applications and databases via PC

6. SPEAKS approximately 90% of the day with internal and external customers in a way that BUILDS GEICO's customer base and promotes customer satisfaction through efficient, accurate, and courteous interactions

7. ACCESSES and UTILIZES multiple software applications that may require simultaneous use

8. USES headset and telephone keypad to record time, accept incoming calls or make outbound calls related to the sales agent job

9. ADHERES to GEICO Code of Conduct, company policies, and operating principles

10. MEETS attendance standard at business location, to perform necessary job functions and to facilitate interaction with supervisors and co-workers

11. MEETS the requirements specified below

    - Must be able to, with or without accommodation, perform the essential functions which include, but are not limited to seeing, hearing, typing and speaking
    - Must be able to speak in a professional manner by telephone
    - Must be able to attain and maintain the required licenses issued by the insurance departments of various states
    - Must be able to handle heavy call volume in a fast paced work environment, resolve complex business problems and handle complicated customer issues
    - Must be able to follow complex instructions, resolve conflicts or facilitate conflict resolution, and have strong organization/priority setting skills
    - Must be able to multi-task
    - Must be able to learn and apply large amounts of technical and procedural information
    - Must be able to work varying schedules to meet staffing or phone volume needs
    - Must have the following experience
        - Must meet minimum requirements for 60 level to be eligible for promotion to this grade