EXHIBIT
YOUNG CR
10
Plump
6.1.23
JYY

NEW YORK STATE OF OPPORTUNITY.

# Department of Financial Services

ANDREW M. CUOMO
Governor

LINDA A. LACEWELL
Superintendent

Dion Plump
918 Swallow Cir
Liberty, Missouri 64068

February 5, 2021

**RE:** Dept. File #: CSB-2021-01389174

Dear Dion Plump:

This is in reference to your application which has been referred to this office for review. As part of our review, it has been determined that you have been involved in a fine, denial, refusal, suspension, or revocation of license or other regulatory action.

You did not disclose this information on your application. Please provide:

- An explanation for your failure to disclose this information.
- A notarized statement of facts detailing the events which led to the applicable action.
- A copy of any consent orders, findings of fact, stipulations and/or final determinations.
- If the action was for a company for which you were an officer, director, or member, were you held culpable for the instance leading to the action?

Your response is required within fifteen (15) days from the date of this letter.

**INCLUDE A COPY OF THIS LETTER AND YOUR DAYTIME PHONE AND FAX NUMBERS IN YOUR REPLY.**

Sincerely,

Producer Supervision and Enforcement
518-474-6600
212-480-6282 (Fax)