NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

ANDREW M. CUOMO
Governor

LINDA A. LACEWELL
Superintendent

Via Regular Mail, Certified Mail & Email: Dplump@GEICO.com

Dion Plump
918 Swallow Cir
Liberty, Missouri 64068

July 21, 2021

**RE:** Dept. File #: CSB-2021-01389174

Dear Mr. Plump:

A review of our file indicates that we have not received a response to the enclosed letter dated February 5, 2021.

Please be advised that the Department will **DENY** your application unless we receive the information and/or documentation requested by **fax or email** by **August 6, 2021**.

**PLEASE INCLUDE YOUR DAYTIME TELEPHONE NUMBER, FACSIMILE NUMBER, AND EMAIL ADDRESS IN YOUR REPLY.**

Sincerely,

*Jean Deronceray*

Jean DeRonceray
Examiner, Producer Supervision and Enforcement Unit
212-480-6282 (Fax)
Jean.deronceray@dfs.ny.gov

CC: GEICO Insurance Company
11214 Renner Blvd
Lexna, KS 66219
Attn: Dion Plump

EXHIBIT 11 Plump 9.1.23 JYY YOUNG CR