NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

**LINDA A. LACEWELL**
Superintendent

**ANDREW M. CUOMO**
Governor

August 9, 2021

Mr. Dion S Plump via email
dplump@geico.com

Re: CSB – 2021 - 01389174
Denial

Dear Mr. Plump:

Your application to the New York State Department of Financial Services ("Department") for a license to act as an agent under Section 2103(b) of the NYS Insurance Law has been denied based on the recommendation of the examiner in charge on the grounds that you have demonstrated untrustworthiness within the meaning and intent of the NYS Insurance Law.

You may appeal the denial by requesting a hearing before the Department via email sent to disciplinarymemos@dfs.ny.gov or by mail sent to Licensing Bureau, New York State Department of Financial Services, One Commerce Plaza, Albany, New York, 12257. This request must be received by the Licensing Bureau within fifteen days from the date of this letter.

Sincerely,

Colleen M. Draper

Colleen M. Draper
Special Deputy Superintendent

EXHIBIT 12 Plump 6.1.23 YOUNG CR JYY

sdc



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000352

EXHIBIT H