URBAN
11
LMW 080323 MCR

Associate: Dion Plump
Interviewer: Meaghan Urban

Date: 12/15/2021

Meaghan: Thank you for taking the time to meet with me. We received your complaint and I am trying to get all of the information together. I do have to advise that I do not give you permission to be recording this conversation. Are you recording this conversation?
Dion: No

Meaghan: How long have you been working for GEICO?
Dion: 18 months – Jun 2020

Meaghan: What is your current Job Title?
Dion: Licensed Sales Agent

Meaghan: Who is your supervisor?
Dion: Allison Selg

Meaghan: How long have they been your supervisor?
Dion: A month or so. Who was before that? Cece Haberdash

How long? 2 months

Who before? Michelle Brunelli

How long? She was my supe for most of my time at GEICO.

Meaghan: Can you walk me through your concerns?
Dion: My main thing is, I was brought into a meeting they were tyring to say that because I don't have my NY license I wasn't eleigible to work sales anymore and they said that they were going to be transitioned to service. I was talking to a collegue of mine who I remembered moved and they said that they didn't have to interview, they were just put into service. Ultimately this is causing me a lot of stress and anxiety, I just really need to file for FMLA because these last few weeks have been really trying on me.

Discussed the Hartford process. ---- Sent him Hartford information, FML and STD process information.

Have they ever talked to you about your NY License?
No, that felt wonky to me. I was denied for my license in August and this was in November.

Meaghan: How is your interactions with your management team?
Dion: I mean, so I definitely have moments I feel unheard and I've addressed issues when I felt unheard. It has just been like a hi and bye situation. If they ask me to make any changes to my process, I do but beyond that that's about it.

Example?
When the issue came up about my NY license, there were certain issues that they brought up and so I tried to do that. I would be off the phone doing the things they brought up and my supe at the time Cece told me to get back on the line and that the licensing team would fix it. When you look at my rating, I don't see that NY was impacting me so I did what my supe told me and thought she knew best. Just got back on the phones.

With Alison, I learned early that anytime I voice a concern I'm not heard at all. So I just leave that alone. Example: had to take a CE and at the end of it you have to fill out a DocuSign and when I was trying to change my DOB because DocuSign wasn't

EXHIBIT I

letting me change the year, it just kept putting in 2021 for my year of birth. Then it was also not showing my full license number. When I asked her about this, Alison's response was why don't you try to put in your date of birth, and she sent me my license number, but I had that. It didn't help me, so I just left it alone.

Meaghan: So it sounds like she acknowledges your concerns but the help she provides isn't helpful?
Yes.

Meaghan: What have they communicated with you regarding your license?
Dion: When I first got on the floor, they told me you need to have at least 11 licenses and you for sure need to have CA, TX and I think NC or VA. And that made perfect sense because when I didn't have NC & VA I had a hard time hitting my numbers. Once I got those states, I didn't have any trouble hitting my numbers and certifying.

Meaghan: Do you know your year to date rating?
Dion: 3.6

It sounds like you're not hurting for calls coming in?
Yeah that's why I wasn't really worried about it. Before last month, I would get about maybe 3 or 4 calls from NY per shift. Then last month, I had two days where I fielded nothing but Customer Service calls. When I asked my supervisors in the past, they would take care of it. When I asked Alison about my gating, she told me to ride out the day and would go from there. Then when I finally started getting sales calls, it would be NY calls and I couldn't service them. Recently I have been getting a bunch of Flood calls and I don't even work in the flood department.

Did she say anything about your gating?
She said hey I looked at your gating and she alluded that myself and a few others were having issues with gating. It still didn't hurt me that much because I sell a high amount of jeweler's calls. That cushioned me a bit but my numbers still took a dive.

How about right now?
I'm getting nothing but flood calls. Alison is on vacation and I won't be able to get that fixed until then. She's out till the 17th.

No back up supe?
Shawn Davis but he's working weird hours and he doesn't work the full shift that we work so I don't have anyone to go to.

No coaching?
No. We just have to reach out if we have issues.

Meaghan: When did you interview for service?
Dion: Happened on Dec 1st.

It was very vague. I didn't even know it was an interview for MOAT service until I was in the interview. They just told me they were going to put my Dion up for a new class. When I went in for the interview, they asked me like two questions, and I asked them more questions than they did me. Don't remember who it was.

I've applied for internal roles before and it was all through workday. This one was just different they (management team) were like "oh you're going to meet with such and such and so be ready for that." My colleague who I knew had moved from sales to service said that she wasn't doing very well in Sales and so her supe transitioned her into Service. He just told her hey I don't think you're fit for sales and I think service is going to be a better fit going forward.

Who is colleague? I don't remember.

Meaghan: Who did you talk to about the meeting with Sales?
Dion: Nick Reed, Brian Blowe & Alison. I wasn't sure why Brian was there because Alison is under Dan Baik.

Meaghan: How would you like this resolved?
Dion: I just look at it like this. I do great work for GEICO. I am constantly getting comp calls from customers. My YTD is 3.6 and rolling 3 months is 3.9. I just want to know what is the cause – like when the Handbook says you only need a 3 rating to maintain your job and I have that – I don't understand why an associate would have to have a specific state license.

Reviewed licensing requirements and that sometimes they do change based on business need.

Meaghan: *Reminded Associate of the Non-Retaliation guidelines GEICO has.* I would remind you of the following section in GEICO's Investigative Process:

> *Any attempt to interfere with the investigation, intimidate a witness, or improperly influence the testimony of a witness may result in disciplinary action up to and including termination of employment. Nothing in this policy should be construed in any way as a limitation on an associate's exercise of his/her rights under federal, state or local law.*

Do you have any questions about that?
Dion: No, it's very clear.

Meaghan: Thank you again for your time. At GEICO, we practice an Open Door policy. If you have any questions, please contact me, Chelsea Hicks- HR Manager.

Meeting with Dion Plump & Meaghan Urban

Date: 2/2/22

Meaghan reviewed with Dion the overview of the investigation. Meaghan reviewed the licensing timeline. Meaghan also reviewed the information regarding the transfer between departments and the process that was advised by management. Meaghan finally reviewed Dion's concerns with lack of support and gating. Meaghan did advise feedback was given on establishing an effective coaching plan and working with Dion to make sure he is getting the support he needs. Dion understood all and did not have questions on any of the things we spoke about.

Dion did have questions on how to apply for a position in a different office. He indicated for personal reasons he needs to look at relocating to Buffalo, NY. Advised of the career connect process and he advised that on geico.com there are jobs available in Buffalo, but on Career Connect there are not. Gave hiring supervisor's information to him and advised to reach out to her directly and she can confirm if there is anything available.

Dion also had concerns about how FML works and his leave – advised to him that his best resource is the corporate leave team. Advised him to reach out to them via Workday Help and ask for assistance.

Dion understood all and confirmed he had no additional questions or concerns at this time.



Sensitivity: General/Internal