**From:** Urban, Meaghan
**To:** Plump, Dion
**Subject:** Follow up
**Attachments:** image001.png
**Sensitivity:** Private

---

Hi Dion,

I'd like to follow up with you regarding the concerns you previously raised. Please join me in the WebEx room listed below from a location that you are able to speak openly and freely.

Thank you!

<https://www.geico.com/>

Meaghan Urban, SHRM-CP She/Her/Hers
HR Compliance Specialist | Human Resources
11214 Renner Blvd Lenexa, KS 66219
Phone: (913) 300-8083 | Fax: (855) 573-6008

Sensitivity: Confidential

-- Do not delete or change any of the following text. --

When it's time, join your Webex meeting here.

Join meeting <https://geicoteams.webex.com/geicoteams/j.php?MTID=m61c9cbaf1418f8e2828bd5d91ac0bf34>

More ways to join:

Join from the meeting link

https://geicoteams.webex.com/geicoteams/j.php?MTID=m61c9cbaf1418f8e2828bd5d91ac0bf34 <https://geicoteams.webex.com/geicoteams/j.php?MTID=m61c9cbaf1418f8e2828bd5d91ac0bf34>

Join by meeting number

Meeting number (access code): 2346 958 1175

Meeting password: 5BHmmFm7G56

Tap to join from a mobile device (attendees only)
+1-202-860-2110,,23469581175## <tel:%2B1-202-860-2110,,*01*23469581175%23%23*01*> United States Toll (Washington D.C.)
+1-408-418-9388,,23469581175## <tel:%2B1-408-418-9388,,*01*23469581175%23%23*01*> United States Toll

Join by phone
+1-202-860-2110 United States Toll (Washington D.C.)
+1-408-418-9388 United States Toll
Global call-in numbers <https://geicoteams.webex.com/geicoteams/globalcallin.php?MTID=m6d8ad3653b092e255d255dbf1ddbdf71> | Toll-free calling restrictions <https://www.webex.com/pdf/tollfree_restrictions.pdf>

Join by video system, application or Skype for business
Dial 23469581175@webex.com <sip:23469581175@webex.com>
You can also dial 173.243.2.68 and enter your meeting number.

EXHIBIT J

If you are a host, click here <https://geicoteams.webex.com/geicoteams/j.php?MTID=m44bd64d497bde1566fe15ab4aa261016> to view host information.

Need help? Go to https://help.webex.com <https://help.webex.com>

**From:** Urban, Meaghan
**To:** Plump, Dion
**Subject:** Follow Up
**Sensitivity:** Private

---

Hi Dion,

I wanted to follow up with you regarding the concerns you previously raised. Please meet with me using the WebEx information below

Thank you!

Meaghan

-- Do not delete or change any of the following text. --

When it's time, join your Webex meeting here.

Join meeting <https://geicoteams.webex.com/geicoteams/j.php?MTID=m05bc25428d901404368694ce5bd09284>

More ways to join:

Join from the meeting link

https://geicoteams.webex.com/geicoteams/j.php?MTID=m05bc25428d901404368694ce5bd09284 <https://geicoteams.webex.com/geicoteams/j.php?MTID=m05bc25428d901404368694ce5bd09284>

Join by meeting number

Meeting number (access code): 2348 985 2648

Meeting password: bUWuQwuV459

Tap to join from a mobile device (attendees only)
+1-202-860-2110,,23489852648## <tel:%2B1-202-860-2110,,*01*23489852648%23%23*01*> United States Toll (Washington D.C.)
+1-408-418-9388,,23489852648## <tel:%2B1-408-418-9388,,*01*23489852648%23%23*01*> United States Toll

Join by phone
+1-202-860-2110 United States Toll (Washington D.C.)
+1-408-418-9388 United States Toll
Global call-in numbers <https://geicoteams.webex.com/geicoteams/globalcallin.php?MTID=m77efe72f78672143870d4328af2864df> | Toll-free calling restrictions <https://www.webex.com/pdf/tollfree_restrictions.pdf>

Join by video system, application or Skype for business
Dial 23489852648@webex.com <sip:23489852648@webex.com>
You can also dial 173.243.2.68 and enter your meeting number.

If you are a host, click here <https://geicoteams.webex.com/geicoteams/j.php?MTID=mcea62e7ba16baf5ad8dc33edc714cfa8> to view host information.

Need help? Go to https://help.webex.com <https://help.webex.com>