URBAN
13
LMW 080323 MCR

**From:** Kansas City HR Compliance box
**To:** Plump, Dion
**Subject:** Leave Information
**Date:** Wednesday, December 15, 2021 4:05:58 PM
**Attachments:** image001.png
image002.png

Hi Dion,

Here is some information that is hopefully helpful to you on leave.

GEICO’s Short Term Disability benefit is administered by The Hartford. Associates may contact The Hartford to initiate a leave and/or disability benefit request by calling 1-866-266-6466 or going online to www.abilityadvantage.thehartford.com.

You will need to register to set up a username/password.

Once in there you can click on “Report New Claim”

During the online Claim request, Hartford will gather the information below via a series of tabs

- Contact information
- Claims/ Request dates
- Reason for & type of time off requesting
- Health Care Provider Information
- Associate Information & Schedule
- Insurance Information

Once a claim request is completed, a Claim # will be provided. You can also upload documents and send messages through the Hartford portal. It’s important to pay attention to due dates and contact them whenever you have questions.

Once filed then The Hartford will work with you, your doctor and GEICO to finalize FML. You will get notification of any approvals or denials as well.

Here are some FAQs on Short Term Disability that may be helpful: Short Term Disability FAQs

EXHIBIT K

Here is some information on FML and what it covers: FML

Let me know if you have any other questions! You can also see the Leave Page for questions.

Take care,

**Meaghan Urban** She/Her/Hers
HR Compliance Specialist | Human Resources
11214 Renner Blvd Lenexa, KS 66219
Phone: (913) 300-8083 | Fax: (855) 573-6008

Get a quote and use my referral code: **129522**

Please consider the environment before printing this email.

Sensitivity: Confidential

Sensitivity: General/Internal