# GEICO's Fair and Safe Workplace Policy

## Contents

The GEICO Fair and Safe Workplace Policy comprises the following specific policies, responsibilities and considerations:

- Equal Employment Opportunity Policy
- Policy Against Harassment/Sexual Harassment
- Workplace Violence Intervention Program Policy Statement
- Religious Accommodations
- Disability Accommodations
- Responsibility
- Conflict of Interest
- California Fair Employment Housing Act
- New York Gender Expression Non-Discrimination Act (GENDA)
- Pregnancy-Related Accommodations
- Maryland Reasonable Accommodations for Disabilities Due to Pregnancy Act
- Philadelphia Wage Theft Complaints
- Complaint Procedure
- Investigation Process; and
- Communication of Policy

## Equal Employment Opportunity Policy

The equal employment opportunity policy of the GEICO Companies provides for a fair and equal employment opportunity for all associates and job applicants regardless of race, color, religious creed, national origin, ancestry, age, sex, gender, pregnancy, sexual orientation, gender identity, marital status, familial status, disability or genetic


Sensitivity: Confidential
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000138
EXHIBIT L

information, in compliance with applicable federal, state and local law. GEICO hires and promotes individuals solely on the basis of their qualifications for the job to be filled.

GEICO reasonably accommodates qualified individuals with disabilities to enable them to receive equal employment opportunity and/or perform the essential functions of the job, unless the accommodation would impose an undue hardship to the Company. This applies to all applicants and associates.

GEICO also provides a work environment in which each associate is able to be productive and work to the best of their ability. We do not condone or tolerate an atmosphere of intimidation or harassment. We expect and require the cooperation of all associates in maintaining an atmosphere free from discrimination and harassment with mutual respect by and for all associates and applicants.

# Policy Against Harassment/Sexual Harassment

Harassment in any form is forbidden and violates our policy. Our policy strictly forbids actions or words in the workplace that are threatening, intimidating, coercing or harassing or that intentionally create discord in the business environment.

Specifically, sexual harassment is illegal and violates Title VII of the Civil Rights Act, the California Fair Employment and Housing Act and New York labor laws. Sexual harassment includes, but is not limited to, unwelcome verbal, written or physical conduct of a sexual nature when the conduct affects an individual's work performance or creates what a reasonable person would consider to be an intimidating, hostile, or offensive work environment. The conduct could be engaged in by either a supervisor or a fellow associate toward a person of the same sex or the opposite sex. Comments or behavior which intimidate, ridicule or demean an associate's status based on gender may also constitute sexual harassment, as would insinuations, sexual advances, and promises or threats relating to requests or demands for sexual favors, whether or not those threats or promises are carried out.

Sexual harassment is considered a form of associate misconduct and individuals engaging in sexual harassment (including management associates who knowingly allow such behavior to continue) will be subject to corrective action, up to and including termination of employment.

## New York

### Federal and State Statutory Provisions for Sexual Harassment & Remedies Available to Victims

The New York State Division of Human Rights (DHR) is responsible for investigating instances of sexual harassment. More information can be found by visiting the DHR website at https://dhr.ny.gov/.

- Sexual harassment is a form of sex discrimination.
- A complaint alleging violation of the Human Rights Law may be filed either with DHR or in New York State Supreme Court.
- Complaints may be filed with DHR **within one year** of the alleged discrimination. You do not need to have an attorney to file.
- If an individual did not file at DHR, they can sue directly in state court under the Human Rights Law, **within three years** of the alleged discrimination.
- An individual may not file with DHR if they already filed a Human Rights Law complaint in state court.
- You should contact the county, city or town in which you live to find out if a local law exists.
- Harassment may constitute a crime if it involves actions like physical touching, coerced physical confinement or coerced sex acts. **Associates should also contact the local police department**.
- For more information, visit: https://dhr.ny.gov.

### Sexual Harassment Complaint Form and Investigation Procedure

The sexual harassment complaint form is available on Gnie.


Sensitivity: Confidential
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000139

### Investigation procedure

- The Company also has a duty to take appropriate steps to ensure that harassment will not occur. The Company will investigate claims as follows:
  - Local HR, Corporate HR or the Office of General Counsel will conduct an immediate review of the allegations, and take any interim actions, as appropriate.
  - Relevant documents, emails or phone records will be requested, preserved and obtained.
  - Interviews will be conducted with parties involved and witnesses.

### Rights of Redress

An associate may exercise their rights of redress as follows:

### New York State Division of Human Rights (DHR)

- A complaint alleging violation of the Human Rights Law may be filed either with DHR or in New York State Supreme Court.
- An individual's complaint may be filed with DHR **within one year** of the alleged discrimination. The individual does not need to have an attorney to file a complaint.
- If an individual does not file a complaint with DHR, they can sue directly in state court under the Human Rights Law, **within three years** of the alleged discrimination.
- An individual may not file with DHR if they have already filed a Human Rights Law complaint in state court.
- For more information, visit: https://dhr.ny.gov.

### United States Equal Employment Opportunity Commission (EEOC)

- An individual may file a complaint with the EEOC **within 300 days** from the alleged discrimination. The individual does not need to have an attorney to file a complaint.
- The individual must file a complaint with the EEOC before they can file a complaint in federal court.
- For more information, visit: **www.eeoc.gov**.

***NOTE:*** *If an individual files an administrative complaint with DHR, then the DHR will automatically file the complaint with the EEOC to preserve the right to proceed in federal court.*

---

# Workplace Violence Intervention Program Policy Statement

GEICO is concerned about and committed to our associates' safety at work. The Company does not tolerate violence in the workplace; to avoid them, it has implemented a Workplace Violence Intervention Program (WPVP). The Company provides appropriate authority and resources to responsible parties so the goals and responsibilities of the WPVP can be met.

Aggressive and/or violent behavior is disruptive and contrary to the development and maintenance of a safe, productive and supportive work environment. Such behavior at work is prohibited, and associates who exhibit it will be held accountable under the policy, as well as local, state, and federal law.

All threats and acts of aggression or violent behavior should be taken seriously and addressed immediately. Examples include, but are not limited to:

- Harming or threatening to harm one's self, or any other person;
- Damaging or threatening to damage property belonging to GEICO, or any other person;
- Possessing a dangerous weapon or incendiary device anywhere on Company property where they are prohibited


Sensitivity: Confidential
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000140

GEICO requires prompt and accurate reporting of all incidents involving violence, regardless if physical injury occurred or not.

The WPVP is to ensure associates adhere to work practices designed to make the workplace secure, and associates do not engage in verbal threats or physical actions that create a safety or security hazard for others in the workplace.

All associates must follow safe work practices, including all directives, policies and procedures relating to workplace safety, and assist in maintaining a safe and secure work environment by reporting known problems.

The following policies found in this Associate Handbook 2 relate to this WPVP:

- Policy Against Harassment/Sexual Harassment
- Workplace Safety
- Weapons-Free Workplace Policy
- Alcohol and Drug Policy

# Religious Accommodations

The Company respects the religious beliefs and practices of all associates and will make, on request, an accommodation for such observances when a reasonable accommodation is available that does not create an undue hardship on the Company's business.

An associate whose religious beliefs or practices conflict with their job, work schedule, or with the Company's policy or practice on dress and appearance, or with other aspects of employment, and who seeks a religious accommodation must submit a written request for the accommodation to their immediate supervisor or directly to the Human Resources leader in their location. The written request, which needs to include the type of religious conflict that exists and the associate's suggested accommodation, can be made using the Religious Accommodation Request Form (D311).

The Company will evaluate the request considering whether a work conflict exists due to a sincerely held religious belief or practice, and whether an accommodation is available that is reasonable and that would not create an undue hardship on the Company's business. An accommodation may be a change in job, using paid leave or leave without pay, allowing an exception to the dress and appearance code that does not affect safety, customer-facing considerations, or for other aspects of employment.

A Human Resources representative will contact the associate to discuss the request and the decision on an accommodation.

# Disability Accommodations

GEICO provides reasonable accommodations to qualified individuals with disabilities under the Americans With Disabilities Act as amended and applicable state and local law. For additional information, please review the Reasonable Accommodation Policy in Associate Handbook 1.

Any violation of the Reasonable Accommodation Policy should be brought to the attention of Human Resources.

# Responsibility

Fulfilling our pledge to provide a nondiscriminatory workplace is part of everyone's job - a commitment and responsibility shared by all GEICO associates. The responsibility for providing equal opportunity and a harassment-free environment for job applicants and associates rests with all levels of management. Each supervisor and manager must ensure job applicants and associates are treated in a fair and nondiscriminatory manner in our workplace.

Associates are required to **immediately** report any situation they believe violates our Fair and Safe Workplace Policy, so an investigation may be conducted to address the situation.



Sensitivity: Confidential
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000141

# Conflict of Interest

Management associates must avoid conflicts of interest and apparent conflicts of interest that may be perceived as fostering favoritism in the employment and placement of associates. In this context, the term "management" includes trainers, lead associates, supervisors, managers, directors and officers, as well as all associates who may have temporary, occasional or permanent authority over another associate.

Any relationship that develops beyond a professional relationship between two associates, where one associate has management authority over the other (such authority can exist outside the chain of command), risks a conflict of interest and will be considered as such. The associates involved must immediately disclose to management the nature of the relationship. If the relationship continues, one of the associates must immediately seek a transfer to another department or seek other employment. Management will involve local Human Resources as needed.

An extraprofessional relationship is one that is outside ordinary limits of professional interest or duty. Examples of extraprofessional relationships include, but are not limited to, one associate becoming romantically and/or sexually involved with another, an associate becoming a business partner with another or an associate exchanging financial favors with another. If management discovers that, as a result of any extraprofessional relationship, unfair treatment or the perception of unfair treatment has occurred, management will take appropriate action to resolve the matter.

Additionally, allowing relatives to work in the same department is discouraged, whether or not a reporting relationship exists. Members of management must also ensure that no associate on their team receives preferential treatment and avoid actions that may lead to the perception of favoritism.

Failure to enforce and/or abide by this policy may lead to disciplinary action up to and including termination of employment.

# California Fair Employment Housing Act

California Fair Employment Housing Act (FEHA) requires the following additional information be provided to associates who work in California: Supervisors, co-workers and third parties are prohibited from engaging in behavior made unlawful by FEHA, and associates could be held individually liable for damages resulting from having engaged in such prohibited behavior. FEHA protects associates and job applicants from illegal discrimination and harassment on the basis of race, color, religion, national origin, military and veteran status, sex (pregnancy or gender), sexual orientation, gender expression, gender identity, sex stereotype, transgender status, age (40 and above), marital status, national origin (including language use restrictions), ancestry, disability (mental and/physical, including HIV and AIDS), medical condition (cancer/genetic characteristics) or use of allowable family and medical care leave or pregnancy disability leave. The Company hires and promotes individuals solely on the basis of their qualifications for the job to be filled.

# New York Gender Expression Non-Discrimination Act (GENDA)

The New York Gender Expression Non-Discrimination Act (GENDA) prohibits intimidation, discrimination, harassment and retaliation against individuals on the basis of their gender identity or expression. Gender identity or expression is defined as “a person's actual or perceived gender-related identity, appearance, behavior, expression, or other gender-related characteristic regardless of the sex assigned to that person at birth, including, but not limited to, the status of being transgender.” The Company does not tolerate an atmosphere of intimidation and expects and requires the cooperation of all associates in maintaining an atmosphere free from discrimination, harassment and retaliation with mutual respect by and for all associates and applicants. The Company hires and promotes individuals solely on the basis of their qualifications for the job to be filled.

# Pregnancy-Related Accommodations

## Lactation Policy


Sensitivity: Confidential
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000142

GEICO recognizes the challenges faced by nursing mothers. For up to one year after the birth of a child, an associate who is breastfeeding her child will be provided reasonable break times to express breast milk and, if the associate works in a GEICO facility, a designated private space to express her breast milk. An associate who stores breast milk on GEICO premises assumes all responsibility for the safety of the milk and the risk of harm for any reason, including improper storage, refrigeration, or tampering. An associate who does not work in a GEICO facility may contact Human Resources to discuss whether and/or where a private space can be provided. For privacy purposes, GEICO prohibits the expressing of breast milk on its premises except in the designated lactation space.

An associate requiring lactation breaks must use regularly scheduled work breaks. Any lactation break exceeding a regularly scheduled break must be entered in Workday as either approved vacation or floating holiday time off or, if no vacation or floating holidays time off accruals are available, as ATO. Management may, in its sole discretion, allow an associate to make up the time exceeding the regularly scheduled breaks at the end of the shift in which the overage occurred.

Associates in need of additional lactation-related workplace support may contact the Human Resources Corporate Leave Team.

## California

GEICO provides California associates with reasonable accommodations for conditions related to pregnancy, childbirth, or related medical conditions, upon an associate's request that is supported by her health care provider. Associates may not be discriminated or retaliated against for filing a complaint related to any denial of a reasonable accommodation request.

## Indiana

An associate is permitted to store milk within an office refrigerator or other cold storage space, or the associate may provide their own portable cold storage device for keeping milk that has been expressed until the end of the work day.

## Maryland

GEICO provides Maryland associates with reasonable accommodations for a disability caused or contributed to by pregnancy, upon an associate's request that is supported by her health care provider.

## New Jersey

GEICO provides New Jersey associates with reasonable accommodations if they are affected by pregnancy, childbirth, or related medical conditions, including recovery from childbirth, upon an associate's request that is supported by her health care provider.

## New York

GEICO provides New York associates with reasonable accommodations to address temporary medical conditions relating to pregnancy or childbirth, upon an associate's request that is supported by her health care provider. New York associates are also permitted to use break time to express breast milk for up to three years following childbirth.

## Washington State

GEICO provides Washington State associates with reasonable accommodations relating to pregnancy and pregnancy-related health conditions, upon an associate's request that is supported by her health care provider.

## Other States

Other states requiring pregnancy-related accommodations include Colorado, Connecticut, Delaware, the District of Columbia, Hawaii, Illinois, Louisiana, Massachusetts, Minnesota, Nebraska, Nevada, North Dakota, Rhode Island, South Carolina, Utah, Vermont, and West Virginia. Additional states may require pregnancy-related accommodations as state laws are updated or enacted.


Sensitivity: Confidential
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000143

## Maryland Reasonable Accommodations for Disabilities Due to Pregnancy Act

In compliance with Maryland state law, the Company is committed to a policy of providing reasonable accommodations, which may include leave, for a disability caused or contributed to by pregnancy. The Company will provide reasonable accommodations necessary to allow a pregnant employee to perform the essential functions of her position, to the extent that any accommodation does not pose an undue hardship for the Company. Whether or not any particular accommodation would be reasonable would depend on the circumstances. In order to make this assessment, the Company may request the employee's physician to provide medical certifications to support the requested accommodation.

Reasonable accommodations will be considered upon an associate's request. If you have or develop a need for an accommodation because of your pregnancy to help perform the essential functions of your job, you should submit a request for accommodation in writing to your manager or the Human Resources Manager. Your request will be evaluated and an effort will be made to provide reasonable accommodations.

## Philadelphia Wage Theft Complaints

An associate working in Philadelphia has the right to file a complaint with the city or bring a civil action if the Company fails to pay all wages earned by the associate.

## Complaint Procedure

If any associate believes they have not been treated fairly, the associate is encouraged to immediately report the matter.

Associates may speak to their supervisor, manager, or planning center manager about any situation. Members of management who receive an associate's complaint must report the complaint(s) to Human Resources or Corporate Employment Compliance. An associate may also speak to the Human Resources Manager in their business location, a member of the Corporate Employment Compliance staff located at GEICO Plaza, the Employment Compliance manager, or the assistant vice president of Human Resources: 1-800-824-5404, exts. 2866, 2540, 5581, 7432, 2799, or 5577. The Company will strive to maintain confidentiality during the investigation, but there is no guarantee of complete confidentiality.

Along with our internal grievance procedures, associates can file a complaint with the Equal Employment Opportunity Commission (EEOC). California associates may also call the California Department of Fair Employment and Housing (DFEH) to report sexual harassment.

- DFEH: 800-884-1684
- DFEH TDD:
  - Los Angeles: 213-897-2840
  - Sacramento: 916-324-1678

Upon receiving a complaint, the Company will conduct a fair, complete and timely investigation. If allegations of wrongdoing are substantiated, the Company will take appropriate remedial measures to address events that already occurred, and to prevent further wrongdoing from occurring.

## Investigation Process

Investigations will be conducted impartially. Reasonable measures will be taken to protect the reporting associate from any retaliatory, harassing or abusive behavior, including, when possible and appropriate, preservation of the reporting associate's identity. The Company does not tolerate any form of retaliation (whether by a peer or member of


Sensitivity: Confidential
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000144

management) against associates who come forward in good faith and report a problem. Associates who are found to have retaliated against another associate for any reason will be subject to appropriate disciplinary action up to and including termination of employment.

However, associates must be aware that the consequences of making spurious complaints can be serious. Therefore, the accused individual or individuals will be given the opportunity to respond to allegations prohibited by this policy. Any attempt to interfere with the investigation, intimidate a witness, or improperly influence the testimony of a witness may result in disciplinary action up to and including termination of employment. Nothing in this policy should be construed in any way as a limitation on an associate's exercise of their rights under federal, state or local law.

When appropriate, the complaining associate will be advised of the findings and conclusion of the investigation. Any associate or member of management who is found, after investigation, to have violated GEICO's Fair and Safe Workplace Policy will be subject to appropriate disciplinary action up to and including termination of employment.

# Communication of Policy

GEICO's Fair and Safe Workplace Policy will be posted in an area in each office location where it can be seen by all job applicants and associates. The policy will be distributed to new associates and to new supervisory associates, and annually reviewed with all associates.


Sensitivity: Confidential
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000145