REDACTED

Ex. 25
Metropolitan 090823 CLS

---------- Forwarded message ---------
From: **Corporate HR** <CorporateHR@geico.com>
Date: Wed, Dec 29, 2021 at 5:02 PM
Subject: Important information regarding your Leave claim
To:

HUMAN RESOURCES

12/29/2021

Dear GEICO Associate,

Our records indicate you currently have a leave or accommodation claim pending with The Hartford. Effective **January 1, 2022** The Hartford will no longer administer FMLA and ADA accommodation requests for GEICO associates. **Unless your claim with The Hartford is for a continuous (i.e., non-intermittent) absence that began in 2021, your request with them will be closed**. Please see below for additional details and handling instructions based on different types of claims and where they are in the review process:

- **Pending or approved claim(s) for continuous leave with a 2021 Start Date**: For continuous Leave, Short Term Disability, and Paid Bonding claims where an associate's absence began in 2021, The Hartford will continue to manage leave, disability, and bonding approvals until the benefit is exhausted or the associate returns to work. If such a claim is pending, paperwork must still be provided directly to The Hartford for their review. Associates requiring additional leave after returning

to work should contact the GEICO Leave team for assistance (contact information provided below).

- **<u>All requests for continuous leave with a 2022 start date:</u>** Leave already approved by The Hartford will not require re-review, however, they will be handled by the GEICO Leave Team beginning in January. Please contact the GEICO Leave Team – not The Hartford - with questions about your claim, to confirm your return to work, or request additional time off. If your claim is *pending (I.e., not yet approved)* as of December 31, 2021 it will be closed with The Hartford as of January 1, 2022 and transferred to GEICO for follow up. Associates with pending claims must provide completed medical documentation to the GEICO Leave Team for review. (Contact information provided below).

- **<u>Pending or Approved Intermittent FML claims</u>**: Intermittent absences *already approved by The Hartford*, including future absences, will not require re-review. Further, associates will no longer be required to report intermittent absences to The Hartford even if the absence was initially approved by The Hartford. Associates must still follow GEICO's call-in procedures as outlined in Associate Handbook 1. Should you have additional questions regarding the Company's call-in procedures, speak with your supervisor or a member of management. Claims for intermittent absences made to The Hartford but not yet approved as of December 31, 2021, will be closed and transferred to GEICO. Associates with a pending intermittent claim must provide their completed medical paperwork to the GEICO Leave Team for review (contact information provided below).

- **<u>Pending or approved ADA accommodations</u>**: Approved accommodation requests do not require re-review and will continue through the expiration date found on your approval. All ADA requests still pending review as of December 31, 2021, will be closed by The Hartford and transferred to the GEICO Leave Team. If you have a pending accommodation request, you must provide your completed paperwork to the GEICO Leave Team to review (contact information provided below). Should you have any questions regarding your accommodation requests/approvals, please contact The GEICO Leave team.

- **<u>Upcoming recertifications</u>**: For all approved leave and accommodations expiring in January 2022 and beyond, please work with the GEICO Leave Team if additional leave or accommodations are needed. To submit a new leave request or to recertify one that is expiring, please use the **<u>Leave Intake Tool</u>**. You will be have **15 calendar days** to submit medical paperwork for your request to be approved timely, so be sure to request recertification at least **15 calendar day** period prior to your existing approval's expiration.

- **<u>Recovery and Bonding claims with 2022 Start Dates</u>**: Requests for leave to recover from childbirth or to bond with a newborn or recently-adopted child must be made to the GEICO Leave Team. To ensure timely handling, please make your request at least 30 days prior to the planned absence. To submit requests to the GEICO Leave Team, please use the **<u>Leave Intake Tool</u>**.

- **Long Term Disability claims**: The Hartford will continue to administer the Company's LTD benefit in 2022.

**Contacting GEICO Leave team**

To request leave or an accommodation, please use the Leave Intake Tool. For general questions or questions concerning your particular request, the GEICO Leave team can be reached by opening a case using Workday Help and selecting the "***Leave-General Leave Support***" case type. If you are on leave with no access to Workday desktop, you can still access Workday by downloading and using the Workday mobile app. Your supervisor or your local HR department can help if you need assistance with this.

For pending claims requiring The GEICO Leave Team's review, you can **fax** or have your provider **fax** your paperwork to **855-590-5355**. The GEICO Leave team will prioritize the review of former Hartford pending claims, and the review will begin on or around January 3, 2022.

Sincerely,

The GEICO Leave Team

Corporate Human Resources

GEICO.
Human Resources

Sensitivity: General/Internal

====================

This email/fax message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email/fax is prohibited. If you are not the intended recipient, please destroy all paper and electronic copies of the original message.