REDACTED

From: **Megen Snyder (i-Sight)** <057f7fc6-abab-492e-9861-42517dd4de57@geicohr.i-sight.com>
Date: Fri, Jan 21, 2022 at 11:54 AM
Subject: [i-Sight] (2022-01-00001146) Megen Snyder - Leave Case #2022-01-00001146
To: <plumpds@gmail.com>, <mesnyder@geico.com>, <aselg@geico.com>, <mbeaver@geico.com>

i-Sight

**Ex. 27**
Metropolitan 090823 CLS

Good Morning Dion,

I have checked and we have not received the documents. My best suggestion is to call the office and have them fax to us again and if possible email to you, that way you also have the copy. If possible ask them to let you know the time they faxed it and the number they sent it from .

Please let me know if you have any other questions.

Megen

This email was sent to: plumpds@gmail.com,mesnyder@geico.com,aselg@geico.com,mbeaver@geico.com

---

**From:** plumpds@gmail.com
**Date:** 01/21/2022 10:29 AM
**To:** mesnyder@geico.com
**Cc:** aselg@geico.com,mbeaver@geico.com
**Subject:** Re: [i-Sight] (2022-01-00001146) Megen Snyder - Leave Case #2022-01-00001146

I have been receiving ongoing treatment, but today was the earliest appt I could get with my PC doctor and we went over the paperwork and she mentioned that she is sending it in today. Can you let me know on Monday if you've received it?

---

**From:** mesnyder@geico.com
**Date:** 01/07/2022 5:54 PM
**To:** plumpds@gmail.com,aselg@geico.com,mbeaver@geico.com
**Cc:**
**Subject:** Leave Case #2022-01-00001146

I apologize for any confusion in the last email the due date is 1/22/22 not 2/22/22. It was listed correctly on the attached paperwork.

---

**From:** mesnyder@geico.com
**Date:** 01/07/2022 3:45 PM
**To:** plumpds@gmail.com,aselg@geico.com,mbeaver@geico.com
**Cc:**
**Subject:** Leave Case #2022-01-00001146

Leave Case #2022-01-00001146

Dion Plump
Thank you for submitting your request for your upcoming leave event. We are happy to assist you with this process.
Good News! You are eligible for Leave under the FMLA. Please take some time to review the FMLA Eligibility and Notice of Rights in the attached packet.
The next step in this process will be to have your treating healthcare provider complete the WH-380 certification form and return by **2/22/22**. **Be sure to complete section 1 of the form prior to providing it to the treating healthcare provider and allow them to complete the remaining sections of the form.**
Even Better News! We have made it easy for associates and their providers to return documentation:

- By Fax: 855-590-5355
- I-Sight Claim Submission Portal (link provided on your initial I-Sight request confirmation email)

The other enclosed forms are critical for you to review as they provide you with need to know" information regarding your benefits while on leave including benefits billing, the leave process, and a job aid to support you in downloading the Workday mobile app should you need to contact our team via Workday Help. Although we are here to guide and assist, it s ***your responsibility*** to ensure we receive the forms by the due date provided on your paperwork. We always recommend following up with your provider regularly after providing the forms to them for completion. If your provider will be sending forms on your behalf by fax, please allow us up to 72 business hours (or 3 business days) to review and make a leave determination. We will send you a confirmation email once we have received the forms and have started the review phase.

We look forward to providing you with Great Service during this process!

Megen Snyder
Corporate Leave Specialist
Phone 301-718-5284

---

**i-Sight**