REDACTED

From: **Megen Snyder (i-Sight)** <89628196-110c-4cc3-b4a0-91b9f4b56f8c@geicohr.i-sight.com>
Date: Mon, Jan 24, 2022 at 5:18 PM
Subject: [i-Sight] (2022-01-00001146) Megen Snyder - FML Approval
To: <plumpds@gmail.com>, <mesnyder@geico.com>, <aselg@geico.com>, <mbeaver@geico.com>

i-Sight

Ex. 28
Metropolitan 090823 CLS

Are you currently on Short Term Disability?

This email was sent to: plumpds@gmail.com,mesnyder@geico.com,aselg@geico.com,mbeaver@geico.com

---

**From:** plumpds@gmail.com
**Date:** 01/24/2022 2:16 PM
**To:** mesnyder@geico.com
**Cc:**
**Subject:** Re: [i-Sight] (2022-01-00001146) Megen Snyder - FML Approval

So do I start back work on Wednesday? I'm kinda familiar as to how intermittent leave works, but not entirely.

---

**From:** mesnyder@geico.com
**Date:** 01/24/2022 12:56 PM
**To:** plumpds@gmail.com,mesnyder@geico.com,aselg@geico.com,mbeaver@geico.com
**Cc:**
**Subject:** FML Approval

Good Afternoon Dion,

You current approval is for intermittent leave. If you have a short term disability claim with the Hartford they will handle all aspects of it. Please reach out to the Hartford

about the status of the claim.
Please let me know if you have additional questions.

Megen

---

**From:** plumpds@gmail.com
**Date:** 01/24/2022 12:18 PM
**To:** mesnyder@geico.com
**Cc:**
**Subject:** Re: [i-Sight] (2022-01-00001146) Megen Snyder - FML Approval

Originally I was set up to receive short term disability with my original Hartford claim and then I filed one with GEICO as it was communicated that the relationship with Hartford was expiring. With that said, couple questions: How do I go about getting short term disability for the time I have been out and does the terms of my leave constitute intermittent or continuous leave?

---

**From:** mesnyder@geico.com
**Date:** 01/21/2022 4:37 PM
**To:** plumpds@gmail.com,aselg@geico.com,mbeaver@geico.com
**Cc:**
**Subject:** FML Approval

Leave Case # 2022-01-00001146

Dion Plump
I'm happy to inform you that your request for Family Medical Leave (FML) has been approved and here are the terms of your approval.
**NOTICE OF FAMILY MEDICAL LEAVE APPROVAL**
Your FML application is approved. All leave you take for the reason indicated on the GEICO Certification of Health Care Provider will be designated as FMLA leave. Your approved FML begins on **(12/17/21)** and ends on **(9/21/22)**. If your leave is for an intermittent period of time, the frequency and duration approved are as follows:
**For episodic flare-ups:**
**Frequency: Up to 2 times per month**
**Duration: Up to 1 day per episode**
**Scheduled medical appointments: ___2x per year_____**
**FMLA requires you notify us as soon as practicable if dates of your scheduled leave changes, or are extended, or were initially unknown. Based on the information you have provided to date, we are providing the following information about the amount of time that will be counted against your Family Medical Leave entitlement:**
_____ **Hours/Days/Weeks Counted Against FML Entitlement:** Provided there is no deviation from your anticipated leave schedule, the following number of hours, days, or weeks will be counted against your FML entitlement: ______
__x__ **Not Possible to Provide Hours/Days/Weeks Counted Against FML**

**Entitlement:** Because the leave you have been approved to take will be unscheduled, it is not possible to provide the hours, days, or weeks to be counted against your FML entitlement at this time. You have the right to request this information once in a 30-day period (if leave was taken in the 30-day period).

**___x__ Required Use of Applicable Accrued Leave:** You are required to use your applicable accrued leave during your FML period.

**_x___ Recertification Notice:** Note the end date of your approved FML above. If you believe you will require FML beyond the end date above, it is your responsibility to notify your supervisor and The GEICO Leave team to start the recertification process at least 15 calendar days prior to the expiration date of this FML approval.

Thank you for giving me the opportunity to help assist in this matter.

Megen Snyder
Corporate Leave Specialist
Phone 301-718-5284

---

**i-Sight**

This is an i-Sight appointment. Any changes to this appointment should be made through i-Sight.