12/16/2021

Plump, Dion 12/16/2021, 10:26 AM

so i have been dealing with tech issues since saturday and to boot my power went out on yesterday

i am going to admit myself to a hospital today so i will be out sick and in the process of filing for FMLA

i don't know how you want to proceed with my hours

but i am just giving you the heads up

laura grider and steven mallein were assisting me with my tech issues on saturday and my system is just all over the place

i am having to submit calls and tickets to help desk daily now days

Plump, Dion 12/16/2021, 10:29 AM

she initially put that i only worked for 15 minutes on saturday but that was definitely not the case as i was able to field a phone call or two before having system issues. so i accounted for the time that it took to resolve the issues before i finally called it quits on saturday