**Dion Plump** <plumpds@gmail.com>
to Maureen

Can you do your thing and let them know I'm in the hospital for an extended period of time per my FML and you're my POC

---------- Forwarded message ---------
From: **Beaver, Meghan** <MBeaver@geico.com>
Date: Wed, Feb 9, 2022 at 18:11
Subject: Follow up
To: plumpds@gmail.com <plumpds@gmail.com>
CC: Selg, Allison <ASelg@geico.com>

Hi Dion,

I just called your phone and got your voicemail. Can you please give me a call?

Phone: 913-300-8109

GEICO

**Meghan Beaver** She/Her/Hers
MOAT Sales Manager | Kansas City
Phone: 913-300-8109 | M-F 9:00-5:30 CST

Sensitivity: General/Internal

====================
This email/fax message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email/fax is prohibited. If you are not the intended recipient, please destroy all paper and electronic copies of the original message.

EXHIBIT Q