**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP, Plaintiff, | ) | |
| v. | ) | Case No. 22-cv-02498 |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, Defendant. | ) | |

**DECLARATION OF CHRISTINE FUSCO**

I, Christine Fusco, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following facts are true and correct to the best of my knowledge, information, and belief:

1. I am over the age of 18 and fully competent to make this Declaration.

2. I offer this Declaration at GEICO's request in connect with its Motion for Summary Judgment regarding business records pursuant to FRCP 56.

3. I work for Government Employees Insurance Company d/b/a GEICO ("GEICO") as a Manager. I have knowledge of the facts stated in this Declaration based on the performance of my job duties. If called to testify to the following facts, I would do so.

4. As GEICO's Manager, I have access to documents, records, and information related to this lawsuit – including associates' timecard data and related information. The statements in this Declaration are made on the basis of those documents and my review thereof and are true and correct to the best of my knowledge.

5. Attached hereto as **Exhibit 1** is a true and correct copy of the Dion Plump's Timecard Data (GEICO 001527 – 001536).

6. **Exhibit 1** was prepared by personnel or staff at GEICO (or persons acting under their control).

7. The records contained in **Exhibit 1** are kept in the ordinary course of business, as a regular practice, and as part of our regularly conducted business activities.

8. The records contained in **Exhibit 1** were made at or near the time of the events reflected therein by, and/or from information transmitted by, someone with knowledge of the matters and events set for therein.

9. **Exhibit 1** is a fair and accurate copy of the records depicted therein.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**Executed on: November 10, 2023.**

Christine Fusco
Christine Fusco
Associate Relations, Manager
GEICO

| Associate ID | Associate | FT/PT | Date Worked | Reported Quantity | Hours Worked | Status | Time In | Time Out | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 232426 | Dion Plump (Terminated) | Part Time | 6/8/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/9/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/10/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/11/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/12/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/15/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/16/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/17/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/18/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/19/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/22/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/23/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/24/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/25/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/26/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/29/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 6/30/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/1/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/2/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/3/2020 | 7.75 | Holiday | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/6/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/7/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/8/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/9/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/10/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/13/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/14/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/15/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/16/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/17/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/20/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/21/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/22/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/23/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/24/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/25/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/27/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |
| 232426 | Dion Plump (Terminated) | Part Time | 7/29/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved | | | |

**EXHIBIT 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| 232426 | Dion Plump (Terminated) | Part Time | 7/30/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/31/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/1/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/3/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/5/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/6/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/7/2020 | 4.22 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/10/2020 | 1.18 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/12/2020 | 0.25 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/13/2020 | 0.47 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/14/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/19/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/20/2020 | 5.63 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/21/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/22/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/24/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/26/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/27/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/28/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/29/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/31/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/2/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/3/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/4/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/5/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/7/2020 | 7.75 | Holiday | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/9/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/10/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/11/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/13/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/14/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/15/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/16/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/17/2020 | 7.92 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/20/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/21/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/22/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/23/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |

**EXHIBIT 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| 232426 | Dion Plump (Terminated) | Part Time | 9/24/2020 | 7.78 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/27/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/28/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/29/2020 | 7.87 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/30/2020 | 7.66 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/1/2020 | 7.72 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/5/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/6/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/7/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/8/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/9/2020 | 7.81 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/11/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/12/2020 | 8.02 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/13/2020 | 7.87 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/14/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/15/2020 | 5.28 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/16/2020 | 2.08 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/18/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/19/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/20/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/21/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/22/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/25/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/26/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/27/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/28/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 10/29/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/1/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/2/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/3/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/4/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/5/2020 | 8.02 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/8/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/9/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/10/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/11/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/12/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/15/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |

**EXHIBIT 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| 232426 | Dion Plump (Terminated) | Part Time | 11/16/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/17/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/18/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/19/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/22/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/23/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/24/2020 | 8.08 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/26/2020 | 7.75 | Holiday | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/29/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/30/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/1/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/2/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/3/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/6/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/7/2020 | 7.83 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/8/2020 | 7.82 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/9/2020 | 9.82 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/10/2020 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/11/2020 | 6 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/13/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/14/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/15/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/16/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/17/2020 | 1.03 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/18/2020 | 2.1 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/21/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/22/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/23/2020 | 7.82 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/25/2020 | 7.75 | Holiday | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/27/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/28/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/29/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/30/2020 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/1/2021 | 7.75 | Holiday | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/1/2021 | 7.75 | Holiday Worked Incentive | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/3/2021 | 10.25 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/4/2021 | 10.25 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/5/2021 | 10.28 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/6/2021 | 10.25 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/7/2021 | 10.25 | Regular Hours Worked Hours Only Non-CA | Approved |

**EXHIBIT 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| 232426 | Dion Plump (Terminated) | Part Time | 1/8/2021 | 7.35 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/10/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/12/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/13/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/14/2021 | 8.23 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/15/2021 | 1.07 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/17/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/18/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/19/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/20/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/21/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/24/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/25/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/26/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/27/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/28/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/31/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/1/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/8/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/9/2021 | 5.25 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/10/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/11/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/12/2021 | 2.77 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/14/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/15/2021 | 7.92 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/16/2021 | 7.88 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/17/2021 | 7.82 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/18/2021 | 8.42 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/19/2021 | 3.6 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/21/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/22/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/23/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/24/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/25/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/28/2021 | 7.87 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/1/2021 | 2.07 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/2/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/3/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |

**EXHIBIT 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| 232426 | Dion Plump (Terminated) | Part Time | 3/4/2021 | 6.25 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/5/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/8/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/9/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/10/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/11/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/12/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/15/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/16/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/17/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/18/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/19/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/22/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/23/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/24/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/25/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/26/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/29/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/30/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 3/31/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/1/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/2/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/5/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/6/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/7/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/8/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/9/2021 | 7.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/10/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/14/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/15/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/16/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/17/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/21/2021 | 4.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/22/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/23/2021 | 9.95 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/24/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/28/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 4/29/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |

**EXHIBIT 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| 232426 | Dion Plump (Terminated) | Part Time | 4/30/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/5/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/6/2021 | 0.6 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/7/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/8/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/12/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/13/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/14/2021 | 10.18 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/15/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/19/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/20/2021 | 2.25 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/21/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/26/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/27/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/28/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/29/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 5/31/2021 | 7.75 | Holiday | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/1/2021 | 9.13 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/2/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/3/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/4/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/5/2021 | 3.77 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/7/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/9/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/10/2021 | 11.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/11/2021 | 11.82 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/12/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/14/2021 | 8.78 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/16/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/17/2021 | 1.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/18/2021 | 5.38 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/21/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/23/2021 | 2.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/24/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/25/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/26/2021 | 3.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/28/2021 | 8.28 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 6/30/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |

**EXHIBIT 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| 232426 | Dion Plump (Terminated) | Part Time | 7/1/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/2/2021 | 9.83 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/3/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/5/2021 | 7.75 | Holiday | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/6/2021 | 8 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/8/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/9/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/10/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/12/2021 | 6.78 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/14/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/15/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/16/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/21/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/23/2021 | 10.18 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/24/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/28/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/29/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/30/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 7/31/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/4/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/5/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/6/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/7/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/11/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/12/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/13/2021 | 9.97 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/14/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/19/2021 | 5.33 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/20/2021 | 6.99 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/25/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/26/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/27/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/28/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 8/30/2021 | 4.57 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/1/2021 | 5.52 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/2/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/3/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/4/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 9/6/2021 | 3.5 | Holiday Worked Incentive | Approved |

**EXHIBIT 1**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 232426 | Dion Plump (Terminated) | Part Time | 9/6/2021 | 7.75 | Holiday | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/8/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/9/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/10/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/11/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/12/2021 | 5.93 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/15/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/16/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/17/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/18/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/19/2021 | 5.9 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/22/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/23/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/24/2021 | 9.87 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/25/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/29/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 9/30/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/1/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/2/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/6/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/7/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/8/2021 | 11.25 | Regular Hours Worked Hours Only Non-CA | Approved | from OT on sunday and time worked today |
| 232426 | Dion Plump (Terminated) | Part Time | 10/9/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/13/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/14/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/15/2021 | 9.85 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/16/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/20/2021 | 8.5 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/21/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/22/2021 | 2.5 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/23/2021 | 4 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/27/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/28/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/29/2021 | 9.88 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 10/30/2021 | 2.1 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 11/3/2021 | 7.12 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 11/4/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |
| 232426 | Dion Plump (Terminated) | Part Time | 11/5/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved | |

**EXHIBIT 1**

| | | | | | | |
|---|---|---|---|---|---|---|
| 232426 | Dion Plump (Terminated) | Part Time | 11/6/2021 | 6.98 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/10/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/11/2021 | 8.17 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/12/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/13/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/17/2021 | 7.53 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/18/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/19/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/20/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/24/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/25/2021 | 7.75 | Holiday | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/25/2021 | 7.75 | Holiday Worked Incentive | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/26/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 11/27/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/1/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/2/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/3/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/4/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/8/2021 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/9/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/10/2021 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/11/2021 | 4.25 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 12/15/2021 | 1.5 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/27/2022 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/28/2022 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 1/29/2022 | 9.75 | Regular Hours Worked Hours Only Non-CA | Approved |
| 232426 | Dion Plump (Terminated) | Part Time | 2/2/2022 | 9.5 | Regular Hours Worked Hours Only Non-CA | Approved |

**EXHIBIT 1**