*DION PLUMP vs.*

*GOVERNMENT EMPLOYEE INSURANCE CO.*

---

*DEPOSITION OF ALLISON SELG*

*July 25, 2023*

---

METROPOLITAN
COURT REPORTERS
COURT REPORTING + LEGAL VIDEO

mcr@metropolitanreporters.com
www.metropolitanreporters.com
913.317.8800 800.748.7511

OUT-OF-TOWN DEPOSITIONS?
WE'VE GOT YOU COVERED!

DEPOSPAN
NETWORK OF LOCALLY-OWNED REPORTING AGENCIES

WWW.DEPOSPAN.COM

EXHIBIT S

Page 81

knowledge, is that referring to the coaching logs that you maintained? Or is that referring to something else to your knowledge?
A. Coaching logs.
Q. I've heard the terminology "documented conversation" before. Did that have a specific meaning within GEICO?
A. A documented conversation is basically, without repeating exactly what it says, is documenting the conversation between the supervisor, member of management, went with the associate. It's just a way to document so that that is typically the first step if there's any -- I'm sorry, I'm thinking of the wording -- disciplinary action, excuse me. So that would be -- that is first.
Nothing has to happen after that, that's just documenting that, hey, we brought this up, if this is the next step if this continues, then it turns into the Step 2, which is a written, I can't remember the exact verbiage, but the warning is the third step in then disciplinary action. But documenting conversations would be first. This can vary anything from phones to anything work related can be a documented conversation.
Q. Okay. Thank you.

Page 82

So I want to move on to the, kind of, the second half of that section that I asked you to review starting here where it says, "Managers also play an important role in coaching and supporting supervisors."
And then the next reference goes on to say, "The weekly one on one meeting between the supervisor and their manager is the primary method used."
Did I read that second sentence correctly?
A. Correct.
Q. And so did you have a weekly one-on-one meeting with Ms. Beaver?
A. Yes.
Q. In that first bullet point with the Start of the Month/Week 1, the first bullet point refers to associates' Coaching Focus and monthly framework. What does that refer to?
A. Just for clarification, asking for, like, what the coaching focus is? The coaching focus is basically not a timeline, but for every month the associates receive a coaching focus. This is going, hey, based on coaching results, this is our areas of improvement, our areas of opportunity for you. This

Page 83

is specifically what you should work on. This is how I know you're working on it.
So, for example, if I have an associate who struggles with closing on a sale or asking for the sale, that's going to be in the coaching and focus. The focus is we're going to ask for the sale. What does asking for the sale look like, here is an exact example. Would you like to buy, and then that would be in there.
Included in the coaching focus would have their last month's numbers, specifically in the category that we're focusing on, as well as -- I'm trying to think what else -- kind of like, oh, following up as well, accountability in a sense. So what the supervisor asks the associate to do as for the sale. And then what am I doing to ensure the success. I'm listening to phone calls, we're practicing role plays to ensure that the goal is being met by the associate is all listed within that focus.
Q. Okay, I'm going to stop sharing my screen here.
Ms. Selg, earlier today I asked you some questions about the names of the other individuals that you supervised during kind of a

Page 84

supervisor for GEICO and you had, other than the plaintiff in this lawsuit, Mr. Dion Plump, and I believe you had you stated Steven Smith, Billy Smith, David Weidmeier, Nick Ray and Maldrine Tate; is that correct?
A. During that time, yes.
Q. During that time with those individuals, to the best of your knowledge, what was Mr. Steven Smith's race?
A. Caucasian.
Q. And same question for Billy Smith.
A. African-American.
Q. And same question for Mr. David Weidmeier?
A. Caucasian.
Q. Same question for Mr. Nick Ray.
A. Caucasian.
Q. And, finally, same question for Mr. Maldrine Tate.
A. African-American.
Q. And so I know that question that I had asked you initially was focused on who you recall supervising at the same time that you supervised Mr. Plump.
After Mr. Plump's employment was