**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DION PLUMP,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 22-cv-02498-EFM-ADM |
| v. | ) | |
| | ) | |
| **GOVERNMENT EMPLOYEES** | ) | |
| **INSURANCE COMPANY d/b/a GEICO,** | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW, Drew M. Russell, of Cornerstone Law Firm, and hereby enters his appearance as additional counsel for the Plaintiff, Dion Plump.

Respectfully Submitted,

CORNERSTONE LAW FIRM

By: */s/Drew M. Russell*
Drew M. Russell D.Kan #79133
d.russell@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification to the following counsel of record:

Jenna P. Brofsky
Julianne P. Story
Courtney Steelman
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Jenna.Brofsky@huschblackwell.com
Julianne.Story@huschblackwell.com
Courtney.Steelman@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

*/s/Drew M. Russell*
Drew M. Russell