**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DION PLUMP,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 22-cv-02498-EFM-ADM |
| v. | ) | |
| | ) | |
| **GOVERNMENT EMPLOYEES** | ) | |
| **INSURANCE COMPANY d/b/a GEICO,** | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to D.Kan. Rule 6.1(a), Plaintiff Dion Plump, by and through his attorney, moves this Court for a two-week extension of time, up to and including December 15, 2023, to the deadline to file his response to Defendant' Motion for Summary Judgment. In support of this Motion, Plaintiff states:

1. Defendant filed its Motion for Summary Judgment (Docs. 61, 62) on November 10, 2023.

2. The current deadline for Plaintiff to file his response to Defendant's Motion for Summary Judgment is December 1, 2023. *See* D. Kan. Rule 6.1(d)(2).

3. Due to the press of other business, a previously planned family vacation, and the intervening Thanksgiving holiday, Plaintiff's counsel needs additional time to finalize and file Plaintiff's response in opposition to Defendant's Motion for Summary Judgment.

4. Accordingly, Plaintiff is seeking a two-week extension of time, up to and including December 15, 2023, to his current deadline to respond to Defendant's Motion for Summary Judgment.

5. Counsel for Plaintiff has conferred with counsel for Defendant, and Defendant does not oppose Plaintiff's requested extension of time.

6. This request for additional time is not sought to unduly delay these proceedings or for any improper purpose, and Plaintiff has not previously requested any extensions of time to this deadline.

7. This motion requesting an extension of time is being filed at least three days prior to the current deadline, and no party will be prejudiced by this requested extension.

WHEREFORE, for good cause shown, Plaintiff respectfully requests an Order extending the deadline by two weeks, until December 15, 2023, to file Plaintiff's response in opposition to Defendant's Motion for Summary Judgment.

Respectfully Submitted,

**CORNERSTONE LAW FIRM**

By: *<u>/s/ M. Katherine Paulus</u>*
M. Katherine Paulus D. Kan 23866
Drew M. Russell D. Kan 79133
m.paulus@cornerstonefirm.com
d.russell@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of November, 2023, a true and accurate copy of the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to:

Jenna P. Brofsky
Julianne P. Story
Courtney Steelman
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Jenna.Brofsky@huschblackwell.com
Julianne.Story@huschblackwell.com
Courtney.Steelman@huschblackwell.com

ATTORNEYS FOR DEFENDANT

/s/ *M. Katherine Paulus*
**Attorney for Plaintiff**