IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**DION PLUMP,**

Plaintiff,

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,**

Defendant.

Case No. 22-cv-02498

**PLAINTIFF'S INDEX OF EXHIBITS IN SUPPORT OF HIS MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit Number | Exhibit Description and Bates Numbers[1] | |
|---|---|---|
| Plf. Exhibit 1 | 12/29/21 Selg email to KC HR Compliance | GEICO 07 |
| | 2/8/22 Urban email to Beaver | GEICO 260-261 |
| | 12/2/21 Corrective Action | GEICO 264-265 |
| | 2/3/222 Beaver email to KC HR Compliance | GEICO 353-354 |

[1] The exhibits filed by Plaintiff in support of his Memorandum in Opposition to Defendant's Motion for Summary Judgment were produced by Defendant during discovery with the same redactions reflected in the filed versions here; no additional redactions were applied by Plaintiff to these documents. Prior to filing, Plaintiff's counsel conferred with Defendant's counsel regarding any exhibits which were designated by Defendant as "Confidential." Although § 7 of the Protective Order in this matter (Doc. 13) contemplates filing a Motion for Leave to File Under Seal, Defendant's counsel confirmed their client's agreement to waive the Confidential designation of any such documents for purposes of filing these exhibits conventionally.

| | | |
|---|---|---|
| | 12/2/21 KC email to Beaver | GEICO 414 |
| | 11/29/21 Beaver email to Selg | GEICO 428 |
| | 1/27/22 Beaver email to Selg | GEICO 435-436 |
| | 11/18/21 Foskey email re: QTC | GEICO 1320 |
| Plf. Exhibit 2 | Allison Selg Deposition Excerpt | |
| Plf. Exhibit 3 | Plaintiff Deposition Excerpt | |
| Plf. Exhibit 4 | Notes from 12/15/21 Urban interview with Plaintiff | GEICO 235-237 |
| | Notes from 12/16/21 Urban interview with Associate (Name Redacted) | GEICO 241-242 |
| | 12/22/21 Urban email to Hicks Summarizing Investigation Conclusions | GEICO 257-259 |

| | | |
|---|---|---|
| | Notes from 12/21/21 Urban interview of Beaver | GEICO 371-372 |
| | Notes from 12/16/21 Urban interview of Associate (name redated) | GEICO 411-412 |
| | Notes from 12/20/21 Urban Interview of Reed | GEICO 413 |
| | 12/10/21 Email Exchange Between Plump and Urban Regarding His Complaint | GEICO 476-477 |
| | 12/22/21 Reed email to Urban | GEICO 535-537 |
| Plf. Exhibit 5 | Beaver Deposition Excerpt | |
| | | |

| | | |
|---|---|---|
| Plf. Exhibit 6 | Plaintiff and Selg Text Message | PLUMP 22-25 |
| | Eviction Petition 2-7-22 | PLUMP 293-296 |
| Plf. Exhibit 7 | 12/4/20-12/14/20 Licensing Update Email from Edwards | GEICO 364-367 |
| | MOAT Sales Representative II Job Description | GEICO 399 |
| | 12/22/21 Reed emails to Urban | GEICO 565-571 |
| | January 2021 Licensing Update Email Exchange | GEICO 632 |
| | November 2020 Licensing Update Email Exchange | GEICO 650 |

| | | |
|---|---|---|
| | 10/27/21 Haberdash email Exchange with Cosby | GEICO 1195-1197 |
| Plf. Exhibit 8 | Urban Deposition Excerpt | |
| Plf. Exhibit 9 | 12/15/22 STD and Leave Claim Creation email | GEICO 283 |
| | November 2021 Email Thread Regarding Potential Transfer for Plaintiff to Service Department | GEICO 1190-1193 |
| | 2/9/22 Urban WebEx chat with Beaver | GEICO 1341 |
| | 1/12/22 Selg WebEx chat with Beaver | GEICO 1521-1522 |
| Plf. Exhibit 10 | Snyder Deposition Excerpt | |

| | | | | |
|---|---|---|---|---|
| Plf. Exhibit 11 | | Performance Appraisal Rating Description | GEICO 34-35 | |
| | | 9/1/21-11/30/21 Plump Three Month Performance Rating | GEICO 421 | |
| | | 1/1/21-11/30/21 Plump YTD Performance Rating | GEICO 423 | |
| | | 1/1/21-6/30/21 Plump Performance Appraisal | GEICO 1180-1181 | |
| | | 7/1/21-12/31/21 Plump Performance Appraisal | GEICO 1182-1183 | |

Respectfully Submitted,

**CORNERSTONE LAW FIRM**

By: */s/ M. Katherine Paulus*

Drew M. Russell D. Kan 79133
m.paulus@cornerstonefirm.com
d.russell@cornerstonefirm.com
5821 NW 72nd Street
Kansas City, Missouri 64151
Telephone (816) 581-4040
Facsimile (816) 741-8889
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of December, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification to the following counsel of record:

Jenna P. Brofsky
Julianne P. Story
Courtney Steelman
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Jenna.Brofsky@huschblackwell.com
Julianne.Story@huschblackwell.com
Courtney.Steelman@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

*/s/ M. Katherine Paulus*