# Plf.'s Exhibit 1

| |
|---|
| GEICO 07 |
| GEICO 260-261 |
| GEICO 264-265 |
| GEICO 353-354 |
| GEICO 414 |
| GEICO 414 |
| GEICO 428 |
| GEICO 435-436 |
| GEICO 1320 |

| | |
|---|---|
| **From:** | Selg, Allison |
| **To:** | Kansas City HR Compliance box |
| **Subject:** | Agent Next Steps |
| **Date:** | Wednesday, December 29, 2021 3:39:07 PM |
| **Attachments:** | image003.png |

Hello,

I am Dion Plump's supervisor and began to follow the job abandonment procedure for him as he has been a no call no show since Dec. 16th. When I contacted him today, he did not answer, I left a voicemail and then his emergency contact called me back explaining that Dion has checked into a behavioral health facility and that he cannot answer his phone and that she has his phone. We were also getting ready to terminate Dion due to call avoidance at the same time so am unsure of what to do next.

If we can set up a meeting to discuss next steps on how to approach this situation, it would be appreciated.

Thank you,

**Allison Selg** She/Her/Hers
MOAT Sales MDP | GEICO Insurance Agency
Kansas City MOAT Sales

Sensitivity: Confidential-Restricted Use

| | |
|---|---|
| **From:** | Urban, Meaghan |
| **To:** | Beaver, Meghan |
| **Subject:** | Dion Plump - Term Memo Updates |
| **Date:** | Tuesday, February 8, 2022 10:40:42 AM |
| **Attachments:** | image001.png<br>image002.png<br>Dion Plump term memo.doc |

For the term memo, corporate would like a more in depth explanation of the events that lead to this review and the results of the investigation included in the term memo – Since I am familiar with both and reviewed what they were looking for with them, I have drafted up the following to more clearly outline to corporate and any future reviews the reason for separation and the current FML situation. If you see no issue with this please update to the term memo and return back to me. If you would like to add or clarify anything please do so.

Thank you!

**Does the associate have any FMLA/ADAAA/LOA pending or approved?**

Dion had both an FMLA & STD claim denied as of 1/12/2022 due to failure to provide documentation. At this time no additional requests or documentation has been provided that we are aware of. There is an FML approval for intermittent leave from 12/17/2021-09/21/2022 for episodic flare ups (frequency of up to 2 times per month and duration of up to 1 day per episode).

**A brief description of the facts relevant to the termination decision (such as the associate's behavior/actions/failures to act):**

The associate has failed to obtain a NY state license when it is a required license for the position he is in. Dion was denied the license and the opportunity to appeal the denial has passed without him appealing. Dion was interviewed for a position in MOAT Service but ultimately was denied the position and there are no additional unlicensed positions available for him to post for in the KC office.

An investigation was completed regarding the timeliness of the licensing process and the concern that was raised by Dion regarding feeling targeted for not having his license. There was no evidence of retaliation or targeting at the conclusion of the investigation and it was resolved without merit. This was reviewed with him and he voiced no additional concerns regarding the conclusion. Dion also confirmed he was aware he needed to provide documentation to NY and all letters (including the denial) were sent to him. Dion was educated during licensing about the requirements to obtain any necessary licenses.

It was determined prior to this investigation that there was opportunity within the Dallas licensing team who previously handled Kansas City licensing. It was found that they were not properly following up with leadership and all necessary parties to advise of deficiencies in licensing and were incorrectly notifying leadership of extended delays when there were none. Additionally, typically associates are to obtain licenses within 60 days of passing the state exam but this timeframe was frequently exceeded due to the explanation of extensive state delays and lack of clear

communication given by the licensing team in Dallas. It was later determined that the delays were caused by a lack of follow-up and application for licenses by the team. As a result of these opportunities, the Dallas licensing supervisor was removed from her position and Kansas City established a licensing team who immediately began trying to resolve all deficiencies and outstanding applications. Majority of the deficiencies found were with training and transition associates and those were immediately addressed. Then the current floor teams were reviewed. During this time communication was consistent with Dion. Dion was the only associate in the sales floor missing a NY license and NY is the second frequent state MOAT Sales receive calls from so it is considered a "required" state. Additionally, Dion's transfer rates were considered "high" due to his lack of NY licensing, to the point where it was not effective for him to remain in the position (any associate with a 30% transfer rate or higher is considered "high" and Dion's YTD transfer rate is 40%).

**Meaghan Urban, SHRM-CP** She/Her/Hers
HR Compliance Specialist | Human Resources
11214 Renner Blvd Lenexa, KS 66219
Phone: (913) 300-8083 | Fax: (855) 573-6008

Sensitivity: Confidential

Sensitivity: General/Internal

**From:** Kansas City
**To:** Beaver, Meghan
**Subject:** New Corrective Action Item To Review
**Date:** Thursday, December 2, 2021 3:13:22 PM
**Importance:** Low

A new corrective action item has been created:

Associate: Plump, Dion

Supervisor: Selg, Allison

Please click https://geico365.sharepoint.com/sites/KansasCityHR/_layouts/15/listform.aspx?PageType=4&ListId=370a2f00%2D88e9%2D4341%2D92cb%2Ddb7a27bb54b3&ID=1505&ContentTypeID=0x010025A980B51F04E94CA0A831D15DE7B1E4to access the item. To approve/deny, click on "Edit Item" in the top left corner and you will be able to edit fields.

This is an automated email sent by SharePoint, please do not respond.

# Warning

| Associate's Name: Dion Plump | Associate #: 232426 | Date: 12-2-21 |
|---|---|---|

| Division: MOAT | Department: Sales |
|---|---|

**Reason(s) for Warning:**

| | | |
|---|---|---|
| ☐ | Associate is not meeting one or more core metric(s). | If checked, explain: |
| ☐ | Associate is not meeting minimum standard target(s). | If checked, explain: |
| ☐ | Attendance | |
| ☐ | Misconduct | |
| ☒ | Other – Explain: Code of Conduct | |

Is the associate currently on a coaching plan? Yes ☒ No ☐

What is the length of this Warning? (Check one) 30 days ☐ 60 days ☐ 90 days ☒

(After Warning target(s) are achieved, associate must meet and maintain these expectations going forward.)

**Specific description of incident(s): (Include date(s), time(s), circumstance(s), deviation(s) from performance and/or behavior standards.) Use additional pages if necessary.**

**Dion,**

On **9/18/21** we reviewed the expectations of adhering to the company's Code of Conduct, specifically adhering to our standards of professional conduct. On **11/27/21,** management **(through recorded calls (V15)**), management identified that you were avoiding taking customer phone calls by **transferring out the customer when you were licensed and appointed in the state of Texas saying that the only result was Arizona and that you would get an agent who can help him so that you could go on break**. This is a direct violation of our GEICO Code of Conduct and was also recently reviewed in our last policies and acknowledgement.

**Goals to be met, include time frame:**

Going forward, you are expected to handle all calls that come on your line according to your job responsibilities. As an employee of the Company, we expect you to follow The GEICO Code of Conduct located in our Human Resources Handbook to include but not limited to:

**Code of Conduct**

- Remain in a ready state to receive your share of incoming work unless scheduled for other activities. Any manipulation of the telephone or any computer system to avoid customer contact or in any way prevent customers from receiving full and complete service may be grounds for disciplinary action up to and including termination of employment.
- Never intentionally "release" a call or other customer communication. Allow the customer to end communication first. Intentionally releasing a call or other customer communication is considered a serious violation of Company policy and will result in disciplinary action up to and including immediate termination of employment.

Use non-ready states and sign-out times only as instructed. If extended time is necessary to complete a transaction, advise your supervisor.

**Action to be taken if goals not met:**

Additional instances of this behavior, or others of a similar nature may result in further disciplinary action up to and including termination of employment.

I agree that the goals and/or action outlined are reasonable and attainable.

Associate's Signature Date

| Supervisor's Signature | Date | Manager's Signature | Date |
|---|---|---|---|
| Allison Selg | 12/2/21 | | |
| Director's Signature | Date | Human Resource's Signature | Date |
| | | | |

**From:** Beaver, Meghan
**To:** Kansas City HR Compliance box
**Subject:** FW: Statement request
**Date:** Thursday, February 3, 2022 9:24:16 AM
**Attachments:** Letter.pdf
image001.jpg
Dion Plump term memo.doc
Licensing Timeline.msg

---

Good morning,
Please see the attached termination memo for Dion Plump.
I am requesting we move to separation due to the failure to obtain his New York insurance license.
Dion's statement indicates that his supervisor advised him the licensing team would handle the NY appeal, however he did not advise his supervisor that his license was denied until outside of the timeframe in which he could have appealed.

GEICO-LOGO

**Meghan Beaver** She/Her/Hers
MOAT Sales Manager | Kansas City
Phone: 913-300-8109 | M-F 9:00-5:30 CST

Sensitivity: General/Internal

**From:** Plump, Dion <DPlump@geico.com>
**Sent:** Wednesday, February 2, 2022 7:36 PM
**To:** Beaver, Meghan <MBeaver@geico.com>
**Subject:** RE: Statement request

**From:** Beaver, Meghan <MBeaver@geico.com>
**Sent:** Wednesday, February 2, 2022 6:15 PM
**To:** Plump, Dion <DPlump@geico.com>
**Subject:** Statement request

Hi Dion,
As we spoke about, at this time your management team will be reviewing your employment due to **Failure to obtain a New York insurance license**. We would like to consider any explanation you may have when doing so. Please reply to this email with a written and signed (a typed signature is fine) statement of any information you would like us to consider during this review. Please send (from your home or work email) this statement to the email above prior to 11:59PM on **Wednesday, February 2, 2022**. Please be aware, should you not provide a statement prior to that timeframe, the review will move forward without it. We will be in contact with you to let you know of the determination that is made and provide guidance on next steps as soon as a decision has been reached.

Please reach out to us with any questions you have.

GEICO-LOGO

**Meghan Beaver** She/Her/Hers
MOAT Sales Manager | Kansas City
Phone: 913-300-8109 | M-F 9:00-5:30 CST

Sensitivity: General/Internal

To whom it may concern:

I was hired as a sales agent with GEICO in June 2020 and since then, I have strived to excel in my role as a Property Agent. Up until getting the news that my role was in limbo, I have thoroughly enjoyed working for GEICO. In my time on the phones, I have consistently provided exceptional service to the clients I have serviced. This is evident by my comp calls, to which I have received at least one per month since fully coming to the floor. I have maintained a YTD rating of 3.6 and a rolling three month of 3.9 at the conclusion of my last full month on the floor. I have even been consistently on the leaderboard for JM sales during my last full 3 months on the phones. I even was remarked as being an MVP during the month of September for selling the most points, policies, and JMs in a day. I have always given my all to this role and performed in a manner that I can truly be proud of. All my claims are either documented or can be easily researched. I wasn't diligent in submitting the requested paperwork for my NY license because my supervisor at the time requested that I maintain readiness on the phone and let licensing handle the matter. I had unwavering faith that this was the case. Hindsight being 20/20 I wish I would have taken matters in to my own hands as opposed to following the directive that was placed upon me. I have always given my all to this role and performed in a manner that I can truly be proud of. All my claims are either documented or can be easily researched.

Beginning in November, I was notified that the opportunity to continue servicing policies was in jeopardy. At that moment, my morale took a hit. I don't have any corrective actions on file. Any perceived behaviors that were deemed unsatisfactory should take into account that it was due to duress coupled with a loved one being admitted to hospice. I even had to take a leave of absence to (to which I am technically still under leave). I don't think it's fair to judge my usefulness to GEICO based upon my last 45 days with the company especially under all that I have endured and still been able to perform my duties to a high level. I have always been one to do what is asked of me. The fact that this same attitude interfered with my ability to obtain my NY license and that I still had success in the role in spite of not having a NY license, should be commended. Regardless of the outcome, I can hold my head high knowing that my job is not at risk due to my performance of the job.

Again, in spite of the past couple months being difficult, I truly enjoy being affiliated with GEICO. I feel that my skills and abilities are definitely in line with what the GEICO brand is trying to put forth with GEICO customers and potential customers.

Dion Plump

Dion Plump



Sensitivity: General/Internal

**From:** Beaver, Meghan
**To:** Selg, Allison
**Subject:** RE: Call Audits
**Date:** Monday, November 29, 2021 10:54:09 AM
**Attachments:** image002.jpg
image003.png

---

HI Allison!

You are off today!!!

When you get back on Wednesday, please submit a warning to HR for the call avoidance.

GEICO-LOGO

**Meghan Beaver** She/Her/Hers
MOAT Sales Manager | Kansas City
Phone: 757-233-6120 | M-F 9:00-5:30 EST

Sensitivity: General/Internal

**From:** Selg, Allison <ASelg@geico.com>
**Sent:** Monday, November 29, 2021 11:50 AM
**To:** Beaver, Meghan <MBeaver@geico.com>
**Subject:** Call Audits

Good morning!

Attached are my audits for [redacted] and Dion for November.

Most of the calls audited were some form of transfers, whether from auto or service. Dion's were slightly different as a lot were calls he was unable to handle due to having to transfer out to service, or not having the license (NY/FL).

Dion did have a call where he was seen call avoiding. This is the same call that I made you aware of last week. I discussed the call with him and he admitted to call avoiding so he could go on break. We discussed the seriousness of it and that it is not allowed.

Thank you,

**Allison Selg** She/Her/Hers
MOAT Sales MDP | GEICO Insurance Agency
Kansas City MOAT Sales

**From:** Beaver, Meghan
**To:** Kansas City HR Compliance box
**Cc:** Selg, Allison
**Subject:** RE: Dion Plump transfers
**Date:** Thursday, January 27, 2022 12:01:11 PM
**Attachments:** image001.jpg

Good morning,

Following up on this-can we please escalate? The associate is trying to return to work from leave currently.

GEICO-LOGO

**Meghan Beaver** She/Her/Hers
MOAT Sales Manager | Kansas City
Phone: 913-300-8109 | M-F 9:00-5:30 CST

Sensitivity: General/Internal

**From:** Beaver, Meghan
**Sent:** Monday, January 24, 2022 5:02 PM
**To:** Kansas City HR Compliance box <KCHRComp@geico.com>
**Subject:** RE: Dion Plump transfers

Good afternoon,

Dion now has access to his email/phone.

We previously were unable to move forward with a call avoidance warning/termination due to licenses since we couldn't get his statement. Is there anything needed from me to begin to move that forward again?

GEICO-LOGO

**Meghan Beaver** She/Her/Hers
MOAT Sales Manager | Kansas City
Phone: 913-300-8109 | M-F 9:00-5:30 CST

Sensitivity: General/Internal

**From:** Beaver, Meghan
**Sent:** Thursday, December 23, 2021 5:26 PM
**To:** Kansas City HR Compliance box <KCHRComp@geico.com>
**Subject:** Dion Plump transfers

Hello!

Please see the requested transfer rates for Dion Plump below

| Xfer | |
|---|---|
| Jan | 44% |
| Feb | 37% |
| Mar | 42% |
| Apr | 32% |
| May | 33% |
| Jun | 39% |
| Jul | 45% |
| Aug | 40% |
| Sep | 41% |
| Oct | 44% |
| Nov | 50% |
| Dec | 48% |
| 60 days | 50% |
| YTD | 41% |

GEICO-LOGO

?

**Meghan Beaver** She/Her/Hers
MOAT Sales Manager | Kansas City
Phone: 913-300-8109 | M-F 9:00-5:30 CST

Sensitivity: General/Internal