# Plf.'s Exhibit 4

| |
|---|
| GEICO 235-237 |
| GEICO 241-242 |
| GEICO 257-259 |
| GEICO 371-372 |
| GEICO 411-412 |
| GEICO 413 |
| GEICO 476-477 |
| GEICO 535-537 |

Associate: Dion Plump
Interviewer: Meaghan Urban

Date: 12/15/2021

Meaghan: Thank you for taking the time to meet with me. We received your complaint and I am trying to get all of the information together. I do have to advise that I do not give you permission to be recording this conversation. Are you recording this conversation?
Dion: No

Meaghan: How long have you been working for GEICO?
Dion: 18 months – Jun 2020

Meaghan: What is your current Job Title?
Dion: Licensed Sales Agent

Meaghan: Who is your supervisor?
Dion: Allison Selg

Meaghan: How long have they been your supervisor?
Dion: A month or so. Who was before that? Cece Haberdash

How long? 2 months

Who before? Michelle Brunelli

How long? She was my supe for most of my time at GEICO.

Meaghan: Can you walk me through your concerns?
Dion: My main thing is, I was brought into a meeting they were tyring to say that because I don't have my NY license I wasn't eleigible to work sales anymore and they said that they were going to be transitioned to service. I was talking to a collegue of mine who I remembered moved and they said that they didn't have to interview, they were just put into service. Ultimately this is causing me a lot of stress and anxiety, I just really need to file for FMLA because these last few weeks have been really trying on me.

Discussed the Hartford process. ---- Sent him Hartford information, FML and STD process information.

Have they ever talked to you about your NY License?
No, that felt wonky to me. I was denied for my license in August and this was in November.

Meaghan: How is your interactions with your management team?
Dion: I mean, so I definitely have moments I feel unheard and I've addressed issues when I felt unheard. It has just been like a hi and bye situation. If they ask me to make any changes to my process, I do but beyond that that's about it.

Example?
When the issue came up about my NY license, there were certain issues that they brought up and so I tried to do that. I would be off the phone doing the things they brought up and my supe at the time Cece told me to get back on the line and that the licensing team would fix it. When you look at my rating, I don't see that NY was impacting me so I did what my supe told me and thought she knew best. Just got back on the phones.

With Alison, I learned early that anytime I voice a concern I'm not heard at all. So I just leave that alone. Example: had to take a CE and at the end of it you have to fill out a DocuSign and when I was trying to change my DOB because DocuSign wasn't

letting me change the year, it just kept putting in 2021 for my year of birth. Then it was also not showing my full license number. When I asked her about this, Alison's response was why don't you try to put in your date of birth, and she sent me my license number, but I had that. It didn't help me, so I just left it alone.

Meaghan: So it sounds like she acknowledges your concerns but the help she provides isn't helpful?
Yes.

Meaghan: What have they communicated with you regarding your license?
Dion: When I first got on the floor, they told me you need to have at least 11 licenses and you for sure need to have CA, TX and I think NC or VA. And that made perfect sense because when I didn't have NC & VA I had a hard time hitting my numbers. Once I got those states, I didn't have any trouble hitting my numbers and certifying.

Meaghan: Do you know your year to date rating?
Dion: 3.6

It sounds like you're not hurting for calls coming in?
Yeah that's why I wasn't really worried about it. Before last month, I would get about maybe 3 or 4 calls from NY per shift. Then last month, I had two days where I fielded nothing but Customer Service calls. When I asked my supervisors in the past, they would take care of it. When I asked Alison about my gating, she told me to ride out the day and would go from there. Then when I finally started getting sales calls, it would be NY calls and I couldn't service them. Recently I have been getting a bunch of Flood calls and I don't even work in the flood department.

Did she say anything about your gating?
She said hey I looked at your gating and she alluded that myself and a few others were having issues with gating. It still didn't hurt me that much because I sell a high amount of jeweler's calls. That cushioned me a bit but my numbers still took a dive.

How about right now?
I'm getting nothing but flood calls. Alison is on vacation and I won't be able to get that fixed until then. She's out till the 17th.

No back up supe?
Shawn Davis but he's working weird hours and he doesn't work the full shift that we work so I don't have anyone to go to.

No coaching?
No. We just have to reach out if we have issues.

Meaghan: When did you interview for service?
Dion: Happened on Dec 1st.

It was very vague. I didn't even know it was an interview for MOAT service until I was in the interview. They just told me they were going to put my Dion up for a new class. When I went in for the interview, they asked me like two questions, and I asked them more questions than they did me. Don't remember who it was.

I've applied for internal roles before and it was all through workday. This one was just different they (management team) were like "oh you're going to meet with such and such and so be ready for that." My colleague who I knew had moved from sales to service said that she wasn't doing very well in Sales and so her supe transitioned her into Service. He just told her hey I don't think you're fit for sales and I think service is going to be a better fit going forward.

Who is colleague? I don't remember.

Meaghan: Who did you talk to about the meeting with Sales?
Dion: Nick Reed, Brian Blowe & Alison. I wasn't sure why Brian was there because Alison is under Dan Baik.

Meaghan: How would you like this resolved?
Dion: I just look at it like this. I do great work for GEICO. I am constantly getting comp calls from customers. My YTD is 3.6 and rolling 3 months is 3.9. I just want to know what is the cause – like when the Handbook says you only need a 3 rating to maintain your job and I have that – I don't understand why an associate would have to have a specific state license.

Reviewed licensing requirements and that sometimes they do change based on business need.

Meaghan: *Reminded Associate of the Non-Retaliation guidelines GEICO has.* I would remind you of the following section in GEICO's Investigative Process:

> *Any attempt to interfere with the investigation, intimidate a witness, or improperly influence the testimony of a witness may result in disciplinary action up to and including termination of employment. Nothing in this policy should be construed in any way as a limitation on an associate's exercise of his/her rights under federal, state or local law.*

Do you have any questions about that?
Dion: No, it's very clear.

Meaghan: Thank you again for your time. At GEICO, we practice an Open Door policy. If you have any questions, please contact me, Chelsea Hicks- HR Manager.

Associate: [redacted]
Interviewer: Meaghan Urban

Date: 12/16/2021

Meaghan: Thank you for taking the time to meet with me. We received a concern in our MOAT Sales department, and I am trying to get all of the information together. I do want to assure you that you are not the subject of the investigation, but you may have or have witnessed details that would be pertinent to it. Throughout our conversation I will be taking notes but I will not be recording this conversation. I do have to advise that I do not give you permission to be recording this conversation. Are you recording this conversation?
[redacted] No

Meaghan: How long have you been working for GEICO?
[redacted]: January 27, 2020

Meaghan: What is your current Job Title?
[redacted]: MOAT Property Sales Agent

Meaghan: Who is your supervisor?
[redacted] Alison Selg

Meaghan: How long have they been your supervisor?
[redacted] Six weeks

Meaghan: Can you tell me about your interactions with your supervisor?
[redacted] So far so good.

Meaghan: How do you feel about the support you've gotten from your leadership team?
[redacted] I feel the leadership has been terrific on addressing anything. There was one thing I would touch base on – it's the auto transfers we get sometimes can be very cheesy and us sales folks wonder if they are evaluated on how they are transferred. We have to dance around and try to get the customer interested. I know we've addressed it with Alison & with [redacted] We don't think it's her fault, I think she addressed it with her supervisor. I think

Meaghan: When are you coached? How often/for how long?
[redacted]: Alison has been pretty aggressive with that, she's a brand new supe so I think she wants to make her mark. I would say we have meetings with the whole team and we go over things. I think we've been talking in coaching twice a week. We communicate everyday on webex.

Value-added feedback?
Yeah, I think it's good. I fight the same issues and she's keyed into it and I would agree with her coaching.

Meaghan: What kind of calls are you taking currently?
[redacted]: All my calls are sales unless they are misdirects.

Meaghan: What states do you usually hear from?
[redacted]: Recently a great deal of calls from the North east, VA, NC, GA & TX. Renters/home owners/landlord policies. Sometimes classic cars or a collection of something out of the ordinary.

Meaghan: Can you tell me about your interactions with your team?
[redacted] We have a webex chat going and we try to communicate in that way.

Meaghan: Seems like everyone gets along?

[redacted]: No friction that I'm aware of. There is a one particular member who is outspoken but we just let him puff up and do his thing. But it's not a big deal.

Who is that? I think his last name is Plump, I am not sure his first name.

Meaghan: Is there anything else that you think I should know?
[redacted] No

Meaghan: As you can imagine, it is important that we maintain the confidentiality and integrity of this investigation, and I would appreciate it if you would not share what we talk about here today with others. I would remind you of the following section in GEICO's Investigative Process:

> *Any attempt to interfere with the investigation, intimidate a witness, or improperly influence the testimony of a witness may result in disciplinary action up to and including termination of employment. Nothing in this policy should be construed in any way as a limitation on an associate's exercise of his/her rights under federal, state or local law.*

Do you have any questions about that?
[redacted] Not at all.

Meaghan: Thank you again for your time. At GEICO, we practice an Open Door policy. If you have any questions, please contact me.

**From:** Urban, Meaghan
**To:** Hicks, Chelsea
**Subject:** Dion Overview
**Date:** Wednesday, December 22, 2021 4:17:40 PM
**Attachments:** Overview.docx

---

Here's the overview of the concerns and investigation results for Dion.

Thanks!
Meaghan

Sensitivity: General/Internal

Overview of Dion Plump's Concerns:

Initial Complaint Email:

I need some answers or some direction to where I can receive the answers that I am looking for. I reached out about obtaining an employee handbook back on 12/2 and have yet to receive any effective attention to the matter. I am trying to make sense of how it's possible for me to be moved out of my role when I have done so much for GEICO. I am consistently in the top 20 in PAF sales for the past 4 months. I am rated at least at a proficient level. I was told that maintaining a NY license was important to the role, but I have been selling for GEICO for almost 14 months without it. I got denied my NY license in early August and conveniently it was an issue in November. I was asked to submit to a role with service which shouldn't have been an issue cause I constantly receive comp calls and can provide proof of such. I don't have any disciplinary issues and have been a model employee for GEICO. The service role that I was told to apply for only asked me 3 questions in the interview process and really felt like a place holder interview and ironically I was not considered for the role. I would like for someone to make this make sense to me because I can see it if I was a problem employee, but I feel like I am being systemically phased out and it doesn't make sense as to why. My gating has been shifted to Flood service and my supervisor in on vacation so I am not in a position to fix this and two days last month I got nothing but service calls for the first half of the day which really affected my numbers, but not my PAFs sales as I have proven that I can sell when given the opportunity. Something doesn't feel right and I need something that can make this all make sense to me.

Meaghan Urban met with Dion on 12/15/2021 and established the below concerns:

**Concern #1:** Associate is confused about why NY license issue is suddenly being brought up to him. He was under the impression it was not impactful to his position in MOAT Sales and he said that he does not get many NY Calls. He said it feels as if management is attempting to push him out of his position.

Result of Investigation for Concern #1:

- NY is and always has been a "required" state for MOAT Sales. Therefore, even if he feels he is not getting a lot of NY calls, he is required to be licensed for the state.
- NY application was completed first in June of 2020, starting in February 2021 NY Department of Finance reached out to Dion asking for additional information and, without that information having been provided, the license was denied in August 2021. The denial was sent to our Dallas team and Dion.
- Dallas Licensing team had opportunities regarding communication with our management team and confirming applications were completed.
- Timeline of events after KC Licensing took over:
    - Dion denied NY (8/9) (not uploaded to file by R5)
    - KC MOAT Licensing Unit created (8/23)
        - Initial focus on training techs (8/23 – 9/17)
        - KC MOAT Licensing takes all agents effective (9/18)
        - Begin work on licensing backlog for transition agents (9/20)
    - Notified by Dion's sup of missing licenses on (10/27)
    - Researched NY Denial and uploaded to Dion's folder (10/28)

- Licensing tech sent Dion Docusign to reapply for eligible states
- Licensing tech emailed NY for appeal extension (10/29)
- NY advised unable to appeal, but able to reapply one year from denial date of 8/9 (11/1)
- Management met with Dion to discuss NY denial and future options (11/3)

**Concern #2:** Associate concerned that they were given an interview for Service when they already knew he wouldn't be eligible and that associate did not understand. Associate also advised that he was aware of another associate who was moved to Service without an interview but could not identify who this party was.

Result of Investigation for Concern #2:

- Confirmed the process in MOAT when there is an associate who is unable to continue their position due to licensing concerns, in MOAT the management team does confirm with the other department (sales or service) if any positions are open.
    - If so, they will set up an interview meeting with that department in the hopes that the associate can transition to the other department. Then the associate is asked a few basic qualifying questions to establish if they are a fit for the position and the management team will make the decision if they can proceed with a transfer to the new department.
- We were unable to confirm any situations where an associate was transferred without an interview and without knowing who this associate is, I cannot proceed any further with investigating that scenario. However, I can tell you that in this case the management team determined after speaking with you that they would not be selecting you to move into the Service position.

**Concern #3:** The last situation associate brought up was having to take calls that he was not trained for and feeling a lack of effective support from his direct supervisor, Alison.

Result of Investigation for Concern #3:

- Unable to corroborate any additional concerns of this; however, will be providing feedback that associate themselves felt a lack of effective support and ask that supervisor work with associate to develop a better communication strategy.
- Regarding taking calls he was not trained to take – did confirm that some members of the MOAT sales floor are trained and able to take calls from Flood. Confirmed with management that associate is not trained for Flood calls so issue appears to be a gating issue. Will provide feedback to supervisor that gating should be checked and that associate should be given a contact when supe is out of office to provide support and help with tech issues like gating.

Meeting between Meaghan Urban & Meghan Beaver

Date: 12/21/2021

Discussed that I wanted to meet to review information regarding Dion Plump.

Q: What's Dion's YTD

A: 3.4

Q: What's his gating

A: tier 3

Q: Where are calls coming from?

A: Like what states does he get calls from is that what you mean? I can't see, that's restricted. So that way supes can't see. We can see where quotes come from but not where the calls themselves come from. So that won't show how many NY calls he gets.

Q: What's his transfer rate, YTD & Last 60 days?

A: Will need a min to get that to you but will do so.

Q: So just to be clear on the calls you sent me, he confirmed that he did call avoid on the one that was from Texas correct?

A: Yes. And the other calls sent, three were CA and one was IL and he is licensed for TX, CA & IL.

Q: So about the other ones can you help me with understanding what happened with those ones?

A: So we didn't talk to him about those yet, basically, would rather move to term for the licensing piece. Had the calls pulled for a back up in case we didn't term. The other calls were pulled from the dsat report bc he transferred to the CA gate which he's licensed in. Looked at the transfers for the month and saw that he was transferring to a state he's licensed it. Only states he's not licensed for is NY, FL, WI, MI. But WI & MI aren't ones he needs to be licensed for.

Q: What was the lic package when he was hired and what is it now?

A: Let me reach out to Brian on that piece.

Q: Can you talk me through the options you gave him regarding service?

A: So because we were looking at call avoidance warning and that's a behavior that would effect them as well, it was my decision not to make that move (letting him go to service). We discussed the potential of the move to service with him – but he was upset about having to leave sales. But we never did an interview with him or an offer to him.

Q: He told me that he had an interview, but you're saying he didn't so did he speak with anyone in service?

A: I know he spoke with a service supervisor, let me check. Erin & Alicia met with him and they do say that they did do an interview.

Q: So was that interview and discussion with him before you decided against service?

A: Yes. So basically Nick/Alison/Brian met with him and discussed licensing. They offered to have him interview with service. Then after that convo the call avoidance came up. I didn't want him to move to service bc that issue can transfer from departments and when I told Alicia/Erin about it they confirmed they wouldn't want him if he's on an active warning.

As far as the license issue for him – I'm checking with Brian but basically – what I'm assuming is they're going to say it was always required and the reason we didn't know is Dallas. He just got denied in August, but that communication was sent to him and Dallas and that was not communicated to us.

(Confirmed with Brian) NY Has always been included as a necessary licensed state, but it was a gap as to who was/wasn't licensed because of the lack of communication. So package did not change.

Q: So the whole time he was working with us how did his transfer rate look? Wasn't that a concern?

A: I think it (high transfer rate) was always happening but my assumption is that we had license issues everywhere all across the floor so it wasn't necessarily that it wasn't a concern it was moreso that it wasn't in our circle of control because we were waiting on Dallas and the lic team to get their licenses together or notify us that it was denied. Since we didn't know what the status was, we couldn't really move forward with the concern.

Associate: [redacted]
Interviewer: Meaghan Urban

Date: 12/16/2021

Meaghan: Thank you for taking the time to meet with me. We received a concern in our MOAT Sales department, and I am trying to get all of the information together. I do want to assure you that you are not the subject of the investigation, but you may have or have witnessed details that would be pertinent to it. Throughout our conversation I will be taking notes but I will not be recording this conversation. I do have to advise that I do not give you permission to be recording this conversation. Are you recording this conversation?
Name: Absolutely not.

Meaghan: How long have you been working for GEICO?
Name: Just crossed year mark two days ago so Dec 2020

Meaghan: What is your current Job Title?
Name: MOAT Sales Representative

Meaghan: Who is your supervisor?
Name: Alison Selg

Meaghan: How long have they been your supervisor?
Name: Month and a half almost two months, prior to Alison was Cece.

Meaghan: Can you tell me about your interactions with your supervisor?
Name: Everything I've had with Alison is pleasant and kind. She seems very understanding and I haven't had any issues with her.

Meaghan: How do you feel about the support you've gotten from your leadership team?
Name: I feel good with everything I've gotten from Alison. She's been very receptive to anything I've brought to her. She has reached out to me and asked me how I'm doing. I'm a pretty quiet person and I usually stick to my work. She'll reach out if she hasn't heard from me in a while. I've seen some feedback from her regarding questions I've had and she usually gets back to me as quickly as she can. She's fairly new so it may take her a minute to get the information. She's also taken feedback from me about frustrating transfers I've gotten before and she's worked to make sure that feedback goes where it's needed to.

Meaghan: When are you coached? How often/for how long?
Name: Yeah, so I haven't had Alison very long. She's only been coaching us for about a month. We're still very getting to know each other still. I haven't had any major concerns. She's given me things that I've agreed with. The suggestions she's given have been helpful.

How often? It just kind of depends on meetings etc. and how call gradings are going. If there's a bad call then we meet more often. It's fairly frequent. At the start of this month she really has started to dive in until she went on vacation for the last week or so.

Weekly/daily/biweekly? I think as-needed is usually. The coaching for me is more of a guided conversation. I haven't had anything major come up. It's probably been bi-weekly. But if we're busy then it may not happen.

Meaghan: Do you feel like you are able to get the assistance you need from your supervisor?
Name: Yeah

Any other supervisors interact with? Not too often. I reached out to [redacted] earlier because I know he was helping out while she was gone. For the most part have been only interacting with Alison.

Meaghan: What kind of calls are you taking currently?
Name: It is supposed to be all sales calls but that doesn't always happen. Between misdirects and people in auto who don't let them know where they are sending. All incoming. New and existing customers looking for home/renters/id theft and jewelers. Recently we've been getting a few flood.

What is flood? Flood policies to sell. They have overflow on the team and they are training MOAT sales to sell Flood policies. They are trying to combine it to make it easier on the customer. We've been learning Flood bit by bit and slowly training everyone on that. There is a Flood team that does just that, but it is at max capacity and the hours are a bit shorter.

Meaghan: What states do you usually hear from?
Name: A lot of the NE is who I hear from. NY, NJ, CT, MD. I also get CA and west coast. Usually along the coasts.

Meaghan: Can you tell me about your interactions with your team?
[redacted] We have them through our chat. Most of the people on the team I have now, are different than the people from my new hire class. None of those people are still here. I don't really know my teammates that well, I have a little interaction with them. We're pretty quiet. You don't have anyone next to you or anything so it's a little different than being in an office.

Meaghan: How about the interactions between your supe and the team?
Name: It's hard to say because I'm not with them. I see what they post in chats and whatnot, and I have seen some people who have gotten frustrated with auto transfers and Alison definitely does try to explain what she's doing to help. But they are frustrated because the same thing happens over and over again and it can feel like nothing's changing so it can get frustrating but she does a good job of trying to keep our chat positive and taking those who are frustrated aside and help them personally.

Meaghan: Is there anything else that you think I should know?
Name: No, not that I can think of.

Meaghan: As you can imagine, it is important that we maintain the confidentiality and integrity of this investigation, and I would appreciate it if you would not share what we talk about here today with others. I would remind you of the following section in GEICO's Investigative Process:

> *Any attempt to interfere with the investigation, intimidate a witness, or improperly influence the testimony of a witness may result in disciplinary action up to and including termination of employment. Nothing in this policy should be construed in any way as a limitation on an associate's exercise of his/her rights under federal, state or local law.*

Do you have any questions about that?
Name: No.

Meaghan: Thank you again for your time. At GEICO, we practice an Open Door policy. If you have any questions, please contact me, Chelsea Hicks- HR Manager. Please provide me a written statement of everything we talked about today.

**From:** Urban, Meaghan
**To:** Plump, Dion
**Cc:** HR Employment Compliance
**Subject:** RE: It"s been over a week
**Date:** Friday, December 10, 2021 9:48:51 AM
**Attachments:** image001.png
image003.jpg

---

Hello Dion,

My apologies for the delayed response, I have been out of office. I have followed up for you on your request for an employee handbook. Due to our limited capacity and move towards remote work as a response to the COVID-19 pandemic, we have transitioned to only using a digital version of the handbook. This also is critical as many parts of the handbook are updated when changes to our company happen. This is the best way to ensure you are able to see the most up to date version. Our handbooks can always be located on Gnie here: https://geico365.sharepoint.com/sites/AssociateHandbook/SitePages/Home.aspx. You can search the Handbooks for topics or you can browse them in their entirety.

Regarding your additional concerns, I'm happy to meet with you to review any concerns you have. I will send an invitation your way to discuss with you the concerns you have and walk through any additional issues.

In the future, if you need assistance, I encourage you to reach out to our KC HR Compliance box as it is accessible by both myself and the KC HR Manager (Chelsea Hicks) to ensure a prompt response.

Thank you again for your patience,

**Meaghan Urban** She/Her/Hers
HR Compliance Specialist | Human Resources
11214 Renner Blvd Lenexa, KS 66219
Phone: (913) 300-8083 | Fax: (855) 573-6008

Sensitivity: Confidential

Sensitivity: General/Internal

---

**From:** Plump, Dion <DPlump@geico.com>
**Sent:** Friday, December 10, 2021 9:23 AM
**To:** Urban, Meaghan <MeUrban@geico.com>; HR Employment Compliance <HREmploymentComply@geico.com>
**Subject:** It's been over a week

To whom it may concern:

I need some answers or some direction to where I can receive the answers that I am looking for. I reached out about obtaining an employee handbook back on 12/2 and have yet to receive any effective attention to the matter. I am trying to make sense of how it's possible for me to be moved out of my role when I have done so much for GEICO. I am consistently in the top 20 in PAF sales for the past 4 months. I am rated at least at a proficient level. I was told that maintaining a NY license was important to the role, but I have been selling for GEICO for almost 14 months without it. I got denied my NY license in early August and conveniently it was an issue in November. I was asked to submit to a role with service which shouldn't have been an issue cause I constantly receive comp calls and can provide proof of such. I don't have any disciplinary issues and have been a model employee for GEICO. The service role that I was told to apply for only asked me 3 questions in the interview process and really felt like a place holder interview and ironically I was not considered for the role. I would like for someone to make this make sense to me because I can see it if I was a problem employee, but I feel like I am being systemically phased out and it doesn't make sense as to why. My gating has been shifted to Flood service and my supervisor in on vacation so I am not in a position to fix this and two days last month I got nothing but service calls for the first half of the day which really affected my numbers, but not my PAFs sales as I have proven that I can sell when given the opportunity. Something doesn't feel right and I need something that can make this all make sense to me.



Meeting with Nick Reed

Interviewer: Meaghan Urban

Date: 12/20/2021

Meaghan: Can you tell me what licensing told you about Dion when they transitioned from Dallas to us?

Nick: Didn't tell us anything about him at all. Didn't tell us about anyone. Focus when first got licensing was the backlog of transition agents. When finally got to the floor it was beginning of Nov. That's when we did the full sales floor review. Dion's supe notified us that he didn't have license, he was denied in August 9th. His team took over August 24th. Did a full review of the full floor and he was the only one without a New York license. They were able to appeal a few others that he was suspended/denied but the New York was denied.

Meaghan: Can you tell me about how you decide on what is a "required" state?

Nick: Any state that is 10% of their calls or more is now a "required" state in sales.

Meaghan: If someone doesn't have a "required state" license, how do you determine if it is impactful?

Nick: If transfer percentage is below a certain point they will keep the associate but his transfer rate is in the 30s so he's high up there. Nobody else is missing NY, it's just him.

Meaghan: As far as any possible transfer to service when an associate isn't licensed like for Dion, were you involved?

Nick: I was not part of the decision-making process. Service – we sent it over to service and service said they didn't want to take him into service.

Meaghan: So what's the process with a transfer like that would he post on job post?

Nick: Well for us, the service manager sends over the information and we look at it and decide if we think they'd be a good fit. Then we do a short interview if we think so. There's not really a post or anything.

Meaghan: So did you find out after he was interviewed that they didn't want him or was it that you sent over his information and they looked it over and said no so that you guys would know not to mention that as a possibility?

Nick: The second one. We didn't even discuss service as an option since we knew. But I wasn't in the conversation with him.



Sensitivity: General/Internal

| | |
|---|---|
| **From:** | Reed, Nick |
| **To:** | Urban, Meaghan |
| **Subject:** | RE: YTD call volume by state - LP1 |
| **Date:** | Wednesday, December 22, 2021 11:42:46 AM |
| **Attachments:** | NY Letters.pdf |

There are two reasons. First because NY took time to review the application, and in Feb 2021, they advised of required documentation a few times and it was never received. I have attached the communication from NY. Please let me know if there is anything else you need!

Sensitivity: General/Internal

**From:** Urban, Meaghan <MeUrban@geico.com>
**Sent:** Wednesday, December 22, 2021 11:24 AM
**To:** Reed, Nick <NReed@geico.com>
**Subject:** RE: YTD call volume by state - LP1

Thanks Nick, do we know why it took over a year for them to deny the NY license? If not, that's fine I just want to make sure if we do I have that info.

Sensitivity: General/Internal

**From:** Reed, Nick <NReed@geico.com>
**Sent:** Wednesday, December 22, 2021 11:20 AM
**To:** Urban, Meaghan <MeUrban@geico.com>
**Subject:** RE: YTD call volume by state - LP1

Hi Meaghan –

We originally applied for the NY license on 6/11/2020. The timeline is listed below.

Timeline:

- Dion denied NY (8/9) (not uploaded to file by R5)
- KC MOAT Licensing Unit created (8/23)
  - Initial focus on training techs (8/23 – 9/17)
  - KC MOAT Licensing takes all agents effective (9/18)
  - Begin work on licensing backlog for transition agents (9/20)
- Notified by Dion's sup of missing licenses on (10/27)
- Researched NY Denial and uploaded to Dion's folder (10/28)
- Licensing tech sent Dion Docusign to reapply for eligible states
- Licensing tech emailed NY for appeal extension (10/29)
- NY advised unable to appeal, but able to reapply one year from denial date of 8/9 (11/1)
- Management met with Dion to discuss NY denial and future options (11/3)
- Nick requested review of all sales floor agents (11/5)
- Licensing tech resent email for DocuSign (11/9)
  - DocuSign completed (11/9)

Sales floor list sent to management (11/10

Sensitivity: General/Internal

**From:** Urban, Meaghan <MeUrban@geico.com>
**Sent:** Wednesday, December 22, 2021 10:55 AM
**To:** Reed, Nick <NReed@geico.com>
**Subject:** RE: YTD call volume by state - LP1

Hey Nick,

For Dion can you confirm for me the following:

- Can you confirm when did we originally applied for the NY license?
- Do we have a timeline on what caused any delays (since it was just denied in August)?

If we do not or cannot get this, just let me know but I'd like to see if we can confirm that.

Thank you!
Meaghan

Sensitivity: General/Internal

**From:** Reed, Nick <NReed@geico.com>
**Sent:** Monday, December 20, 2021 3:45 PM
**To:** Urban, Meaghan <MeUrban@geico.com>
**Subject:** FW: YTD call volume by state - LP1

Hi Meaghan,

Here are the top states by volume for sales. Please let me know if there is anything else you need.

Sensitivity: General/Internal

**From:** Blowe, Brian <BBlowe@geico.com>
**Sent:** Monday, December 20, 2021 3:36 PM
**To:** Reed, Nick <NReed@geico.com>
**Subject:** YTD call volume by state - LP1

| | |
|---|---|
| CA | 19.85% |
| NY | 9.98% |
| FL | 8.95% |
| VA | 7.22% |
| NJ | 7.13% |
| MD | 7.06% |

| | |
|---|---|
| NC | 5.37% |
| AZ | 4.41% |
| GA | 4.40% |
| TX | 4.09% |
| WA | 3.87% |
| IL | 3.62% |
| MA | 3.61% |
| OH | 3.38% |
| NV | 1.88% |
| MO | 1.56% |
| CT | 1.53% |
| SC | 1.44% |
| KS | 0.62% |
| **Grand Total** | **100.00%** |

Sensitivity: General/Internal