# Plf.'s Exhibit 7

| |
|---|
| GEICO 364-367 |
| GEICO 399 |
| GEICO 565-571 |
| GEICO 632 |
| GEICO 650 |
| GEICO 1195-1197 |

[redacted]

**From:** Cosby, Nece
**Sent:** Wednesday, October 27, 2021 2:53 PM
**To:** Haberdash, Ceci
**Cc:** Selg, Allison
**Subject:** Re: License No.: 794109 Individual Name: Plump, Dion S

Thank you for following up. I have forwarded the information that was provided over to LA, so if they have not emailed him again requesting further information he is good to go. However since they will not talk to me about background information I have advised that for further information Dion would need to contact LA directly (225-342-0860)

Going forward please reach out to his new KS licensing representative Jessica Walls. (JWall@geico.com).

---

**From:** Haberdash, Ceci <AHaberdash@geico.com>
**Sent:** Wednesday, October 27, 2021 2:41 PM
**To:** Cosby, Nece <ACosby@geico.com>
**Cc:** Selg, Allison <ASelg@geico.com>
**Subject:** RE: License No.: 794109 Individual Name: Plump, Dion S

Hey Nece –

Has this been taken care of? Please let me know if there is additional information you need as Dion should not be handling this.

Thanks,

**Ceci Haberdash** | MOAT Sales Supervisor
GEICO Insurance Agency
Email: AHaberdash@geico.com

Sensitivity: General/Internal

**From:** Plump, Dion <DPlump@geico.com>
**Sent:** Wednesday, October 13, 2021 1:26 PM
**To:** Haberdash, Ceci <AHaberdash@geico.com>
**Subject:** FW: License No.: 794109 Individual Name: Plump, Dion S

**From:** Cosby, Nece <ACosby@geico.com>
**Sent:** Wednesday, October 13, 2021 10:43 AM
**To:** Plump, Dion <DPlump@geico.com>
**Subject:** Re: License No.: 794109 Individual Name: Plump, Dion S

Thank you for bringing this to our attention,

Please provide the documents that LA is requesting to them, or If you prefer, please forward the information to me I will send it directly for you.

According to the letter this needs to be done within 7 days so please try to gather this information as soon as possible.

Thank you,
Nece

---

**From:** Plump, Dion <DPlump@geico.com>
**Sent:** Wednesday, October 13, 2021 10:37 AM
**To:** Cosby, Nece <ACosby@geico.com>
**Subject:** FW: License No.: 794109 Individual Name: Plump, Dion S

Apparently I am getting hit left and right on this. Can you advise me on what proactive measures to take with this and with other states

---

**From:** Emily Lala <Emily.Lala@ldi.la.gov>
**Sent:** Wednesday, October 13, 2021 9:57 AM
**To:** Plump, Dion <DPlump@geico.com>
**Subject:** License No.: 794109 Individual Name: Plump, Dion S

*** **CAUTION:** EXTERNAL EMAIL. This email originated from outside the company. Do not open attachments or click on links from unknown or suspicious senders. Report suspicious emails using the Phish Alert Button ***

Date: October 13, 2021

The Louisiana Department of Insurance (LDI) has information that New York denied your license application in August 2021. This administrative action was not reported to us within 30 days, as required by La. RS 22:1563 (A). The following information/documentation is required at this time.

- A statement explaining the circumstances surrounding the administrative action.
- A statement explaining why this administrative action was not reported to the LDI within 30 days.
- A copy of the administrative action letter and documentation which led to the action.
- Proof of resolution, such as payment of an imposed fine, if applicable.

**The above requested information or attachments must be submitted to the LDI within 7 days.** You may submit the information via reply email (preferred) or by fax to 225-342-3754. If you choose to submit the information via fax, please remember to address the transmission to my attention, and be sure to attach a copy of this email with the requested information/documentation.

If you have any questions about this request, please feel free to email me.

**Mrs. Emily Lala**
Insurance Specialist III

Office of Licensing
Louisiana Department of Insurance
Website: www.ldi.la.gov
Sign up for LDI updates

Sensitivity: General/Internal

Sensitivity: General/Internal

Sensitivity: General/Internal

Sensitivity: General/Internal

**From:** Buckner, Maegen
**To:** Edwards, Lori; Anthony, Christina; Samuels, Tina; Blowe, Brian; Waddill, Sam; Urban, Meaghan; Smith, Alyson
**Cc:** Cosby, Aneicia
**Subject:** Licensing
**Date:** Monday, December 21, 2020 1:12:25 PM
**Attachments:** image001.png

---

Hey all –
Please provide any licensing updates when you have a moment
Sensitivity: General/Internal

**From:** Buckner, Maegen
**Sent:** Monday, December 14, 2020 10:29 AM
**To:** Edwards, Lori <LoEdwards@geico.com>; Anthony, Christina <CAnthony@geico.com>; Samuels, Tina <TSamuels@geico.com>; Blowe, Brian <BBlowe@geico.com>; Evans, Tyler (Kansas City) <TylEvans@geico.com>; Waddill, Sam <SWaddill@geico.com>; MOAT Licensing Support <MOATLicensingSupport@geico.com>; Urban, Meaghan <MeUrban@geico.com>; Smith, Alyson <AlySmith@geico.com>
**Cc:** Cosby, Aneicia <ACosby@geico.com>
**Subject:** RE: Dion Plump
Weekly licensing update! Please let me know of any updates.
Lizette Moreno is no longer with the company.

| Agent Name | Missing Licenses | Follow up |
|---|---|---|
| [redacted] | FL | |
| [redacted] | CA NY | |
| [redacted] | FL | |
| [redacted] | CA, FL, GA | |
| Dion Plump | CO, FL, GA, IA, ND, WY, NY | |
| [redacted] | GA, SD | |
| [redacted] | FL | |
| [redacted] | FL | Has been out of office* |

Sensitivity: General/Internal

**From:** Edwards, Lori
**Sent:** Friday, December 4, 2020 2:26 PM
**To:** Buckner, Maegen <MBuckner@geico.com>; Anthony, Christina <CAnthony@geico.com>; Samuels, Tina <TSamuels@geico.com>; Blowe, Brian <BBlowe@geico.com>; Evans, Tyler (Kansas City) <TylEvans@geico.com>; Waddill, Sam <SWaddill@geico.com>; MOAT Licensing Support <MOATLicensingSupport@geico.com>; Urban, Meaghan <MeUrban@geico.com>; Smith, Alyson <AlySmith@geico.com>
**Cc:** Cosby, Aneicia <ACosby@geico.com>
**Subject:** RE: Dion Plump
Here you are
So Sorry for the delay
Our system has been acting up all day and Sircon has been down all day
Have a great weekend!!
Thank you,

**Lori Edwards**
Licensing Supervisor
2280 N Greenville Ave, Richardson, TX 75082
Phone: (972) 855-6036 | Fax: (866) 669-0612

**From:** Buckner, Maegen <MBuckner@geico.com>
**Sent:** Friday, December 4, 2020 9:27 AM
**To:** Edwards, Lori <LoEdwards@geico.com>; Anthony, Christina <CAnthony@geico.com>; Samuels, Tina <TSamuels@geico.com>; Blowe, Brian <BBlowe@geico.com>; Evans, Tyler (Kansas City) <TylEvans@geico.com>; Waddill, Sam <SWaddill@geico.com>; MOAT Licensing Support <MOATLicensingSupport@geico.com>; Urban, Meaghan <MeUrban@geico.com>
**Cc:** Cosby, Aneicia <ACosby@geico.com>
**Subject:** RE: Dion Plump

Thank you for working on this! I have updated my chart to reflect these changes. Let me know if there are any other updates to the below

| Agent Name | Missing Licenses | Follow up |
|---|---|---|
| [redacted] | FL | **Under State Review, will follow up** |
| [redacted] | CA NY | **Under State Review, will follow up** |
| [redacted] | FL | **Under State Review, will follow up** |
| [redacted] | CA, FL, GA | *waiting for docs from associate* |
| [redacted] | GA, TN CA | **Under State Review, will follow up** |
| Dion Plump | CO, FL, GA, IA, ND, WY, NY | See below |
| [redacted] | GA, SD | She was a transfer and these were missed … will apply for these licenses |
| [redacted] | FL | **Under State Review, will follow up** |
| [redacted] | FL | *waiting on docs, Chelsea emailed associate today 12/4* |

Sensitivity: General/Internal

**From:** Edwards, Lori
**Sent:** Friday, December 4, 2020 9:21 AM
**To:** Hughes, Kyle <KHughes@geico.com>; Anthony, Christina <CAnthony@geico.com>; Samuels, Tina <TSamuels@geico.com>; Blowe, Brian <BBlowe@geico.com>; Evans, Tyler (Kansas City) <TylEvans@geico.com>; Waddill, Sam <SWaddill@geico.com>; Buckner, Maegen <MBuckner@geico.com>; MOAT Licensing Support <MOATLicensingSupport@geico.com>; Urban, Meaghan <MeUrban@geico.com>
**Cc:** Cosby, Aneicia <ACosby@geico.com>
**Subject:** Dion Plump
**Importance:** High

Good Morning Everyone!!!

Hope everyone is well

I just wanted to e-mail everyone to give the most updated and accurate info for Dion.

Nece and myself took a couple hours last night to research where we are with him

These are the license that Dion HAS:

AL
AR

AZ
CA
DC
DE
IL
KS
LA
MA
MD
MO
NC
NE
NJ
NM
NV
OH
OK
PA
SC
SD
TN
TX
VA
WA
WV

He also has MS that is not in our system, but we put a ticket in last night to have it added and once added we will add the carrier markers so he can have full access
We also noticed that some carrier markers were missing for some of these states and they were added last night. So, if he was having any issue with the above states, he will have full access in 48 hours.
We also noticed that he was not affiliated in AR, Nece will apply for this affiliation and we will add it to the system once it shows on the website. He will have full access to AR after that.
He is not currently licensed for these states and should not be working these states:
Nece, is calling these states today to see what needs to be done to have these licenses issued
CO
GA
IA
ND
FL
WY
NY
We know that we have to reapply for IA and WY. These 2 states did not go through. She will get a new application from him and apply asap.
ND was denied in the past before GEICO and we are currently working with the DOI about getting the license issued. I will need a letter from Dion, but I will e-mail him separately regarding that.
We also noticed that the reason why the system showed him licensed for states he was not is because a couple of licenses were mistakenly added to our old system and then corrected by inactivating them, but when we transferred to the new system they were active in our new system.

We sent Dion e-mails saying what states they were and not to work them even if the system says you can we saw that. I will also include what states are good to go now and the ones that are still a no good in the e-mail I send to him today.

So sorry for the delays with him and any inconvenience it has caused.

We are working to get it rectified now.

Please let me know if you have any questions.

Thank you,

**Lori Edwards**
Licensing Supervisor
2280 N Greenville Ave, Richardson, TX 75082
Phone: (972) 855-6036 | Fax: (866) 669-0612

GEICO

| | | | | | |
|---|---|---|---|---|---|
| **Position:** | MOAT Sales Representative II | **Code:** | 61076 | **Date:** | 12/10 |
| **Incumbent:** | Multiple | **Department:** | All Locations | **FLSA Status:** | Non-exempt |
| **Function:** | MOAT | | | | |

Primary Position Objective:

Under direct supervision, SELLS acceptable new business primarily via telephone. PROVIDES product service and other information in connection with insurance policies.

Essential Functions:

1. USES keyboard, mouse and multi-tasks for approximately 90% of work day to INPUT applicant insurance information OBTAINED by telephone
2. PROVIDES product services and other information and/or MAKES RECOMMENDATIONS by telephone about GEICO products, coverages, services, and policies
3. ENTERS information into the computer to determine risk acceptance, prepare rates, and send policy documents
4. ASKS customers to buy policies and HANDLES responses such as objections or obstacles via telephone.
5. Accurately DOCUMENTS sales requests and updates policy applications and databases via PC
6. SPEAKS approximately 90% of the day with internal and external customers in a way that BUILDS GEICO's customer base and promotes customer satisfaction through efficient, accurate, and courteous interactions
7. ACCESSES and UTILIZES multiple software applications that may require simultaneous use
8. USES headset and telephone keypad to record time, accept incoming calls or make outbound calls related to the sales agent job
9. ADHERES to GEICO Code of Conduct, company policies, and operating principles
10. MEETS attendance standard at business location, to perform necessary job functions and to facilitate interaction with supervisors and co-workers
11. MEETS the requirements specified below
    - Must be able to, with or without accommodation, perform the essential functions which include, but are not limited to seeing, hearing, typing and speaking
    - Must be able to speak in a professional manner by telephone
    - Must be able to attain and maintain the required licenses issued by the insurance departments of various states
    - Must be able to handle heavy call volume in a fast paced work environment, resolve complex business problems and handle complicated customer issues
    - Must be able to follow complex instructions, resolve conflicts or facilitate conflict resolution, and have strong organization/priority setting skills
    - Must be able to multi-task
    - Must be able to learn and apply large amounts of technical and procedural information
    - Must be able to work varying schedules to meet staffing or phone volume needs
    - Must have the following experience
        - Must meet minimum requirements for 60 level to be eligible for promotion to this grade

**From:** Reed, Nick
**Sent:** Wednesday, December 22, 2021 11:43 AM
**To:** Urban, Meaghan
**Subject:** RE: YTD call volume by state - LP1
**Attachments:** NY Letters.pdf

There are two reasons. First because NY took time to review the application, and in Feb 2021, they advised of required documentation a few times and it was never received. I have attached the communication from NY. Please let me know if there is anything else you need!

Sensitivity: General/Internal

**From:** Urban, Meaghan <MeUrban@geico.com>
**Sent:** Wednesday, December 22, 2021 11:24 AM
**To:** Reed, Nick <NReed@geico.com>
**Subject:** RE: YTD call volume by state - LP1

Thanks Nick, do we know why it took over a year for them to deny the NY license? If not, that's fine I just want to make sure if we do I have that info.

Sensitivity: General/Internal

**From:** Reed, Nick <NReed@geico.com>
**Sent:** Wednesday, December 22, 2021 11:20 AM
**To:** Urban, Meaghan <MeUrban@geico.com>
**Subject:** RE: YTD call volume by state - LP1

Hi Meaghan –

We originally applied for the NY license on 6/11/2020. The timeline is listed below.

Timeline:

- Dion denied NY (8/9) (not uploaded to file by R5)
- KC MOAT Licensing Unit created (8/23)
  - Initial focus on training techs (8/23 – 9/17)
  - KC MOAT Licensing takes all agents effective (9/18)
  - Begin work on licensing backlog for transition agents (9/20)
- Notified by Dion's sup of missing licenses on (10/27)
- Researched NY Denial and uploaded to Dion's folder (10/28)
- Licensing tech sent Dion Docusign to reapply for eligible states
- Licensing tech emailed NY for appeal extension (10/29)
- NY advised unable to appeal, but able to reapply one year from denial date of 8/9 (11/1)
- Management met with Dion to discuss NY denial and future options (11/3)
- Nick requested review of all sales floor agents (11/5)
- Licensing tech resent email for DocuSign (11/9)
  - DocuSign completed (11/9)

Sales floor list sent to management (11/10

Sensitivity: General/Internal

**From:** Urban, Meaghan <MeUrban@geico.com>
**Sent:** Wednesday, December 22, 2021 10:55 AM
**To:** Reed, Nick <NReed@geico.com>
**Subject:** RE: YTD call volume by state - LP1

Hey Nick,

For Dion can you confirm for me the following:

- Can you confirm when did we originally applied for the NY license?
- Do we have a timeline on what caused any delays (since it was just denied in August)?

If we do not or cannot get this, just let me know but I'd like to see if we can confirm that.

Thank you!
Meaghan

Sensitivity: General/Internal

**From:** Reed, Nick <NReed@geico.com>
**Sent:** Monday, December 20, 2021 3:45 PM
**To:** Urban, Meaghan <MeUrban@geico.com>
**Subject:** FW: YTD call volume by state - LP1

Hi Meaghan,

Here are the top states by volume for sales. Please let me know if there is anything else you need.

Sensitivity: General/Internal

**From:** Blowe, Brian <BBlowe@geico.com>
**Sent:** Monday, December 20, 2021 3:36 PM
**To:** Reed, Nick <NReed@geico.com>
**Subject:** YTD call volume by state - LP1

| | |
|---|---|
| CA | 19.85% |
| NY | 9.98% |
| FL | 8.95% |
| VA | 7.22% |
| NJ | 7.13% |
| MD | 7.06% |
| NC | 5.37% |
| AZ | 4.41% |
| GA | 4.40% |
| TX | 4.09% |
| WA | 3.87% |
| IL | 3.62% |
| MA | 3.61% |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000566

| | |
|---|---|
| OH | 3.38% |
| NV | 1.88% |
| MO | 1.56% |
| CT | 1.53% |
| SC | 1.44% |
| KS | 0.62% |
| **Grand Total** | **100.00%** |

Sensitivity: General/Internal

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

ANDREW M. CUOMO
Governor

LINDA A. LACEWELL
Superintendent

Dion Plump
918 Swallow Cir
Liberty, Missouri 64068

February 5, 2021

**RE:** Dept. File #: CSB-2021-01389174

Dear Dion Plump:

This is in reference to your application which has been referred to this office for review. As part of our review, it has been determined that you have been involved in a fine, denial, refusal, suspension, or revocation of license or other regulatory action.

You did not disclose this information on your application. Please provide:

- An explanation for your failure to disclose this information.
- A notarized statement of facts detailing the events which led to the applicable action.
- A copy of any consent orders, findings of fact, stipulations and/or final determinations.
- If the action was for a company for which you were an officer, director, or member, were you held culpable for the instance leading to the action?

Your response is required within fifteen (15) days from the date of this letter.

**INCLUDE A COPY OF THIS LETTER AND YOUR DAYTIME PHONE AND FAX NUMBERS IN YOUR REPLY.**

Sincerely,

Producer Supervision and Enforcement
518-474-6600
212-480-6282 (Fax)

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

ANDREW M. CUOMO
Governor

LINDA A. LACEWELL
Superintendent

Dion Plump
918 Swallow Cir
Liberty, Missouri 64068

February 5, 2021

**RE:** Dept. File #: CSB-2021-01389174

Dear Dion Plump:

This is in reference to your application which has been referred to this office for review. As part of our review, it has been determined that you have been involved in a fine, denial, refusal, suspension, or revocation of license or other regulatory action.

You did not disclose this information on your application. Please provide:

- An explanation for your failure to disclose this information.
- A notarized statement of facts detailing the events which led to the applicable action.
- A copy of any consent orders, findings of fact, stipulations and/or final determinations.
- If the action was for a company for which you were an officer, director, or member, were you held culpable for the instance leading to the action?

Your response is required within fifteen (15) days from the date of this letter.

**INCLUDE A COPY OF THIS LETTER AND YOUR DAYTIME PHONE AND FAX NUMBERS IN YOUR REPLY.**

Sincerely,

Producer Supervision and Enforcement
518-474-6600
212-480-6282 (Fax)

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

ANDREW M. CUOMO
Governor

LINDA A. LACEWELL
Superintendent

Via Regular Mail, Certified Mail & Email: Dplump@GEICO.com

Dion Plump
918 Swallow Cir
Liberty, Missouri 64068

July 21, 2021

**RE:** Dept. File #: CSB-2021-01389174

Dear Mr. Plump:

A review of our file indicates that we have not received a response to the enclosed letter dated February 5, 2021.

Please be advised that the Department will **DENY** your application unless we receive the information and/or documentation requested by **fax or email** by **August 6, 2021**.

**PLEASE INCLUDE YOUR DAYTIME TELEPHONE NUMBER, FACSIMILE NUMBER, AND EMAIL ADDRESS IN YOUR REPLY.**

Sincerely,

*Jean Deronceray*

Jean DeRonceray
Examiner, Producer Supervision and Enforcement Unit
212-480-6282 (Fax)
Jean.deronceray@dfs.ny.gov

CC: GEICO Insurance Company
11214 Renner Blvd
Lexna, KS 66219
Attn: Dion Plump

NEW YORK STATE OF OPPORTUNITY. | Department of Financial Services

ANDREW M. CUOMO
Governor

LINDA A. LACEWELL
Superintendent

Via Regular Mail, Certified Mail & Email: Dplump@GEICO.com

Dion Plump
918 Swallow Cir
Liberty, Missouri 64068

July 21, 2021

**RE:** Dept. File #: CSB-2021-01389174

Dear Mr. Plump:

A review of our file indicates that we have not received a response to the enclosed letter dated February 5, 2021.

Please be advised that the Department will **DENY** your application unless we receive the information and/or documentation requested by **fax or email** by **August 6, 2021**.

**PLEASE INCLUDE YOUR DAYTIME TELEPHONE NUMBER, FACSIMILE NUMBER, AND EMAIL ADDRESS IN YOUR REPLY.**

Sincerely,

*Jean Deronceray*

Jean DeRonceray
Examiner, Producer Supervision and Enforcement Unit
212-480-6282 (Fax)
Jean.deronceray@dfs.ny.gov

CC: GEICO Insurance Company
11214 Renner Blvd
Lexna, KS 66219
Attn: Dion Plump

**From:** Edwards, Lori
**Sent:** Tuesday, January 5, 2021 4:06 PM
**To:** Buckner, Maegen; Anthony, Christina; Samuels, Tina; Blowe, Brian; Urban, Meaghan; Smith, Alyson
**Cc:** Cosby, Nece
**Subject:** RE: Licensing

Hello Everyone!!

See Below

Have a great night!!!

Thank you,

GEICO
**Lori Edwards**
Licensing Supervisor
2280 N Greenville Ave, Richardson, TX 75082
Phone: (972) 855-6036 | Fax: (866) 669-0612

---

**From:** Buckner, Maegen <MBuckner@geico.com>
**Sent:** Tuesday, January 5, 2021 3:38 PM
**To:** Edwards, Lori <LoEdwards@geico.com>; Anthony, Christina <CAnthony@geico.com>; Samuels, Tina <TSamuels@geico.com>; Blowe, Brian <BBlowe@geico.com>; Urban, Meaghan <MeUrban@geico.com>; Smith, Alyson <AlySmith@geico.com>
**Cc:** Cosby, Nece <ACosby@geico.com>
**Subject:** RE: Licensing

Weekly licensing update.. thank you again for all of the help. Let me know of any adjustments needed 😊

| Agent Name | Missing Licenses | Follow up |
|---|---|---|
| [redacted] | FL | Just got her prints, mailing them out today |
| [redacted] | FL | ISSUED!!! Will add carrier Markers today |
| [redacted] | CA, FL, GA | **Still waiting on PW from him** |
| Dion Plump | CO, FL, GA, IA, WY, NY | CO: He had a previous L and H license, we have to surrender that in order to be able to renew the personal lines<br>FL: advised him to call them again today and he said he was to find out what else is needed, they will not talk to us:<br>GA has a new process for AFFDs and we uploaded it to where it needed to be today<br>IA: have to reapply with most updated docs<br>WY: had a previous License and have to mail app in…waiting on check and will mail it in<br>NY: he just signed the form we needed today and we forwarded it on to NY |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000632

| | | |
|---|---|---|
| [redacted] | GA | GA has a new process for AFFDs and we uploaded it to where it needed to be today |
| [redacted] | FL | Still pending |
| [redacted] | FL | *has been out of office |

Sensitivity: General/Internal

**From:** Edwards, Lori
**Sent:** Monday, December 21, 2020 1:23 PM
**To:** Buckner, Maegen <MBuckner@geico.com>; Anthony, Christina <CAnthony@geico.com>; Samuels, Tina <TSamuels@geico.com>; Blowe, Brian <BBlowe@geico.com>; Waddill, Sam <SWaddill@geico.com>; Urban, Meaghan <MeUrban@geico.com>; Smith, Alyson <AlySmith@geico.com>
**Cc:** Cosby, Aneicia <ACosby@geico.com>
**Subject:** RE: Licensing

Hello Everyone,

I wanted to reply real fast before I headed to lunch

Please see below

I will reach the 2 highlighted ones when I get back from lunch

Thank you,

GEICO | **Lori Edwards**
Licensing Supervisor
2280 N Greenville Ave, Richardson, TX 75082
Phone: (972) 855-6036 | Fax: (866) 669-0612

**From:** Buckner, Maegen <MBuckner@geico.com>
**Sent:** Monday, December 21, 2020 1:12 PM
**To:** Edwards, Lori <LoEdwards@geico.com>; Anthony, Christina <CAnthony@geico.com>; Samuels, Tina <TSamuels@geico.com>; Blowe, Brian <BBlowe@geico.com>; Waddill, Sam <SWaddill@geico.com>; Urban, Meaghan <MeUrban@geico.com>; Smith, Alyson <AlySmith@geico.com>
**Cc:** Cosby, Aneicia <ACosby@geico.com>
**Subject:** Licensing

Hey all –
Please provide any licensing updates when you have a moment 😊

Sensitivity: General/Internal

**From:** Buckner, Maegen
**Sent:** Monday, December 14, 2020 10:29 AM
**To:** Edwards, Lori <LoEdwards@geico.com>; Anthony, Christina <CAnthony@geico.com>; Samuels, Tina <TSamuels@geico.com>; Blowe, Brian <BBlowe@geico.com>; Evans, Tyler (Kansas City) <TylEvans@geico.com>; Waddill, Sam <SWaddill@geico.com>; MOAT Licensing Support <MOATLicensingSupport@geico.com>; Urban,

**From:** Buckner, Maegen <MBuckner@geico.com>
**Sent:** Monday, November 9, 2020 5:46 PM
**To:** Edwards, Lori <LoEdwards@geico.com>; Cosby, Aneicia <ACosby@geico.com>; Adair, Chelsea <CAdair@geico.com>
**Cc:** Waddill, Sam <SWaddill@geico.com>; Urban, Meaghan <MeUrban@geico.com>; Anthony, Christina <CAnthony@geico.com>
**Subject:** RE: Licensing Issues

Thank you for following up! I did hear there was a new system and I can imagine it has been a lot of learning as you go.

I wanted to make sure I wasn't missing anything as there was some inconsistency's between myself and HR, so thank you for laying everything out for us!

Sent by GEICO AirWatch Boxer

On November 9, 2020 at 4:42:36 PM CST, Edwards, Lori <LoEdwards@geico.com> wrote:

Hello Everyone,

Not sure if all of you know this or not, but we have had a new system implemented and it has been less than perfect.

We are having to do a lot of the work manually unlike our other system that did a lot for us automatically.

We apologize for any delays, we are asking for you grace and patience during our transition. We are learning as we go and sometimes the hard way by having delays for the associates, which we do apologize for. We do not know there is a kink or a problem until there is a kink, problem or delay and then having to see if it is an IT issue, or a workaround, which consist of manually work.

So again, we please ask all of you for your patience and grace.

Please see below in red:

I will work on the blue ones in the morning, just wanted to be able to give you an update thus far.

Thank you,

GEICO
**Lori Edwards**
Licensing Supervisor
2280 N Greenville Ave, Richardson, TX 75082
Phone: (972) 855-6036 | Fax: (866) 669-0612

---

**From:** Buckner, Maegen <MBuckner@geico.com>
**Sent:** Friday, November 6, 2020 11:10 AM
**To:** Edwards, Lori <LoEdwards@geico.com>; Cosby, Aneicia <ACosby@geico.com>
**Cc:** Waddill, Sam <SWaddill@geico.com>; Urban, Meaghan <MeUrban@geico.com>
**Subject:** Licensing Issues

Hey Everyone –

I cancelled the meeting for today and figured I would send an email to ensure we are all on the same page. I met with my team last night and I compiled all of the licensing issues we are seeing. Some of the issues are HISS related, which my team is submitted project management tickets for. Below is a list of agents and what licenses they are missing. Please let me know where we stand when you get some time. I am sorry this has been so confusing. Please let me know what I can do to help.

| Agent Name | Missing Licenses | What states are licensed but missing in HISS? |
|---|---|---|
| [redacted] | OR, KY, IL,IN…she was not on the list to get these additional licenses from Brian Blowe, she does have IL though | none |
| | none | CA….. added affiliations and requested carrier markers, should have full access in 48 hours |
| | none | NC…should not be having any issues…looks good on our end |
| | FL…under state review | NONE |
| | GA…..Has a GA license, requested carrier markers, should have full access in 48 hours | CA….affiliation and Carrier markers were added Thursday, she should have access now |
| | Assoc has these licenses…VA, TN, OK….added carrier markers, should have access in 48 hours , Her Rep will follow up to see why these are not issued OH, NY, CA | Should have full access to WA…..added carrier markers for GA, should have access in 48 hours |
| | None…NOT licensed for FL, Her rep will follow up | FL, CA…added CA affiliations and carriers markers, should have access in 48 hours |
| | none | CA…added CA affiliations and carriers markers, should have access in 48 hours |
| | CA,FL, GA, are not issued, Her rep will follow up | |
| | GA, TN CA….. Not issued yet, her rep will follow up | |
| Dion Plump | AR, CO, FL, GA, IA, ND, NY, SC, VA | Will work on him in he morning |
| [redacted] | GA, SD…have not been issued, her rep will follow up | none |
| | FL….. Not issued yet, her rep will follow up | CA, GA…GA is good to go, should not be having any issues, just added CA affiliations and appts, we have access in 48 hours |