# Plf.'s Exhibit 9

| |
|---|
| GEICO 283 |
| GEICO 433 |
| GEICO 1190-1193 |
| GEICO 1341 |
| GEICO 1521-1522 |

STD and Leave Claim Creation Notification for PLUMP, D. - STD Claim# 31608090, Leave Claim# 31608091

GBUploadException@thehartford.com
To Selg, Allison

Reply | Reply All | Forward | ...

Wed 12/15/2021 4:46 PM

If there are problems with how this message is displayed, click here to view it in a web browser.

*** CAUTION: EXTERNAL EMAIL This email originated from outside the company. Do not open attachments or click on links from unknown or suspicious senders. Report suspicious emails using the Phish Alert Button ***

Hello,

We wanted to let you know that The Hartford has created a Short-Term Disability claim and Leave of Absence claim for DION PLUMP on 12/15/2021.

Associate Name: Dion Plump
Associate ID: 232426

Work State: Kansas
Pref Cont #: 816/562-5924
STD Claim Number: 31608090
Leave Claim Number: 31608091
Work Related: Unknown

Associate's First Date of Absence: 12/17/2021
Associate's Last Scheduled Work Date: 12/15/2021
*Projected return to work date: 03/04/2022
The Projected Return to Work Date is based on the date that Dion provided during the claim initiation process. The date may change as new information becomes available.

Once we obtain the necessary information from Dion's health care provider to support the leave request, due by 1/11/2022, we will make a determination to approve or deny the request. Please note, this date may change due to compliance reasons.

If you have questions or need help, visit https://abilityadvantage.thehartford.com or call us at **866-266-6466**. We're here weekdays from 8:00 AM to 8:00 PM ET.

Have a great day.

**Yocum, Holly**

**From:** Reed, Nick
**Sent:** Wednesday, November 24, 2021 4:26 PM
**To:** Blowe, Brian
**Subject:** RE: Dion Plump & [redacted]

Ok thank you

Sensitivity: General/Internal

**From:** Blowe, Brian <BBlowe@geico.com>
**Sent:** Wednesday, November 24, 2021 4:00 PM
**To:** Reed, Nick <NReed@geico.com>
**Subject:** RE: Dion Plump & [redacted]

I'm going to discuss it with Lee and then follow up with you and Alessia. I'll let ya know

Sensitivity: General/Internal

**From:** Reed, Nick <NReed@geico.com>
**Sent:** Wednesday, November 24, 2021 3:52 PM
**To:** Blowe, Brian <BBlowe@geico.com>
**Subject:** RE: Dion Plump & [redacted]

So what are the next steps with [redacted]

Sensitivity: General/Internal

**From:** Blowe, Brian <BBlowe@geico.com>
**Sent:** Wednesday, November 24, 2021 3:48 PM
**To:** Sullivan, Alicia <AliSullivan@geico.com>; Mundy, Erin <EMundy@geico.com>
**Cc:** [redacted]
**Subject:** RE: Dion Plump & [redacted]

Thanks! Good thing you reminded me about the schedules.

[redacted] is not able to work that schedule so we can scratch her for the interview. Dion is willing to take the schedule so I told his supervisor that you and Mundy will reach out for an interview next week. If you could include Allison Selg on the invite (his supervisor) that would be great.

Appreciate it!

Sensitivity: General/Internal

**From:** Sullivan, Alicia <AliSullivan@geico.com>
**Sent:** Wednesday, November 24, 2021 12:03 PM
**To:** Blowe, Brian <BBlowe@geico.com>; Mundy, Erin <EMundy@geico.com>
**Cc:** [redacted]
**Subject:** RE: Dion Plump & [redacted]

Hey BB,
It will be Mon - Fri 12:30 – 9.
Best,

GEICO | **Alicia Sullivan** She/Her/Hers
Manager | GEICO Insurance Agency

Sensitivity: General/Internal

**From:** Blowe, Brian <BBlowe@geico.com>
**Sent:** Wednesday, November 24, 2021 12:01 PM
**To:** Sullivan, Alicia <AliSullivan@geico.com>; Mundy, Erin <EMundy@geico.com>
**Cc:** [redacted]
**Subject:** RE: Dion Plump & [redacted]

I appreciate you! And I did forget about the schedule switch, my apologies. Can you remind me the schedule?

Sensitivity: General/Internal

**From:** Sullivan, Alicia <AliSullivan@geico.com>
**Sent:** Wednesday, November 24, 2021 12:00 PM
**To:** Blowe, Brian <BBlowe@geico.com>; Mundy, Erin <EMundy@geico.com>
**Cc:** [redacted]
**Subject:** RE: Dion Plump & [redacted]

Hey BB,
Yeah, we can do that. Erin is out for the holiday but we'll try to get some time scheduled with them. Were they both okay with the schedule switch before we do so?
Thank you,

GEICO | **Alicia Sullivan** She/Her/Hers
Manager | GEICO Insurance Agency

Sensitivity: General/Internal

**From:** Blowe, Brian <BBlowe@geico.com>
**Sent:** Wednesday, November 24, 2021 11:55 AM
**To:** Sullivan, Alicia <AliSullivan@geico.com>; Mundy, Erin <EMundy@geico.com>
**Cc:** [redacted]
**Subject:** RE: Dion Plump & [redacted]

Thanks Alicia!

For Dion, I completely understand your concerns when it comes to the behavior and communication issues. Would you be willing to at least interview him and ask him questions about those concerns so that he can provide his perspective? I understand if you all don't want to select him, however would at least want to give him an opportunity.

Let me know!
Brian

Sensitivity: General/Internal

**From:** Sullivan, Alicia <AliSullivan@geico.com>
**Sent:** Thursday, November 18, 2021 10:26 AM
**To:** Blowe, Brian <BBlowe@geico.com>; Mundy, Erin <EMundy@geico.com>
**Cc:** [redacted]
**Subject:** RE: Dion Plump & [redacted]

Hey BB,
Based on everything we've seen so far I think we're comfortable taking [redacted] but I have some pretty serious concerns about Dion when it comes to his behavior, especially around call avoidance and lack of communication with his supervisor.
Best,

GEICO | **Alicia Sullivan** She/Her/Hers
Manager | GEICO Insurance Agency

Sensitivity: General/Internal

**From:** Blowe, Brian <BBlowe@geico.com>
**Sent:** Thursday, November 18, 2021 7:59 AM
**To:** Mundy, Erin <EMundy@geico.com>; Sullivan, Alicia <AliSullivan@geico.com>
**Cc:** [redacted]
**Subject:** FW: Dion Plump & [redacted]

Hey Alicia and Erin,

Here is the summary for Dion Plump. I'm still waiting to get [redacted], but will send it over once I have it!

Sensitivity: General/Internal

**From:** Selg, Allison <ASelg@geico.com>
**Sent:** Wednesday, November 17, 2021 8:40 PM
**To:** Blowe, Brian <BBlowe@geico.com>
**Cc:** [redacted]
**Subject:** RE: Dion Plump & [redacted]

Hey Brian,

I have attached 2 PDF's of Dion's 3MR and YTD, as well as his ROA.

Some strengths about Dion:

- Dion is very confident in himself and his ability to connect with our customers. He treats each customer as an individual and makes sure each call is unique.
- If Dion receives an error from PMT, he will learn what it is, how he made the error, and vow that it will never happen again.
- He is very eager to know the "why" behind everything. He wants to be as knowledgeable as possible in order to best service our customers.
- He plays it cool, but doing well is very important to him. He enjoys being recognized.

Some opportunities for Dion:

- He has a bit of pushback when receiving feedback. He often shuts down and will "yes" you until you are done giving him constructive feedback.
- Dion has had slight attendance issues (has been leaving with little to no notice, sits in not ready for 5-10+ at a time and doesn't respond in chats while doing so).
- Has opportunity for active listening both on the phones for our customer's and their needs as well as off the phones in coaching conversations.
- Lack of communication (as mentioned in the attendance concerns above). Dion does not pro-actively communicate. He rather re-actively communicates or only responds if I ask him what he is doing.

Overall, Dion is a very hard worker and is very proud of the work that he puts out. However, I have had some concerns about call avoidance in the past, although that was also discussed with him with his previous supervisor. Dion does not seem to be doing call avoidance anymore since the conversation. Currently, my only concern with Dion is, as I mentioned, his lack of communication and how he does not enjoy receiving feedback. Dion does take a while to trust his leadership, and he is upfront and honest about that. He needs to be sure that his supervisor will have Dion in their best interest and support him when he needs it and be his biggest cheerleader. Once he feels that, then he will start to open up more.

I hope this helps. Please let me know if there is anything else I can do or help with!

Thanks!

GEICO
**Allison Selg** She/Her/Hers
MOAT Sales MDP | GEICO Insurance Agency
Kansas City MOAT Sales

Sensitivity: General/Internal

**From:** Blowe, Brian <BBlowe@geico.com>
**Sent:** Wednesday, November 17, 2021 1:19 PM
**To:** Selg, Allison <ASelg@geico.com>
**Cc:** [redacted]
**Subject:** Dion Plump & [redacted]

Hey Allison,

I'm reaching out in regards to Dion. You may know (or you may not), however he has been denied his New York license and we don't have the ability to keep him in Sales going forward. We are currently working with the Service managers to see if he would be a good fit for their department.

In doing so, they are asking for a synopsis of his current performance (3-month rolling and YTD), overall attendance standing and any behavioral concerns. Can you please provide that when you have a moment? We will send that over to the Service managers and then go from there.

Glad to answer any questions you have.

-Brian

Sensitivity: General/Internal

Urban, Meaghan 2/9/2022, 8:17 AM

Good Morning! I'm still working with corporate on Dion, they are wanting to confirm that Lee approves of the decision to separate

i'm assuming you've spoke with him about it but since it only listed you on the term memo, i wanted to check

You 2/9/2022, 8:18 AM

Good morning! He does, but I can get that in an email from him if you like

Urban, Meaghan 2/9/2022, 8:19 AM

yes please!

Urban, Meaghan 2/9/2022, 8:20 AM

As far as the service position - I want to make sure i'm outlining this correctly to them - Service spoke with Dion about moving to service (even though he didn't want to) but ultimately you decided not to allow the move because of the concern over call avoidance and you confirmed with them that it would be an issue in service as well

You 2/9/2022, 8:21 AM

That is correct

Urban, Meaghan 2/9/2022, 8:22 AM

okey dokey ty

i'm working to get this wrapped up but each time i think i have they come back with additional questions for me

You 2/9/2

Lol no worries! I am emailing Lee now & just sent him an IM asking him to prioritize when he gets in today

SA Selg, Allison 1/12/2022, 11:14 AM
Just sent it!

You 1/12/2022, 11:15 AM
Did he apply for an LOA for FMLA?

SA Selg, Allison 1/12/2022, 11:17 AM
I'm not sure if I understand your question to be honest. Would he be applying for LOA *and* FMLA? I believe he just applied for FMLA

You 1/12/2022, 11:17 AM Edited
Oh it says in the email it was denied due to the cert not being received. Likely because he is still in the facility

I would call/email the hartford, explain the situation and ask for the deadline to be extended

SA Selg, Allison 1/12/2022, 11:18 AM
Ok great thanks!

SA Selg, Allison 1/12/2022, 11:44 AM
Ok so update from the hartford they said they can't extend the deadline and have tried multiple times reaching out to the doctor (no response) and to dion (who obviously cant respond). She said he's still able to submit paperwork in and they can revisit it, but can't extend the initial deadline