# Plf.'s Exhibit 10

Deposition of Megen Snyder

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DION PLUMP, )
)
Plaintiff, )
) Case No.
vs. ) 2:22-cv-02498
)
GOVERNMENT EMPLOYEE INSURANCE )
COMPANY, )
)
Defendant. )
)

REMOTE DEPOSITION OF MEGEN SYNDER, a Witness, taken on behalf of the Plaintiff, pursuant to Notice, before Cindy L. Schwemmer, CSR No. 0533, CCR No. 1478, RPR, FCRR, on September 8, 2023. All participants, including the witness and court reporter, appear remotely via mobile videoconference.

Q And so, here, the next e-mail up on this thread appears to be from you to the same individuals, including the Plaintiff in this lawsuit, Dion Plump, on the same date, January 7th, 2022, regarding his leave. And you state: "I apologize for any confusion in the last e-mail. The due date is 1/22/22, not 2/22/22. It was listed correctly on the attached paperwork."
Did I read that correctly?
A Yes, ma'am.
Q Okay. So, there, you're just clarifying that there was a typo in the original form e-mail; is that correct?
A Yes, ma'am.
Q So I'll scroll up to the next chronological e-mail in this thread.
(Document scrolling on screen.)
I'll give you a chance to review this. And, here, I'm just talking about this highlighted portion. Let me know when you've had a chance to read it.
(Pause)
A Okay.
Q And, Ms. Snyder, this appears to be an e-mail from e-mail address for Dion Plump responding