# Plf.'s Exhibit 11

| |
|---|
| GEICO 34-35 |
| GEICO 421 |
| GEICO 423 |
| GEICO 1180-1181 |
| GEICO 1182-1183 |

### *Human Resources*

1. Audits the Performance Reviews by Organization Report in Workday to ensure compliance.
2. Assists management in taking the appropriate employment action when the department determines the associate on Orientation should not be retained or should be reassigned or demoted.

# Performance Appraisals

Performance Appraisals for eligible associates are conducted every six months in January and July. Eligible associates are rated by their manager and then ranked against other associates in their department. Rankings take into account performance, individual contributions, team participation, and an associate's overall effect on the success of the department. An associate's performance in their position, the rate of progress in their position, and the associate's salary level within the salary range for their grade are all factors in determining the associate's salary.

## Performance Appraisal in Workday

The PA process for an associate begins by setting goals in Workday for that associate. Those goals are then pulled into the Performance Appraisal template to be used for that associate. The associate then completes the Self Evaluation and the manager complete the Manager Evaluation. Once the PA is complete, the associate and manager meet to discuss the performance results.

## Components of the Performance Appraisal Review Template

**Goals:** A goal is a specific statement of expected performance by the associate. A goal description typically reflects the performance necessary to achieve the "Good" (3.0) rating, unless otherwise indicated. Performance Appraisal Ratings defines ratings. Goals set for an associate should cover 100% of the position being performed.

A goal should be:

- **Measurable -** to enable periodic evaluation of its attainment
- **Attainable -** not beyond the capacity of a trained, competent associate
- **Challenging -** aimed at eliciting performance beyond that currently being produced
- **Significant -** directly related to a key results area of the job

**Accomplishments:** Accomplishments are professional achievements attained during the rating period. These accomplishments should be relevant to the associate's job expectations.

**Supporting Documents:** Upload any supporting documents relevant to the associate's job expectations and performance.

**Overall:** The PA Rating indicates the overall performance of the associate achieved in the rating period.

# Performance Appraisal Ratings

The result of the PA process in Workday is a performance rating (Rating) for the associate.

The Rating an associate receives may range from Unsatisfactory (1.0) to Outstanding (5.0). Ratings are based on the achievement of goals and professional accomplishments as they relate to the associate's overall job performance.

An associate rated less than Good (3.0) is not eligible for a merit increase and may be placed on a Warning. An associate's performance that continues to be rated less than Good (3.0) will be subject to further corrective action, up to and including termination of employment.



Sensitivity: Confidential
**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER** **GEICO 000034**

| PA Rating | Description and Definition |
|---|---|
| 1.0 – 1.9 | **Unsatisfactory:** Consistently fails to meet goals for the position. Corrective action is required; refer to the Performance Below an Acceptable Level section for more information. |
| 2.0 – 2.9 | **Fair:** Consistently meets most goals for the position with an unacceptable level of performance for some goals. Corrective action is required; refer to the Performance Below an Acceptable Level section for more information. |
| 3.0 – 3.9 | **Good:** Consistently meets and occasionally exceeds goals for the position. Makes full use of abilities and experience to produce desired results. |
| 4.0 – 4.9 | **Very Good:** Consistently meets and often exceeds goals for the position. Actively contributes to the achievement of overall unit, department and Company goals. |
| 5.0 | **Outstanding:** Consistently exceeds all goals for the position. Seeks new and better ways to accomplish tasks. Highly capable and versatile in adjusting priorities to current unit, department and Company needs. |

## Performance Appraisal Ratings for Associates in Training

During the Orientation Period, an associate's performance is reviewed at least every 60 days. At the center of each Orientation Period review is a thorough review and discussion of performance and progress.

The five summary ratings for associates on Orientation are:

| PA Rating | Description and Definition |
|---|---|
| 1.0 – 1.9 | **Unsatisfactory:** Does not make satisfactory progress in acquiring the knowledge, skills and experience necessary to perform the major tasks of the job. Does not achieve training goals. |
| 2.0 – 2.9 | **Fair:** Progress in learning the job, but improvement is necessary to achieve orientation goals. |
| 3.0 – 3.9 | **Good:** Learns the job at a consistent and expected rate. Achieved orientation goals. |
| 4.0 – 4.9 | **Very Good:** Learns the job at a faster than expected rate. Consistently met and occasionally exceeded orientation goals. Performance is well above the Good level. |
| 5.0 | **Outstanding:** Masters new job quickly. Exceeds orientation goals. |

# Ongoing Coaching and Review of Performance Results

## Principles of Coaching

Each associate needs to know the responsibilities and goals of the position they hold. Each associate should also receive objective ongoing feedback on their performance in relation to those responsibilities and goals. The associate and their direct supervisor (referred to in Workday as "manager") are to meet regularly to discuss the associate's performance against the assigned goals. The manager and associate may also review departmental plans and goals, as well as areas of the associate's current performance which offer opportunity for improvement.

Coaching is aimed at applying positive influence to improve the behavior or performance of an associate. Effective coaching provides structure and support to meet personal goals. With this positive approach, we can help all associates enhance their performance and achieve their full potential.

All associates, regardless of current performance, should receive regular, high-quality coaching from their supervisor. Coaching is focused on areas where improvements are required to achieve performance goals set by management. It is also encouraged for associates to communicate and collaborate on areas where they would like additional development (e.g., a personal goal of achieving Chairman's Club), which their supervisor can support in the coaching process.

The associate and their supervisor should be clear and aligned on both the focus of the coaching and the plan to enhance performance. This can be accomplished through agreement on the coaching focus, the root cause of performance gaps,


Sensitivity: Confidential CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER GEICO 000035

# Plump,Dion

**3Month Results as of 2021-11-30**

Overall 3Month Rating:
**3.6**

| Start Date: | End Date: | Goal Package: |
|---|---|---|
| 9/1/2021 | 11/30/2021 | Agent |




| Metric | Values<br>Calculation |
|---|---|
| AVI | 335.66 / 347.21 |
| CAT 17 | 605,859 / 715,275 |
| Cross Sell | 34 / 218 |
| Customer Experience | 14 / 18 |
| IDTheft | 2 / 218 |
| MoatQuoteSurvey | 5 / 7 |
| MoatSoldSurvey | 4 / 6 |
| PAF | 32 / 218 |
| PPAH | 675 / 212.12 |
| Productivity | 250 / 1,002 |



**Plump,Dion**

**YTD Results as of 2021-11-30**

**Overall YTD Rating:**

**3.5**

| Start Date: | End Date: | Goal Package: |
|---|---|---|
| 1/1/2021 | 11/30/2021 | Agent |




| Metric | Values<br>Calculation |
|---|---|
| AVI | 895.56 / 917.18 |
| CAT 17 | 3,173,601 / 3,841,962 |
| Cross Sell | 74 / 646 |
| Customer Experience | 39 / 51 |
| IDTheft | 7 / 646 |
| MoatQuoteSurvey | 18 / 24 |
| MoatSoldSurvey | 17 / 21 |
| PAF | 64 / 646 |
| PPAH | 1,948 / 638.65 |
| Productivity | 713 / 2,994 |



Last Data Update: 11/17/2021 6:00:32 PM

Report Run: 11/17/2021 8:58:31 PM



## Plump, Dion

MOAT Sales Representative II

Manager: Ceci Haberdash
Evaluated By: Crystal Baines

# MAP 1 2021: Performance Appraisal

Organization: MOAT - MOAT Sales - 117 (Anthony Arvizu)
Location: KS Kansas City (Office)
01/01/2021 - 06/30/2021

## Overall

### Manager Overall Evaluation

**Rating:** 3.8
**Comment:** 3.8 YTD

### Associate Overall Evaluation

**Comment:**

## Goals

### CE

CE 1-5

Weight: 20

| Manager Evaluation | | Associate Evaluation |
|---|---|---|
| Rating: | **3.3** | |
| Comment: | 3.3 | Comment: |

### cross Sell

1-5

Weight: 20

| Manager Evaluation | | Associate Evaluation |
|---|---|---|
| Rating: | **4.5** | |
| Comment: | 4.5 cross sell | Comment: |

### PPAH

1-5

Weight: 20

| Manager Evaluation | | Associate Evaluation |
|---|---|---|
| Rating: | **4.3** | |
| Comment: | 4.3 for ppah | Comment: |

### Prod

Rating 1-5

Weight: 40

| Manager Evaluation | | Associate Evaluation |
|---|---|---|
| Rating: | 3.5 | |
| Comment: | 3.5 rating for prod | Comment: |

Section Summary

## Manager Evaluation

**Rating:** 3.8



## Plump, Dion

MOAT Sales Representative II

Manager: Allison Selg (Terminated)
Evaluated By: Allison Selg (Terminated)

# MAP 2 2021: Performance Appraisal

Organization: MOAT - MOAT Sales - 117 (Anthony Arvizu)
Location: KS Kansas City (Office)
07/01/2021 - 12/31/2021

## Overall

### Manager Overall Evaluation

**Rating:** 3.5

**Comment:** Thank you for your hard work these past six months, it does not go unnoticed. I appreciate your determination to make each day better than the next and taking care of the customers!

### Associate Overall Evaluation

**Comment:**

## Goals

### CE

Rating 1=55% 2=65% 3=75% 4=80% 5=90%

Weight: 20

**Manager Evaluation**

Rating: **3**

Comment: Great job at being proficient and at a 3 rating for CE!

**Associate Evaluation**

Comment:

### Cross Sell

Rating 1=2% 2=3% 3=5% 4=7% 5=10%

Weight: 20

**Manager Evaluation**

Rating: **5**

Comment: Congrats on exceeding the 5 rating for x-sell!!! Great job!

**Associate Evaluation**

Comment:

### PPAH

Grade 61 Rating 1=2.05 2=2.35 3=2.65 4=3.0 5=3.35
Grade 62 Rating 1=2.5 2=2.7 3=3.05 4=3.45 5=3.90
Grade 63 Rating 1=3.0 2=3.35 3=3.60 4=3.90 5=4.30

Weight: 20

**Manager Evaluation**

**Associate Evaluation**

Rating: 4.5

Comment: Amazing job with PPAH, too. Thank you for your hard work and great job!

Comment:

## Prod

Grade 61 Rating 1=21.0% 2=23.0% 3=26.0% 4=29.0% 5=33.0%
Grade 62 Rating 1=23.0% 2=26.0% 3=29.0% 4=33.0% 5=37.0%
Grade 63 Rating 1=26.0% 2=29.0% 3=33.0% 4=37.0% 5=41.0%

Weight: 40

| Manager Evaluation | | Associate Evaluation | |
|---|---|---|---|
| Rating: | 2.6 | | |
| Comment: | Thank you for working hard and helping our customers! | Comment: | |

Section Summary

### Manager Evaluation

**Rating:** 3.5