**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | ) | Case No. 22-cv-02498 |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Government Employees Insurance Company ("GEICO") hereby moves this Court for a two-week extension of time, until January 9, 2024, to file its Reply in Support of its Motion for Summary Judgment and Response to Plaintiff's Opposition. In support of said motion, Defendant states:

1. Defendant filed its Motion for Summary Judgment and Suggestions in Support ("Motion") on November 10, 2023.

2. Plaintiff's Response to Defendant's Motion was initially due on December 1, 2023.

3. Plaintiff filed his Unopposed Motion for Extension of Time to File Response to Motion on November 22, 2023, seeking a two-week extension of time, until December 15, 2023, to file his response.

4. The Court granted Plaintiff's Unopposed Motion for Extension of Time on November 27, 2023, thus giving Plaintiff until December 15, 2023, to file his Response.

5. Plaintiff filed his Response on December 15, 2023, and his exhibits in support on December 16, 2023.

6. Because of the Christmas holiday on December 25, Defendant's Reply is due December 26, 2023.

7. Due to the upcoming holidays, previously planned holiday vacations, Plaintiff's prior extension, and the availability in the scheduling order, Defendant seeks additional time to complete and file its Reply and to respond to Plaintiff's Additional Statement of Uncontroverted Facts and Opposition.

8. Defendant's counsel has contacted Plaintiff's counsel regarding this extension and Plaintiff's counsel has no objection.

9. Defendant's request is timely, will not prejudice either party, and is not made for the purpose of delay.

WHEREFORE, Defendant respectfully request the Court enter an Order granting Defendant until January 9, 2024, to file its Reply in Further Support of its Motion for Summary Judgment and in Response to Plaintiff's Opposition.

Respectfully Submitted,

*/s/ Courtney Steelman*

Jenna P. Brofsky KS Bar No. 27989
Julianne P. Story KS Bar No. 15227
Courtney Steelman KS Bar No. 79001
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jenna.Brofsky@huschblackwell.com
Julianne.Story@huschblackwell.com
Courtney.Steelman@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 21st day of December 2023 the above and foregoing was filed via the Court's electronic (ECF) filing/notification system which will cause a copy to be served on all parties of record.

*/s/ Courtney Steelman*
**Attorney for Defendant**