**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | ) | Case No. 22-cv-02498 |

## MOTION TO EXCEED PAGE LIMIT

Pursuant to District of Kansas Local Rule 7.1(d)(4), Defendant Government Employees Insurance Company ("GEICO") moves the Court for an Order allowing it to exceed the 15-page limit for its reply brief in support of its Motion for Summary Judgment.

In support of this Motion, GEICO states as follows:

1. GEICO filed a Motion for Summary Judgment and Suggestions in Support on November 10, 2023 (Docs. 49 and 50). GEICO's Suggestions in Support contained 106 statements of fact.

2. After a brief extension, Plaintiff filed his Memorandum in Opposition to Defendant's Motion for Summary Judgment on December 15, 2023 (Doc. 54). In his Opposition, Plaintiff addressed each of GEICO's 106 statements of fact and included 58 additional statements of fact.

3. GEICO's deadline to file its reply brief is January 9, 2023. The instant motion is timely made in compliance with Local Rule 7.1(d)(4).

4. Local Rules require that GEICO "respond to the non-moving party's statement of additional facts" by drafting "[e]ach fact in dispute" in "numbered" paragraphs "refer[ring] with particularity to those portions of the record upon which the opposing party relies, and, if applicable, stat[ing] the number of movant's fact that is disputed." *See* D. Kan. Local R. 56.1(b)(1), (c).

5. In addition, GEICO must reply to Plaintiff's responses to GEICO's statements of fact.

6. Both GEICO's replies to Plaintiff's responses and GEICO's responses to Plaintiff's statement of facts will be at the beginning of the reply brief as prescribed by Local Rule 56.1(b)(1), (c).

7. The number of facts, along with their responses and replies (where applicable), attached to the brief would well exceed the 15-page limit for GEICO's reply.

8. However, the section in the reply brief containing GEICO's argument falls within the 15-page limit.

9. To comply with applicable rules, Defendant seeks to exceed the page limit of its reply brief to be able to provide the responses and replies to both parties' statement of facts. These additional pages serve to aid the Court in its review of the record and to ensure the accuracy of the record upon which the Court relies for its decision.

WHEREFORE, Defendant respectfully requests an Order granting it additional pages to provide statement of fact responses and replies in addition to the 15-page limit allowed under Local Rule 7.1(d)(4).

Respectfully Submitted,

*/s/ Courtney Steelman*

Jenna P. Brofsky KS Bar No. 27989
Julianne P. Story KS Bar No. 15227
Courtney Steelman KS Bar No. 79001
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Jenna.Brofsky@huschblackwell.com
Julianne.Story@huschblackwell.com
Courtney.Steelman@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 5th day of January 2024 the above and foregoing was filed via the Court's electronic (ECF) filing/notification system which will cause a copy to be served on all parties of record.

*/s/ Courtney Steelman*
**Attorney for Defendant**