# United States District Court

## -------------------------- DISTRICT OF KANSAS----------------------------

**DION PLUMP,**

**Plaintiffs,**

**v.** **Case No: 22-2498-EFM**

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, d/b/a GEICO,**

**Defendants,**

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered. IT IS ORDERED

that pursuant to the Memorandum and Order, Doc. 62, filed on June 3, 2024, Defendant's Motion for Summary Judgment, Doc. 49, is GRANTED.

This Case is Closed.

6/3/2024
Date

SKYLER O'HARA
CLERK OF THE DISTRICT COURT

by: s/ Cindy McKee
Deputy Clerk