**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

**DION PLUMP, Plaintiff-Appellant,**

v.

**GOVERNEMENT EMPLOYEES INSURANCE COMPANY, d/b/a GEICO, Defendant-Appellee.**

**Case No. 2:22-cv-02498-EFM**

**NOTICE OF APPEAL**

Notice is hereby given that Dion Plump, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on the 3rd day of July in 2024.

**Dated:** July 3rd, 2024

**Respectfully submitted,**

Dion Plump
Pro Se
21 Spindrift Ct Apt 6, Buffalo, NY, 14221
816-562-5924
plumpds@gmail.com