## Steps to File an Appeal:

1. **Notice of Appeal:**
   - **What:** This document notifies the court and the opposing party of your intent to appeal the lower court's decision.
   - **Where to File:** File with the clerk of the district court where the original case was heard.
   - **Deadline:** Typically within 30 days from the date of the judgment you are appealing.
2. **Docketing Statement:**
   - **What:** This includes information about the case, the parties involved, and the issues being appealed.
   - **Where to File:** File with the appellate court.
   - **Deadline:** Usually within 21 days after filing the notice of appeal.
3. **Designation of Record:**
   - **What:** Specifies which parts of the trial court record should be sent to the appellate court.
   - **Where to File:** File with the district court and serve a copy on the opposing party.
   - **Deadline:** Generally within 14 days after filing the notice of appeal.
4. **Ordering Transcripts:**
   - **What:** If transcripts of the trial court proceedings are needed, order them from the court reporter.
   - **Deadline:** Within 14 days of filing the notice of appeal.
5. **Appellant's Brief:**
   - **What:** A written argument explaining why the lower court's decision was incorrect.
   - **Where to File:** File with the appellate court and serve a copy on the opposing party.
   - **Deadline:** The deadline varies but is generally within 40 days after the appellate court dockets the appeal.
6. **Appellee's Brief:**
   - **What:** The opposing party's written response to the appellant's brief.
   - **Where to File:** File with the appellate court and serve a copy on the appellant.
   - **Deadline:** Usually within 30 days after the appellant's brief is served.
7. **Reply Brief (Optional):**
   - **What:** The appellant's response to the appellee's brief.
   - **Where to File:** File with the appellate court and serve a copy on the appellee.
   - **Deadline:** Typically within 14 days after the appellee's brief is served.

## Example of an Appeal Notice: