**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 2/2024)**

## PART I – Case Information and Contact Information

Case Name: Plump v. GEICO District Court Case Number: 22-CV-02498-EFM
District Court: Kansas Circuit Court Appeal Number: 24-3091
Name of Attorney/Pro Se Party Completing this Form: Matthew R. Cushing
Name of Law Firm/Office: University of Colorado Law School Appellate Advocacy Practicum
Address: 401 UCB, 2450 Kittredge Loop Dr., Boulder, CO 80309
Phone: 303-735-6554 Email: matthew.cushing@colorado.edu
Attorney For: Dion Plump

## PART II – Complete one section below to indicate whether you are ordering transcripts.

☑ **I am not ordering a transcript because (check one):**

☑ a transcript is not necessary for this appeal;
☐ the necessary transcript is already on file in the district court; or
☐ the necessary transcript was ordered previously in appeal number ______________.

☐ **I hereby order the following transcript(s) from** ________________________(name of court reporter)**.** One form may be used to order multiple transcripts from the same court reporter**, but separate forms must be filed for each reporter** from whom transcripts are ordered**. Be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day or Daily) |
|---|---|---|---|
| | | | Select One |
| | | | Select One |
| | | | Select One |
| | | | Select One |
| | | | Select One |
| | | | Select One |
| | | | Select One |

## PART III – Choose the manner of payment for the transcript(s) ordered.

☐ This case is **NOT proceeding under the Criminal Justice Act.** I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.**

☐ This case **IS proceeding under the Criminal Justice Act, and (check one):**

☐ I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s).

☐ I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

## Part IV – Attorney's/Ordering Party's Certificate of Compliance

I, Matthew R. Cushing, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in **both** the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.**

Attorney's/Ordering Party's Signature: /s/ Matthew R. Cushing Date: 7/31/2024

## PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made)

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I, ______________________, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

Signature of Court Reporter: ______________________ Date:__________