AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | | |
|---|---|---|
| DION PLUMP | ) | |
| | ) | |
| v. | ) | Case No.: 22-cv-02498 |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on 06/03/2024 (*Date*) against Plaintiff, Dion Plump,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 260.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 3,625.70 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses *(itemize on page two)* | 40.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 9.50 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs *(please itemize)* | 0.00 |
| TOTAL | $ 3,935.20 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: /s/ Jenna Brofsky

Name of Attorney: Jenna Brofsky

For: Defendant, Government Employees Insurance Company d/b/a GEICO (*Name of Claiming Party*) Date: 08/02/2024

### Taxation of Costs

Costs are taxed in the amount of ______________ and included in the judgment.

______________ *Clerk of Court* By: ______________ *Deputy Clerk* ______________ *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Maureen Griffin, Hamburg, New York | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $40.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

DION PLUMP,

Plaintiff,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,

Defendant.

Case No. 22-cv-02498

**ITEMIZATION TO DEFENDANT'S BILL OF COSTS**

Defendant Government Employees Insurance Company ("GEICO") submits the following itemization and documentation to accompany its Bill of Costs:

| **Deposition Costs** | **Amount** |
|---|---|
| Deposition Transcript – Plaintiff Dion Plump | $1,794.20 |
| Deposition Transcript – Maureen Griffin | $880.55 |
| Deposition Transcript – Allison Selg | $379.45 |
| Deposition Transcript – Meaghan Urban | $239.25 |
| Deposition Transcript – Megen Snyder | $160.50 |
| Deposition Transcript – Meghan Beaver | $171.75 |
| **Total Deposition Costs** | **$3,625.70** |
| | |
| **Service of Subpoenas Costs** | |
| Services of Process - Bounce Imaging | $65.00 |
| Services of Process - Buffalo Biodiesel Inc. | $65.00 |
| Service of Process - Waystar Inc. | $65.00 |
| Service of Process - Maureen Griffin for Deposition | $65.00 |
| **Total Service Costs** | **$260.00** |
| | |
| **Witness Fee** | |
| Maureen Griffin's Witness Fee | $40.00 |
| | |
| **Costs to Obtain Medical Records** | |
| Medical Records – Ciox Health (Buffalo Medical Group) | $9.50 |
| | |
| **TOTAL ALL COSTS TO DEFENDANT** | **$3,935.20** |



HB: 4870-2166-6763.1

# Deposition Costs

COURT REPORTERS EXCHANGE LLC
Administrative Services for Reporting Professionals

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
(913) 825-2560 • Fax 825-2530
www.crexchange.net
office@crexchange.net

Jenna P. Brofsky
HUSCH BLACKWELL, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

# Invoice #32630

| Date | Terms |
|---|---|
| 06/20/2023 | Due on receipt |

**Job #18736 on 06/01/2023**

**Case:** Dion Plump vs Government Employees Insurance Company
**Case Number#:** 22-cv-02498
**Reporter:** Young, Janiece Y

| Description | Price | Amount |
|---|---|---|
| **Original Transcript of Dion S. Plump** | | |
| Deposition (286 Pages) | $ 4.50 | $ 1,287.00 |
| Exhibits (scanned to PDF and OCR searchable) (342 Pages) | $ 0.35 | $ 119.70 |
| Electronic File Package | $ 25.00 | $ 25.00 |
| Attendance (7.75 Hours) | $ 50.00 | $ 387.50 |
| Media Exhibit Files (2 Pages) | $ 7.50 | $ 15.00 |
| Obtaining witness signature | $ 17.50 | $ 17.50 |
| Handling & Delivery | $ 25.00 | $ 25.00 |
| | | $ 1,876.70 |

Amount Due: $ 1,876.70
Paid: $ 1,876.70

| | |
|---|---|
| **Balance Due:** | **$ 0.00** |
| **Payment Due:** | **Upon Receipt** |

***Paid 7/22/23 - Husch Blackwell Ck # 838167***
***(Myles A. Megee d/b/a Court Reporters Exchange, LLC - TIN 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)***

**Prepared on behalf of Young Court Reporting**

**Please remit payment to Court Reporters Exchange, LLC**

**Download a current copy of our W9 at**
**https://www.dropbox.com/scl/fi/247o40f0lky8hmpbaew72/CREX-W9-2024-signed.pdf?rlkey=wo4bexpdzqk5ntnfbc9yzgtc4&dl=0**

********* Thank you for giving us the opportunity to serve you. We appreciate your business. *********

# *Invoice #32630*

**All accounts become past due 45 days after the invoice date and may be subject to interest of 10% per annum on any balance unpaid 45 days past the initial billing date. Accumulated interest, reasonable collection fees, and attorney fees required to enforce said obligation may be sought if it is necessary to pursue legal action to collect past-due invoices.**

COURT REPORTERS EXCHANGE LLC
Administrative Services for Reporting Professionals

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
(913) 825-2560 • Fax 825-2530
www.crexchange.net
office@crexchange.net

Courtney Steelman
HUSCH BLACKWELL, LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

# Invoice #33011

| Date | Terms |
|---|---|
| 07/28/2023 | Due on receipt |

**Job #19105 on 07/13/2023**

**Case:** Dion Plump vs Government Employees Insurance Company
**Case Number#:** 22-cv-02498
**Reporter:** Young, Janiece Y

| Description | Price | Amount |
|---|---|---|
| **Original Transcript of Maureen G. Griffin** | | |
| Deposition (134 Pages) | $ 4.50 | $ 603.00 |
| Telephone/Videoconference Depo Rate (134 Pages) | $ 0.50 | $ 67.00 |
| Exhibits (scanned to PDF and OCR searchable) (79 Pages) | $ 0.45 | $ 35.55 |
| Electronic File Package | $ 25.00 | $ 25.00 |
| Attendance (3.5 Hours) | $ 50.00 | $ 175.00 |
| Obtaining witness signature | $ 35.00 | $ 35.00 |
| Handling & Delivery | $ 25.00 | $ 25.00 |
| | | $ 965.55 |

Amount Due: $ 965.55
Paid: $ 965.55

| | |
|---|---|
| **Balance Due:** | **$ 0.00** |
| **Payment Due:** | **Upon Receipt** |

***Paid 8/31/23 - Hush Blackwell Ck # 840237***
***(Myles A. Megee d/b/a Court Reporters Exchange, LLC - TIN 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)***

**Prepared on behalf of Young Court Reporting**

**Please remit payment to Court Reporters Exchange, LLC**

**Download a current copy of our W9 at**
**https://www.dropbox.com/scl/fi/247o40f0lky8hmpbaew72/CREX-W9-2024-signed.pdf?rlkey=wo4bexpdzqk5ntnfbc9yzgtc4&dl=0**

********* Thank you for giving us the opportunity to serve you. We appreciate your business. *********

## *Invoice #33011*

**All accounts become past due 45 days after the invoice date and may be subject to interest of 10% per annum on any balance unpaid 45 days past the initial billing date. Accumulated interest, reasonable collection fees, and attorney fees required to enforce said obligation may be sought if it is necessary to pursue legal action to collect past-due invoices.**

METROPOLITAN
COURT REPORTERS
COURT REPORTING + LEGAL VIDEO
11880 College Blvd. - Suite 405 - Overland Park, KS 66210
800.748.7511 - 913.317.8800 - metropolitanreporters.com

# INVOICE

Husch Blackwell LLP
ATTN: Jenna Brofsky
4801 Main Street
Suite 1000
Kansas City, MO 64112

**Invoice Number:** **223733**
Invoice Date: 08/01/2023
Job Number: 117736

In Re: Dion Plump v. Government Employee Insurance Company
Case Number: 2:22-cv-02498
Witness(s): Allison Selg
Attendance Date: 07/25/2023, 9:30 a.m.

| Description | |
|---|---|
| Transcript - Allison Seig - Electron ic Bundle | 321.20 |
| Exhibits - Scanned/Linked | 58.25 |
| Invoice Total: | 379.45 |

We Appreciate Your Business!
**To ensure proper credit, please include the invoice number on your remittance.**
Tax ID: 36-3600268

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 36-3600268

Ordered transcripts include a fully hyperlinked word index and archival of transcripts, invoices and exhibits. All invoices are payable upon receipt. Past-due accounts are subject to a late fee and accrue interest. No credit is extended to attorney's clients or other third parties. Payment is not contingent upon client or insurance carrier reimbursement. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees.

*Please detach bottom portion and return with payment*

Invoice Number: 223733
Invoice Date: 08/01/2023
Amount Due: **$379.45**
Amount Enclosed: $__________________

**CREDIT CARDS ACCEPTED**

Cardholder`s Name:
Card Number:
Exp. Date: Phone:
Billing Address:
Zip: Security Code:
Signature:

METROPOLITAN
COURT REPORTERS
COURT REPORTING + LEGAL VIDEO
11880 College Blvd. - Suite 405 - Overland Park, KS 66210
800.748.7511 - 913.317.8800 - metropolitanreporters.com

# INVOICE

Husch Blackwell LLP
ATTN: Jenna Brofsky
4801 Main Street
Suite 1000
Kansas City, MO 64112

**Invoice Number:** **224051**
Invoice Date: 08/30/2023
Job Number: 117909

In Re: Dion Plump v. Government Employee Insurance Company
Case Number: 2:22-cv-02498
Witness(s): Meaghan N. Urban, Meghan S. Beaver
Attendance Date: 08/03/2023, 9:30 a.m.

| Description | |
|---|---|
| Transcript - Meaghan N. Urban - Electronic Bundle | 239.25 |
| Exhibits - Scanned/Linked | 7.00 |
| Transcript - Meghan S. Beaver - Electronic Bundle | 171.75 |
| Exhibits - Scanned/Linked | 3.00 |
| Invoice Total: | 421.00 |

Ms. Courtney Steelman appeared for Meghan Beaver deposition.

We Appreciate Your Business!
**To ensure proper credit, please include the invoice number on your remittance.**
Tax ID: 36-3600268

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 36-3600268

Ordered transcripts include a fully hyperlinked word index and archival of transcripts, invoices and exhibits. All invoices are payable upon receipt. Past-due accounts are subject to a late fee and accrue interest. No credit is extended to attorney's clients or other third parties. Payment is not contingent upon client or insurance carrier reimbursement. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 224051 |
| Invoice Date: | 08/30/2023 |
| Amount Due: | **$421.00** |
| Amount Enclosed: | $__________________ |

**CREDIT CARDS ACCEPTED**

VISA MasterCard American Express Cards DISCOVER NETWORK

Cardholder`s Name:
Card Number:
Exp. Date: Phone:
Billing Address:
Zip: Security Code:
Signature:

METROPOLITAN
COURT REPORTERS
COURT REPORTING + LEGAL VIDEO
11880 College Blvd. - Suite 405 - Overland Park, KS 66210
800.748.7511 - 913.317.8800 - metropolitanreporters.com

# INVOICE

Husch Blackwell LLP
ATTN: Courtney Steelman
4801 Main Street
Suite 1000
Kansas City, MO 64112

**Invoice Number:** **224197**
Invoice Date: 09/14/2023
Job Number: 118185

In Re: Dion Plump v. Government Employee Insurance Company
Case Number: 2:22-cv-02498
Witness(s): Megen Snyder
Attendance Date: 09/08/2023, 10:30 a.m.

| Description | |
|---|---|
| Transcript - Megen Snyder - Electronic Bundle | 160.50 |
| Exhibits - Scanned/Linked | 4.50 |
| Invoice Total: | 165.00 |

We Appreciate Your Business!
**To ensure proper credit, please include the invoice number on your remittance.**
Tax ID: 36-3600268

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 36-3600268

Ordered transcripts include a fully hyperlinked word index and archival of transcripts, invoices and exhibits. All invoices are payable upon receipt. Past-due accounts are subject to a late fee and accrue interest. No credit is extended to attorney's clients or other third parties. Payment is not contingent upon client or insurance carrier reimbursement. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees.

*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 224197 |
| Invoice Date: | 09/14/2023 |
| Amount Due: | **$165.00** |
| Amount Enclosed: | $_______________ |

**CREDIT CARDS ACCEPTED**

VISA MasterCard AMERICAN EXPRESS Cards DISCOVER NETWORK

Cardholder`s Name:
Card Number:
Exp. Date: Phone:
Billing Address:
Zip: Security Code:
Signature:

# Service of Subpoenas Costs

# INVOICE




**HPS inc**
info@process.nyc; Website:
www.ProcessService.nyc

**Invoice No#**: 5336636
**Invoice Date**: Aug 8, 2023
**Due Date**: Aug 8, 2023

Scan.Pay.Go

PAID

$0.00
**AMOUNT DUE**

**BILL TO**
Ho*********@huschblackwell.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | Bounce Imaging, Inc RUSH | 1 | $175.00 | $175.00 |
| 2 | Spiegel & Utrera, P.A RUSH | 1 | $175.00 | $175.00 |

| | |
|---|---|
| Subtotal | $350.00 |
| **TOTAL** | **$350.00 USD** |
| Amount paid | $350.00 |
| **AMOUNT DUE** | **$0.00 USD** |

**TERMS AND CONDITIONS**

All service request must be prepaid. All fees are final after 1st attempt . We attempt service at address provide,any changes will result in an added service charge..WE CAN NOT AND DO NOT GUARANTEE OUTCOME OF ATTEMPT OF SERVICE.WE WILL PROVIDE A AFFIDAVIT WITH TIME, DATE AND GPS STAMP AS PROOF OF ATTEMPT AS PER YOUR (CLIENT)INSTRUCTION. Please note when applicable for Sub-Service or Nail and Mail a $25.00 fee for mailing will be added. RUSH IS 1st Attempt . Service is 3 attempts in total at one location at different times.

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
Phone: (800) 796-9559
Fax: (816) 842-9801
Tax Num: 47-2808929

# INVOICE

HPS PROCESS SERVICE INVESTIGATIONS

Invoice #HAT-2023009890
6/27/2023

Krystle Hartley
HUSCH BLACKWELL LLP
4801 Main Street
Suite 1000
Kansas City, MO 64112

Reference Number: 544417-75

**Case Number: 22-CV-02498**

Plaintiff/Petitioner:
**DION PLUMP**

Defendant/Respondent:
**GOVERNMENT EMPLOYEES INSURANCE CO.**

Served: 6/9/2023 5:59 pm
To be served on: Maureen Griffin

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 185.00 | 185.00 |
| Witness Fee Check | 1.00 | 40.00 | 40.00 |
| Fee for Advancement of Witness Fee Check | 1.00 | 10.00 | 10.00 |
| TOTAL CHARGED: | | | $235.00 |
| **BALANCE DUE:** | | | **$235.00** |

HPS has locations across the Midwest ready to handle all your process service and investigation needs!

Please visit our web site for additional information on what HPS offers. Thank you!!

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
Phone: (800) 796-9559
Fax: (816) 842-9801
Tax Num: 47-2808929

# INVOICE

HPS PROCESS SERVICE INVESTIGATIONS

Invoice #HAT-2023013448
8/16/2023

Holly Yocum
HUSCH BLACKWELL LLP
4801 Main Street
Suite 1000
Kansas City, MO 64112

**Case Number: 2:22-CV02498**

Plaintiff/Petitioner:
**DION PLUMP**

Defendant/Respondent:
**GEICO**

Served: 8/9/2023 9:05 am
To be served on: Waystar Inc., c/o Registered Agent: CT Corporation System

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $175.00 |
| **BALANCE DUE:** | | | **$175.00** |

HPS has locations across the Midwest ready to handle all your process service and investigation needs!

Please visit our web site for additional information on what HPS offers. Thank you!!

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2s

# Witness Fee

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
Phone: (800) 796-9559
Fax: (816) 842-9801
Tax Num: 47-2808929

# INVOICE

HPS
PROCESS SERVICE
INVESTIGATIONS

Invoice #HAT-2023009890
6/27/2023

Krystle Hartley
HUSCH BLACKWELL LLP
4801 Main Street
Suite 1000
Kansas City, MO 64112

Reference Number: 544417-75

**Case Number: 22-CV-02498**

Plaintiff/Petitioner:
**DION PLUMP**

Defendant/Respondent:
**GOVERNMENT EMPLOYEES INSURANCE CO.**

Served: 6/9/2023 5:59 pm
To be served on: Maureen Griffin

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 185.00 | 185.00 |
| Witness Fee Check | 1.00 | 40.00 | 40.00 |
| Fee for Advancement of Witness Fee Check | 1.00 | 10.00 | 10.00 |
| TOTAL CHARGED: | | | $235.00 |
| **BALANCE DUE:** | | | **$235.00** |

HPS has locations across the Midwest ready to handle all your process service and investigation needs!

Please visit our web site for additional information on what HPS offers. Thank you!!

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

# Costs to Obtain Medical Records

Ciox Health
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

CIOX HEALTH

# INVOICE

Invoice #: 0417257634
Date: 05/31/2023
Customer #: 1589827

| Ship to: | Bill to: | Records from: |
|---|---|---|
| HOLLY J YOCUM<br>HUSCH BLACKWELL<br>4801 MAIN ST<br>STE 1000<br>KANSAS CITY,MO 64112-2551 | HOLLY J YOCUM<br>HUSCH BLACKWELL<br>4801 MAIN ST<br>STE 1000<br>KANSAS CITY,MO 64112-2551 | BUFFALO MEDICAL GROUP<br>85 HIGH STREET<br>BUFFALO,NY 14203 |

Requested By: HUSCH BLACKWELL DOB : 08/09/1982
Patient Name: PLUMP DION

Authorization Via: Date:
Pre-Authorization By: Amount:

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 10 | 0.75 | 7.50 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 9.50 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 9.50 |
| Balance Due | | | 9.50 |

Terms: Net 30 days Please remit this amount : $9.50(USD)

---

Ciox Health
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0417257634

Check #____________________

Payment Amount $____________________

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: https://www.smartrequest.com/

## Please return stub with payment.

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.