**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DION PLUMP,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 22-cv-02498 |

**AFFIDAVIT OF JENNA P. BROFSKY**
**REGARDING BILL OF COSTS**

I, Jenna P. Brofsky, hereby declare as follows:

1. I am a partner for the law firm Husch Blackwell, LLP, counsel for Defendant Government Employees Insurance Company ("GEICO") in the above-captioned matter. I have personal knowledge of the work performed in this case.

2. I submit this affidavit in support of GEICO's requests for costs pursuant to Local Rule D. Kan. R. 54.1(a), 28 U.S.C. § 1920, and Federal Rule of Civil Procedure 54(d)(1).

3. Pursuant to 28 U.S.C. § 1924, I hereby verify that the costs set forth in the Bill of Costs are actual costs, necessarily incurred in this case, and attached to the Bill of Costs is a true and correct copy of the itemization and documentation of the costs incurred by GEICO in this case.

4. I have conferred regarding the costs set forth in the Bill of Costs with Plaintiff's counsel. Plaintiff's counsel consents as to all costs other than costs for Ms. Griffin's deposition transcript and the corresponding exhibits for the deposition transcripts of all deponents.

5. GEICO requests the taxable costs in the amount of $3,935.20. The costs claimed are believed to be allowed by law, are correctly stated, and were necessarily incurred.

6. The above statement is true and correct to the best of my knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

Executed on August 2, 2024

Jenna Brofsky
Jenna P. Brofsky KS BAR #27989