**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 16, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

DION PLUMP,

Plaintiff - Appellant,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY, d/b/a GEICO,

Defendant - Appellee.

No. 24-3091
(D.C. No. 2:22-CV-02498-EFM)
(D. Kan.)

---

**JUDGMENT**

---

Before **HOLMES**, Chief Judge, **MURPHY**, and **McHUGH**, Circuit Judges.

---

This case originated in the United States District Court for the District of Kansas and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk